CEM

A CERTIFIED TRUE COPY

ATTEST

By April Layne on Aug 18, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Aug 18, 2008**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION**     MDL No. 1957

FILED: AUGUST 18, 2008
08CV4883

**TRANSFER ORDER**

JUDGE GETTLEMAN
MAGISTRATE JUDGE BROWN

**Before the entire Panel**[*]: Now before the Panel are three motions brought, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of some or all of the actions listed on Schedule A. In total, the motions encompass 25 actions, twelve actions in the District of Connecticut, four actions each in the Northern and Southern Districts of Illinois, three actions in the District of New Jersey and one action each in the Eastern and Middle Districts of Tennessee.[1]

Plaintiffs in eight actions filed the three motions seeking centralization in the District of Connecticut, the Northern District of Illinois, or the Southern District of Illinois.[2] All responding plaintiffs support centralization in one of these districts or the Northern District of California.[3] All defendants[4] support centralization in the District of Connecticut.

On the basis of the papers filed and hearing session held, we find that these 25 actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share allegations that the defendants conspired to fix, raise, maintain or

---

[*]   Judge Heyburn took no part in the decision of this matter.

[1]   The parties have notified the Panel of 21 related actions pending in multiple federal districts. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

[2]   Plaintiffs in two other actions moved for Section 1407 transfer to the District of New Jersey, but subsequently withdrew their motion.

[3]   In his response, plaintiff in one District of Connecticut action also suggested the Eastern District of New York as an alternative choice for transferee district.

[4]   ArvinMeritor, Inc.; Baldwin Filters, Inc.; Robert Bosch LLC; Champion Laboratories, Inc.; Cummins Filtration Inc.; Donaldson Co., Inc.; Honeywell International Inc.; Wix Filtration Corp. LLC; Mann + Hummel U.S.A., Inc.; Purolator Filters N.A., LLC; and United Components, Inc.

- 2 -

stabilize prices, rig bids and allocate customers of aftermarket automotive filters in the United States, in violation of federal and/or state antitrust law. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

Any of the districts suggested by the parties would be an appropriate transferee forum; however, on balance, we are persuaded that the Northern District of Illinois is a preferable transferee forum for this litigation. Several actions are already pending in this district before one judge, and plaintiffs in numerous actions pending in this district and elsewhere support the Northern District of Illinois as their first or second choice for transferee district. Considerations of convenience and accessibility also favor the Northern District of Illinois.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Illinois are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Robert W. Gettleman for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

J. Frederick Motz
Acting Chairman

John G. Heyburn II, Chairman[*]        Robert L. Miller, Jr.
Kathryn H. Vratil                      David R. Hansen

**IN RE: AFTERMARKET FILTERS**
**ANTITRUST LITIGATION**                                    MDL No. 1957

## SCHEDULE A

District of Connecticut

S&E Quick Lube Distributors, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-475
Flash Sales, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-512
William C. Bruene, etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-522
T.D.S. Co., Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-528
Barjan, LLC v. Champion Laboratories, Inc., et al., C.A. No. 3:08-534
Packard Automotive, Inc. v. Honeywell International, Inc., et al., C.A. No. 3:08-600
Parts Plus Group, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-637
Ward's Auto Painting & Body Works, Inc. v. Champion Laboratories, Inc., et al.,
  C.A. No. 3:08-660
Justus Austin, III v. Honeywell International, Inc., et al., C.A. No. 3:08-711
Francis Doll, III, et al. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-718
Gemini of Westmont, Inc. etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-722
Gasoline & Automotive Service Dealers of America, Inc. v. Champion Laboratories, Inc.,
  et al., C.A. No. 3:08-729

Northern District of Illinois

Lovett Auto & Tractor Parts, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 1:08-2046
Neptune Warehouse Distributors, Inc. v. Champion Laboratories, Inc., et al.,
  C.A. No. 1:08-2317
S.A.E. Warehouse, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 1:08-2804
Pawnee/S.A.E. Warehouse, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 1:08-2806

Southern District of Illinois

Manasek Auto Parts, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-305
Big T, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-331
Cal's Auto Service, Inc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-351
WWD Parts, Inc., etc. v. Champion Laboratories, Inc., et al., C.A. No. 3:08-353

District of New Jersey

Central Warehouse Sales Corp. v. Champion Laboratories, Inc., et al.,
  C.A. No. 2:08-2123
All American Plazas of New Jersey, Inc. v. Honeywell International Inc., et al.,
  C.A. No. 2:08-2302
Worldwide Equipment, Inc. v. Honeywell International, Inc., et al., C.A. No. 2:08-2303

- A2 -

<u>Eastern District of Tennessee</u>

Randall Bethea, et al. v. Champion Laboratories, Inc., et al., C.A. No. 2:08-126

<u>Middle District of Tennessee</u>

Werner Aero Services v. Champion Laboratories, Inc., et al., C.A. No. 3:08-474

Docket: 1957 - IN RE: Aftermarket Filters Antitrust Litigation

Status: Transferred on 08/18/2008

Transferee District: ILN       Judge: Gettleman, Robert W.

