IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** <br><br> _____ <br><br> **This Document Relates to:** <br> **All Direct Purchaser Actions** | **Master Docket** <br> **No. 1:08-cv-04883** <br> **MDL No. 1957** |

**DIRECT PURCHASER PLAINTIFFS' MOTION TO
APPOINT INTERIM CLASS COUNSEL PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)**

Plaintiffs, through their undersigned counsel, move this Honorable Court, pursuant to Fed. R. Civ. P. 23(g), for an Order appointing the following law firms as Interim Class Counsel for the direct purchaser plaintiffs in these actions: Freed Kanner London Millen LLC; Labaton Sucharow LLP; Susman Godfrey LLP; and Fine, Kaplan and Black, R.P.C. A memorandum of law in support of this motion is attached.

Dated: September 3, 2008              Respectfully submitted,

                                      By: *Michael J. Freed*

                                      Michael J. Freed (ARDC No. 0869120)
                                      Steven A. Kanner (ARDC No. 3125292)
                                      William H. London (ARDC No. 6196353)
                                      Douglas A. Millen (ARDC No. 6226978)
                                      **Freed Kanner London & Millen LLC**
                                      2201 Waukegan Road, Suite 130
                                      Bannockburn, IL  60015
                                      Tel.:  (224) 632-4504
                                      Fax:  (224) 632-4519

Lawrence A. Sucharow
Bernard Persky
Hollis L. Salzman
Gregory Asciolla
**Labaton Sucharow LLP**
140 Broadway
New York, NY  10005
Tel.: (212) 907-0700
Fax: (212) 818-0477

Marc M. Seltzer
Stephen E. Morrissey
**Susman Godfey LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Tel.: (310) 789-3100
Fax: (310) 789-3005

Vineet Bhatia
**Susman Godfrey LLP**
1000 Louisiana, Suite 5100
Houston, TX  77002-5096
Tel.: (713) 653-7855
Fax: (713) 654-3344

Roberta D. Liebenberg
Donald L. Perelman
**Fine, Kaplan and Black, R.P.C.**
1835 Market Street, 28th Floor
Philadelphia, PA  19103
Tel.: (215) 567-6565
Fax:                    (215)            568-5872

## CERTIFICATE OF SERVICE

      I, Robert J. Wozniak, hereby certify that I caused true and correct copies of the foregoing Direct Purchaser Plaintiffs' Motion to Appoint Interim Lead Counsel Pursuant to Federal Rule of Civil Procedure 23(g) and the accompanying Memorandum of Law in support to be served via the CM/ECF system which will send notification of such filings to all registered parties.  In addition, true and correct copies of the papers were served via electronic mail on known counsel of record in the related actions consolidated in *In re Aftermarket Filters Antitrust Litigation*, MDL No. 1957.


**Dated:**  September 3, 2008            **FREED KANNER LONDON & MILLEN LLC**

                                                By:  */s/ Robert J. Wozniak*