
# United States District Court, Northern District of Illinois

Order Form (01/2005)

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 4883 | DATE | 9/4/2008 |
| CASE TITLE | In re: Aftermarket Filters Antitrust Litigation | | |

**DOCKET ENTRY TEXT:**

The direct purchaser plaintiffs' motion [10] to appoint interim class counsel pursuant to FRCP 23(g) is granted and the law firms of Freed Kanner London & Millen LLC, Labaton Sucharow LLP, Susman Godfrey LLP and Fine, Kaplan & Blacdk, RPC are appointed interim class counssel on behalf of direct purchaser plaintiffs.

[For further detail see separate order]
[Docketing to mail notice]

00:04

U.S. DISTRICT COURT
CLERK'S
2008 SEP 10 PM 4:29
FILED

| | Courtroom Deputy | GDS |