**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br>**All Direct Purchaser Actions** | **Master Docket**<br>**No. 1:08-cv-04883**<br>**MDL No.: 1957** |

**[redacted] ORDER RE**
**DIRECT PURCHASER PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)**

NOW COMES the Direct Purchaser Plaintiffs on their Motion to Appoint Interim Class Counsel Pursuant to Federal Rule of Civil Procedure 23(g) (the "Motion"), due notice having been given. Having fully considered the Motion, the Court hereby orders as follows: the Direct Purchaser Plaintiffs' Motion to Appoint Interim Class Counsel Pursuant to Federal Rule of Civil Procedure 23(g) is GRANTED; the law firms of Freed Kanner London & Millen LLC, Labaton Sucharow LLP, Susman Godfrey L.L.P. and Fine, Kaplan and Black, R.P.C. are hereby appointed Interim Class Counsel, pursuant to Federal Rule of Civil Procedure 23(g) on behalf of all Direct Purchaser Plaintiffs.

Dated: September 4, 2008

ENTERED:

Robert W. Gettleman
United States District Judge