# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4883    MDL 1957 | **DATE** | 10/2/2008 |
| **CASE TITLE** | In re:  Aftermarket Filters Antitrust Litigation | | |

**DOCKET ENTRY TEXT:**

Status hearing held.   Plaintiffs are given leave to file an amended complaint by 12/1/2008.  Answers or motions to dismiss are due by 1/20/2009.  Responses are due by 3/3/2009.  Replies are due by 4/3/2009.  Status hearing is set for 12/16/2008, at 10:30 a.m.

[Docketing to mail  notice]

00:48

| | Courtroom Deputy | GDS |
|---|---|---|