## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4883 | **DATE** | 10/7/2008 |
| **CASE TITLE** | In re: Aftermarket Filters Antitrust Litigation | | |

**DOCKET ENTRY TEXT:**

The minute order of 10/2/2008 [98] is vacated. Plaintiffs are given leave to file an amended consolidated complaints for the direct and indirect purchaser classes on or before 12/1/2008. Status hearing is set for 12/16/2008, at 10:30 a.m., at which time the court will set a schedule for the motions to dismiss that the defendants have informed the court they intend to file. The Court appoints 4 law firms as Interim Lead Counsel for Indirect Purchaser class: Trump, Alioto, Trump & Prescott, LLP; Zelle, Hoffman, Voelbel, Mason & Gette-MN; Heins, Mills & Olson, P.L.C.; Lovell, Stewart Halebian, LLP.

[Docketing to mail notice]

00:00