**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883 |
| | MDL Docket No. 1957 |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | Honorable Robert W. Gettleman<br>Magistrate Judge Geraldine Soat Brown |

**DEFENDANTS' SUPPLEMENTAL STATUS REPORT REGARDING CLOSING OF GRAND JURY PROCEEDINGS**

Defendants ArvinMeritor Inc., Purolator Products NA, LLC, Purolator Products Company, LLC, Baldwin Filters Inc., Champion Laboratories, Inc., Cummins Filtration Inc., Donaldson Company, Inc., Honeywell International Inc., Wix Filtration Corp LLC, and Affinia Group Inc. submit this separate status report regarding a development that is relevant to this multidistrict proceeding.

On January 21, 2010, the Antitrust Division of the Department of Justice ("DOJ") informed those defendants that were involved in the DOJ's investigation into possible collusion in the replacement auto filters industry that DOJ has closed its investigation without action as to all of them.

Dated: January 25, 2010

Respectfully submitted,

/s/ Peter J. Kadzik
Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc., Purolator Products NA, LLC, and Purolator Products Company LLC*

/s/ Margaret M. Zwisler
Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Champion Laboratories, Inc.*

/s/ Michael A. Paskin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ James T. McKeown
James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*

/s/ Richard G. Parker
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  202-383-5300

Edward D. Hassi
Mark S. Germann
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone:  212-326-2000

*Counsel for Honeywell International Inc.*

/s/ Darrell Prescott
Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ Stephen D. Libowsky
Stephen D. Libowsky (#6187081)
HOWREY LLP
321 North Clark Street – Suite 3400
Chicago, Illinois 60654-2402
Telephone 312-595-2252
Fax: 312-264-0372

John DeQ. Briggs
AXINN VELTROP HARKRIDER
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202-721-5400
Fax: 202-912-4701

*Counsel for Wix Filtration Corp LLC and Affinia Group, Inc.*

## CERTIFICATE OF SERVICE

I, Marguerite M. Sullivan, hereby certify that on January 25, 2010, I caused the foregoing Defendants' Supplemental Status Report Regarding Closing of Grand Jury Proceedings to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record. I hereby certify that on January 25, 2010 I caused Defendants' Supplemental Status Report Regarding Closing of Grand Jury Proceedings to be mailed to the following non-CM/ECF participant via First-Class Mail:

> Peggy J. Wedgworth
> Lovell Stewart Halebian LLP
> 500 Fifth Avenue
> 58th Floor
> New York, NY 10110

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Marguerite M. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　　　Marguerite M. Sullivan