**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | : | |
|---|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | : : : | Master Docket No. 08-cv-4883 MDL Docket No. 1957 |
| | : | Judge Robert W. Gettleman |
| This Document Relates to All Direct Purchaser Actions | : : : | |

**DIRECT PURCHASER PLAINTIFFS', INDIRECT PURCHASER PLAINTIFFS', AND THE STATE OF FLORIDA'S JOINT RESPONSE TO DEFENDANTS' SUPPLEMENTAL STATUS REPORT REGARDING CLOSING OF GRAND JURY PROCEEDINGS**

Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and the State of Florida hereby submit their joint response to Defendants' Supplemental Status Report Regarding Closing of Grand Jury Proceedings (Dkt. No. 376).

The Department of Justice's ("DOJ") decision to close its investigation into the replacement auto filters industry is legally irrelevant. As Judge Posner wrote for the Seventh Circuit in reversing summary judgment for the defendants in *In re High Fructose Corn Syrup Antitrust Litigation*, 295 F.3d 651 (7th Cir. 2002), the government's decision not to prosecute does not allow the beneficiary to argue by inference that the DOJ concluded that there was no conspiracy: "[Defendant ADM cannot] show that because the Justice Department has not moved against the alleged HFCS [High Fructose Corn Syrup] price-fixing conspiracy, there must not have been one. The Justice Department has limited resources; in the entire decade of the 1990s, it brought fewer than 200 civil antitrust cases, an average of fewer than 20 per year. It brought more criminal antitrust cases, but the evidence in this case probably is not strong enough to

establish the defendants' guilt beyond a reasonable doubt. . . . It may also have felt that the antitrust class action bar had both the desire and the resources to prosecute such a suit vigorously, as indeed it has done." *Id.* at 664-65.

Accordingly, the DOJ's decision does not affect this litigation.

Dated: January 25, 2010            Respectfully submitted,

/s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Rd. – Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4521

/s/ Marc M. Seltzer
Marc M. Seltzer
SUSMAN GODFREY LLP
Suite 950
1901 Avenue of the Stars
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
Adam J. Pessin
FINE KAPLAN AND BLACK, R.P.C.
1835 Market Street – 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Fax: (215) 568-5872

/s/ Bernard Persky
Bernard Persky
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

/s/ Stuart V. Kusin
Stuart V. Kusin
SUSMAN GODFREY LLP
Suite 5100
1000 Louisiana
Houston, TX 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

*continued on next page*

/s/ Richard M. Hagstrom
Richard M. Hagstrom
James S. Reece
Michael E. Jacobs
Aaron M. McParlan
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
500 Washington Avenue South -- Suite 4000
Minneapolis, MN  55415
Telephone:  (612) 339-2020
Fax:  (612) 336-9100

/s/ Renae D. Steiner
Renae D. Steiner
Vincent J. Esades
Katherine Kelly
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN  55403
Telephone:  (612) 338-4605

/s/ Christopher Lovell
Christopher Lovell
Victor E. Stewart
Gary Jacobson
Ian T. Stoll
Craig M. Essenmacher
LOVELL STEWART HALEBIAN, LLP
61 Broadway, Suite 501
New York, NY  10006
Telephone: (212) 608-1900

/s/ Mario N. Alioto
Mario N. Alioto
Lauren C. Russell
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco , CA 94123
Telephone:  (415) 563-7200
Fax:  (415) 346-0679

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Christopher R. Hunt
Christopher R. Hunt
Assistant Attorney General
Patricia A. Conners
Associate Deputy Attorney General
R. Scott Palmer
Special Counsel for Antitrust
Lizabeth A. Leeds
Chief, Multistate Antitrust Enforcement
OFFICE OF THE ATTORNEY GENERAL, ANTITRUST DIVISION
PL-01, The Capitol Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Fax: (850) 488-9134
*Counsel for the State of Florida, Office of the Attorney General*

3