**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE: AFTERMARKET FILTERS    )          Master File No.        1:08-cv-4883
ANTITRUST LITIGATION          )
                              )          MDL No. 1957
_____ )
THIS DOCUMENT RELATES TO: )          Judge Robert W. Gettleman
ALL ACTIONS                   )
_____ )


**STIPULATION REGARDING AMENDMENT OF PROTECTIVE ORDER**

WHEREAS on September 23, 2008, the Court entered a Protective Order (the "Protective

Order") in this action, pursuant to Fed. R. Civ. P. 26(c) and the Court's Revised Standing Order;

WHEREAS on April 16, 2009, plaintiff State of Florida, Office of the Attorney General,

Department of Legal Affairs (the "State of Florida") filed a complaint captioned *State of Florida*

*v. Champion Labs, Inc. et al.*, No. 1:09-cv-2321 containing allegations substantially similar to

those asserted in the multidistrict litigation pending before the Court as MDL No. 1957, Master

File No. 1:08-cv-4883 (the "MDL");

WHEREAS on May 11, 2009, the Court granted the State of Florida's request to have

*State of Florida v. Champion Labs, Inc. et al., No. 1:09-cv-2321* consolidated with the MDL;

THE PLAINTIFFS AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE

COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.      The parties respectfully submit the attached First Amended Stipulated Protective

Order that provides additional protection for confidential business and trade secret information

consistent with the public's right of access to the Court's records and processes by including in

its provisions and classifying as highly confidential material or information produced to the State

of Florida pursuant to Civil Investigative Demand under Chapter 542, Florida Statutes;

   2.   The First Amended Stipulated Protective Order shall bind all counsel of record in

this action.

   IT IS SO STIPULATED

   Dated: February 10, 2010                    Respectfully submitted,

/s/ Margaret M. Zwisler_____                   /s/ Peter J. Kadzik_____
Margaret M. Zwisler                            Peter J. Kadzik
LATHAM & WATKINS LLP                           DICKSTEIN SHAPIRO LLP
555 Eleventh Street, NW                        1825 Eye Street, NW
Suite 1000                                     Washington, DC 20006
Washington DC 20004-1304                       Telephone: (202) 420-2200
Telephone: (202) 637-1092                      Facsimile: (202) 420-2201
Facsimile: (202) 637-2201

*Counsel for Champion Laboratories, Inc.*      *Counsel for ArvinMeritor, Inc., Purolator Products NA, LLC, and Purolator Products Company, LLC.*


/s/ James T. McKeown_____                /s/__Michael A. Paskin_____
James T. McKeown                               Michael A. Paskin
FOLEY & LARDNER LLP                            CRAVATH, SWAINE & MOORE LLP
777 East Wisconsin Avenue                      Worldwide Plaza
Milwaukee, Wisconsin 53202                     825 Eighth Avenue
Telephone: (414) 297-5530                      New York, NY 10019-7475
Facsimile: (414) 297-4900                      Telephone:  (212) 474-1000
                                               Facsimile:  (212) 474-3700

*Counsel for Donaldson Company, Inc.*          *Counsel for Cummins Filtration Inc.*


/s/__Darrell Prescott_____              /s/_ John DeQ. Briggs_____
Darrell Prescott                               John DeQ. Briggs
BAKER & MCKENZIE LLP                            AXINN VELTROP HARKRIDER
1114 Avenue of the Americas                    1330 Connecticut Avenue, N.W.
New York, New York 10036                       Washington, DC 20036
Telephone: (212) 626-4100                      Telephone: (202) 721-5400
Facsimile: (212) 310-1600                      Facsimile: (202) 912-4701

*Counsel for Baldwin Filters Inc.*             *Counsel for Wix Filtration Corp LLC and Affinia Group, Inc.*

/s/_Richard G. Parker_____
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  (202) 383-5300
Facsimile: (202) 383-5414

Edward Hassi
Gerald A. Stein
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone:  (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Honeywell International Inc.*


/s/ Roberta D. Liebenberg_____                 /s/_ Bernard Persky_____
Roberta D. Liebenberg                              Bernard Persky
FINE, KAPLAN and BLACK, R.P.C.                     LABATON SUCHAROW LLP
1835 Market Street, 28th Floor                     140 Broadway
Philadelphia, PA 19103                             New York, NY 10005
Telephone: (215) 567-6565                          Telephone: (212) 907-0700
Facsimile: (215) 568-5872                          Facsimile: (212) 818-0477


/s/_ Michael J. Freed _____ __ ____                /s/ Marc M. Selzer_____
Michael J. Freed                                   Marc M. Selzer
FREED KANNER LONDON & MILLEN LLC                   SUSMAN GODFREY LLP
2201 Waukegan Road, Suite 130                      1901 Avenue of the Stars, Suite 950
Bannockburn, IL 60015                              Los Angeles, CA 90067-6029
Telephone: (224) 632-4500                          Telephone: (310) 789-3100
Facsimile: (224) 632-4519                          Facsimile: (310) 789-3005

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs and the Class*


/s/_Renae D. Steiner_____ _____                 /s/_Richard M. Hagstrom _____
Renae D. Steiner                                   Richard M. Hagstrom
HEINS MILLS & OLSON, PLC                           ZELLE, HOFMANN, VOELBEL,
310 Clifton Avenue                                 MASON & GETTE LLP
Minneapolis, MN 55403                              500 Washington Avenue South, Suite 400
Telephone: (612) 338-4605                          Telephone: (612) 339-2020
Email: Rsteiner@heinsmills.com                     Email: Rhagstrom@zelle.com

/s/_Mario N. Alioto_____          /s/ Christopher Lovell _____

Mario N. Alioto                              Christopher Lovell
TRUMP, ALIOTO, TRUMP                         LOVELL STEWART HALEBIAN, LLP
& PRESCOTT, LLP                              61 Broadway, Suite 501
2280 Union Street                            New York, NY 10006
San Francisco, CA 94123                      Telephone: (212) 608-1900
Telephone: (415) 563-7200                    Email: Clovell@lshllp.com
Email: Malioto@tatp.com

*Interim Co-Lead Counsel for Indirect End-User Purchaser Plaintiffs and the Class*


/s/__Gary D. McCallister_____

Gary D. McCallister
Gary D. McCallister & Associates, LLC
120 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
Telephone: (312) 345-0611
Email: gdm@gdmlawfirm.com

*Counsel for Plaintiffs Loodvik Peerali and Oyster, Incorporated*



/s/_Christopher R. Hunt_____

PATRICIA A. CONNERS
Associate Deputy Attorney General
R. SCOTT PALMER
Special Counsel for Antitrust
LIZABETH A. BRADY
Chief, Multistate Antitrust Enforcement
CHRISTOPHER R. HUNT
Assistant Attorney General
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134

*Counsel for Plaintiff State of Florida,*
*Office of the Attorney General, Department of Legal Affairs*