Printed on 08/18/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

**Ademi, Guri**
ADEMI & O'REILLY LLP
3620 East Layton Avenue
Cudahy, WI 53110

=> **Phone: (414) 482-8005  Email: gademi@ademilaw.com**
Packard Automotive, Inc.

**Aranoff, Ronald J.**
BERNSTEIN LIEBHARD & LIFSHITZ LLP
10 East 40th Street
22nd Floor
New York, NY 10016

=> **Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aranoff@bernlieb.com**
Werner Aero Services*

**Asher, Steven A.**
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103

=> **Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com**
Worldwide Equipment, Inc.*

**Briggs, John DeQ.**
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

=> **Phone: (202) 783-0800  Fax: (202) 318-8594  Email: briggsj@howrey.com**
Wix Filtration Corp., LLC*

**Bruckner, W. Joseph**
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

=> **Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com**
Pawnee/S.A.E. Warehouse, Inc.*; S.A.E. Warehouse, Inc.*

**Cadenhead, Chris**
CADENHEAD LAW FIRM
Pier 98 Centre
534 Harbor Boulevard
Suite 501
Destin, FL 32541

=> **Phone: (850) 837-5509  Fax: (850) 682-8343  Email: chris@cadenheadlawfirm.com**
Bethea, Randall; Padgett, James

**Dubitsky, Doug**
UPDIKE KELLY & SPELLACY PC
One State Street
Suite 2400
P.O. Box 231277
Hartford, CT 06103

=> **Phone: (860) 548-2643  Fax: (860) 548-6043  Email: ddubitsky@uks.com**
Parts Plus Group, Inc.; Ward's Auto Painting & Body Works, Inc.

**Esades, Vincent J.**
HEINS MILLS & OLSON PLC
310 Clifton Avenue
Minneapolis, MN 55403

=> **Phone: (612) 338-4605  Fax: (612) 338-4692  Email: vesades@heinsmills.com**
Bentley, Dale*; Doll, III, Francis*; Foster, John*; Frame, Wesley*; Gordon, Dan*; Gorton, Karen*;
Gregory, Charles*; Hammer, Ben*; Matthys, Jason*; Perry, Piper*

**Freed, Michael J.**
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road

=> **Phone: (224) 632-4500  Fax: (224) 632-4519  Email: mfreed@fklmlaw.com**
Neptune Warehouse Distributors, Inc.*

Note: Please refer to the report title page for complete report scope and key.

**ATTORNEY - FIRM**                              **REPRESENTED PARTY(S)**

---

Suite 130
Bannockburn, IL 60015

Gordon, Ruthanne                    => **Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net**
BERGER & MONTAGUE PC                      WWD Parts, Inc. dba Parts for Imports*
1622 Locust Street
Philadelphia, PA 19103-6365

Grabar, Joshua H.                   => **Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com**
BOLOGNESE & ASSOCIATES LLC               Gemini of Westmont, Inc. dba Son's Auto Supply*
Two Penn Center Plaza
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102

Hansel, Gregory P.                  => **Phone: (207) 791-3000  Fax: (207) 791-3111  Email: ghansel@preti.com**
PRETI FLAHERTY BELIVEAU & PACHIOS LLP    T.D.S. Co., Inc. dba TWI Auto Parts & Supplies*
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Hassi, Edward                       => **Phone: (212) 326-4318  Fax: (212) 326-2061  Email: ehassi@omm.com**
O'MELVENY & MYERS LLP                     Honeywell International, Inc.*
Time Square Tower
7 Times Square
New York, NY 10036

Hoese, William E.                   => **Phone: (215) 238-1700  Fax: (215) 238-1968  Email: whoese@kohnswift.com**
KOHN SWIFT & GRAF PC                      Barjan, LLC*
One South Broad Street
Suite 2100
Philadelphia, PA 19107

Kadzik, Peter J.                    => **Phone: (202) 420-2200  Fax: (202) 420-2201  Email: kadzikp@dicksteinshapiro.com**
DICKSTEIN SHAPIRO LLP                     ArvinMeritor, Inc.*
1825 Eye Street, N.W.
Washington, DC 20006-5403

Kanzer, Alan                        => **Phone: (212) 210-9480  Fax: (212) 210-9444  Email: akanzer@alston.com**
ALSTON & BIRD LLP                         Mann + Hummel U.S.A., Inc.*
90 Park Avenue
New York, NY 10016

Liebenberg, Roberta D.              => **Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com**
FINE KAPLAN & BLACK RPC                   Big T, Inc. dba A to Z Auto Parts*
1835 Market Street
28th Floor
Philadelphia, PA 19103

Lite, Allyn Z.                      => **Phone: (973) 623-3000  Fax: (973) 623-0858  Email: alite@ldgrlaw.com**
LITE DEPALMA GREENBERG & RIVAS LLC        All American Plazas of New Jersey, Inc.
Two Gateway Center
12th Floor

---

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Newark, NJ 07102-5003

Lovell, Christopher
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
Floor 58
New York, NY 10110

=>**Phone: (212) 608-1900  Fax: (212) 719-4677  Email: clovell@lshllp.com**
Austin, III, Justus*

McCluer, Stuart H.
MCCULLEY MCCLUER PLLC
1109 Van Buren Avenue
Oxford, MS 38655

=>**Phone: (662) 236-1401  Fax: (662) 236-1974  Email: smccluer@mcculleymccluer.com**
Lovett Auto & Tractor Parts, Inc.*

McKeown, James T.
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

=>**Phone: (414) 297-5530  Fax: (414) 297-4900  Email: jmckeown@foley.com**
Donaldson Co. (The)*

Murphy, Jerome A.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

=>**Phone: (202) 624-2500  Fax: (202) 628-5116  Email: jmurphy@crowell.com**
Bosch U.S.A.*; Purolator Filters N.A., LLC*

Nussbaum, Linda P.
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022

=>**Phone: (212) 687-1980  Fax: (212) 687-7714  Email: lnussbaum@kaplanfox.com**
Bruene (dba Lone Star Lube), William C.*

Paris, Simon B.
SALTZ MONGELUZZI BARRETT & BENDESKY PC
One Liberty Place
1650 Market Street
52 Floor
Philadelphia, PA 19103

=>**Phone: (215) 496-8282  Fax: (215) 496-0999  Email: sparis@smbb.com**
Manasek Auto Parts, Inc. dba Undercar Warehouse*

Paskin, Michael A.
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019

=>**Phone: (212) 474-1760  Fax: (212) 474-3700  Email: mpaskin@cravath.com**
Cummins Filtration, Inc.*

Persky, Bernard
LABATON SUCHAROW LLP
140 Broadway
33rd Floor
New York, NY 10005

=>**Phone: (212) 907-0700  Fax: (212) 818-0477  Email: bpersky@labaton.com**
Flash Sales, Inc.*; Gasoline & Automotive Service Dealers of America, Inc.; S&E Quick Lube Distributors, Inc.*

Prescott, Darrell
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036

=>**Phone: (212) 626-4476  Fax: (212) 310-1600  Email: darrell.prescott@bakernet.com**
Baldwin Filters, Inc.*

Note: Please refer to the report title page for complete report scope and key.

| **ATTORNEY - FIRM** | **REPRESENTED PARTY(S)** |
|---|---|
| Rosemergy, James J.<br>CAREY & DANIS LLC<br>8235 Forsyth Boulevard<br>Suite 1100<br>St. Louis, MO 63105-3786 | => **Phone: (314) 725-7700  Fax: (314) 721-0905  Email: jrosemergy@careydanis.com**<br>Cal's Auto Service, Inc. |
| Spector, Eugene A.<br>SPECTOR ROSEMAN & KODROFF PC<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | => **Phone: (215) 496-0300  Fax: (215) 496-6611  Email: espector@srk-law.com**<br>Central Warehouse Sales Corp.* |
| Wix Filtration Corp., LLC,<br>c/o CT Corporation System<br>225 Hillsborough Street<br>Raleigh, NC 27603 | =><br>Wix Filtration Products |
| Zwisler, Margaret M.<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, DC 20004-1304 | => **Phone: (202) 637-2200  Fax: (202) 637-2201  Email: margaret.zwisler@lw.com**<br>Champion Laboratories, Inc.*; United Components, Inc.* |

Note: Please refer to the report title page for complete report scope and key.