

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AFTERMARKET FILTERS ANTITRUST LITIGATION | ) <br> ) <br> ) Master File No. 1:08-cv-04883 <br> ) <br> ) MDL. Docket No. 1957 <br> ) |
| THIS DOCUMENT RELATES TO: <br> ALL INDIRECT PURCHASER ACTIONS | ) <br> ) Judge Robert W. Gettleman <br> ) Magistrate Judge Geraldine Soat Brown <br> ) |

## ORDER

NOW on this 18th day of February, 2010 comes on for hearing Gasoline Retailers' Motion to Appoint Interim Co-Lead Class Counsel pursuant to Federal Rule Of Civil Procedure 23(g). After reviewing the pleadings and hearing statements of counsel the Court orders as follows:

1. The Court appoints four law firms as Interim Co-Lead Counsel for the Gas Retailers' Indirect Purchaser Class: Alioto Law Firm, Bleau Fox, A.P.L.C., Gray, Plant, Mooty, Mooty & Bennett P.A., and Gary D. McCallister and Associates, LLC.

2. Case Management Order No. 1, entered by the Court on October 22, 2008 (Document 130), is amended in Section IV, Organization of Plaintiffs' Counsel to include the following:

> By Order dated February 18, 2010, the Court has designated the following law firms to act on behalf of the Gas Retailers' Indirect Purchaser Plaintiffs as Gas Retailers Interim Class Counsel: Alioto

Law Firm, Bleau Fox, A.P.L.C., Gray, Plant, Mooty, Mooty & Bennett, P.A. and Gary D. McCallister and Associates, LLC.

All other aspects of Case Management Order No. 1 remain in full force and effect.

3. Gas Retailer Plaintiffs are granted leave to file a Consolidated Second Amended Class Action Complaint to substitute names of certain defendants in order to comply with prior stipulations of dismissal previously entered by the Court in December, 2009. Leave to file the Gas Retailers Consolidated Second Amended Class Action Complaint is granted *instanter*.

It is so ordered:

ENTER: February 18, 2010

ROBERT W. GETTLEMAN
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Richard M. Hagstrom**<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>500 Washington Avenue South<br>Suite 4000<br>Minneapolis, MN 55415<br>**Telephone:** (612) 339-2020<br>**Fax:** (612) 336-9100<br>**Email:** rhagstrom@zelle.com | **Renae D. Steiner**<br>Heins Mills & Olson, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>**Telephone:** (612) 338-4605<br>**Fax:** (612) 338-4605<br>**Email:** rsteiner@heinsmills.com |
| **Christopher Lovell**<br>Lovell Stewart Halebian, LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>**Telephone:** (212) 608-1900<br>**Fax:** (212) 719-4775<br>**Email:** clovell@lshllp.com | **Mario N. Alioto**<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>**Telephone:** (415) 563-7200<br>**Fax:** (415) 346-0679<br>**Email:** malioto@tatp.com |

**CO-LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS**

| | |
|---|---|
| **Marvin A. Miller**<br>**Lori A. Fanning**<br>**Matthew E. Van Tine**<br>Miller Law LLC<br>115 S. LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>**Telephone:** (312) 676-2665<br>**Fax:** (312) 676-2676<br>**Email:** mmiller@millerlawllc.com | |

**COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS**

| | |
|---|---|
| **Bernard Persky**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Fax: (212) 818-0477<br>Email: bpersky@labaton.com | **Michael J. Freed**<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br>Fax: (224) 632-4519<br>Email: mfreed@fklmlaw.com |
| **Roberta D. Liebenberg**<br>Fine, Kaplan and Black, R.P.C.<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 567-6565<br>Fax: (215) 568-5872<br>Email: rliebenberg@finekaplan.com | **Marc M. Seltzer**<br>Susman Godfrey LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3100<br>Fax: (310) 789-3005<br>Email: mseltzer@susmangodfrey.com |
| **Vineet Bhatia**<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 653-7855<br>Fax: (713) 654-3344<br>Email: vbhatia@susmangodfrey.com | |

**INTERIM CO-LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS**

**Christopher R. Hunt**
Office of Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
Telephone: (850) 414-3300
Fax: (850) 488-9134
Email: Christopher_hunt@oag.state.fl.us

**Counsel for Plaintiff State of Florida, Office of Attorney General Department of Legal Affairs**

| | |
|---|---|
| **Peter J. Kadzik**<br>Dickstein Shapiro, LLP<br>1825 Eye Street, NW<br>Washington, D.C. 20006<br>**Telephone:** (202) 420-2200<br>**Fax:** (202) 420-2201<br>**Email:** kadzikp@docksteinshapiro.com<br><br>**Counsel for Defendant ArvinMeritor Inc, Purolator Products, NA. LLC and Purolator Products Company, LLC** | **Margaret M. Zwisler**<br>Latham & Watkins, LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>**Telephone:** (202) 637-1092<br>**Fax:** (202) 637-2201<br>**Email:** margaret.zwisler@lw.com<br><br>**Counsel for Champion Laboratories, Inc.** |
| **Michael A. Paskin**<br>Cravath, Swaine & Moore, LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>**Telephone:** (212) 474-1000<br>**Fax:** (212) 474-3700<br>**Email:** mpaskin@cravath.com<br><br>**Counsel for Cummins Filtration Inc.** | **James T. McKeown**<br>Foley & Lardner, LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>**Telephone:** (414) 297-5530<br>**Fax:** (414) 297-4900<br>**Email:** jmckeown@foley.com<br><br>**Counsel for Donaldson Company, Inc.** |
| **Richard G. Parker**<br>O'Melveny & Myers, LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>**Telephone:** (202) 383-5300<br>**Fax:** (202) 383-5414<br>**Email:** rparker@omm.com<br><br>**Edward D. Hassi**<br>O'Melveny & Myers, LLP<br>7 Time Square<br>New York, NY 10036<br>**Telephone:** (212) 326-2000<br>**Fax:** (212) 326-2061<br>**Email:** ehassi@omm.com<br>**Counsel for Honeywell International, Inc.** | **Stephen D. Libowsky**<br>Howrey, LLP<br>321 N. Clark Street, Suite 3400<br>Chicago, IL 60654<br>**Telephone:** (312) 595-2252<br>**Fax:** (312) 595-2250<br>**Email:** LibowskyS@howrey.com<br><br>**John DeQ. Briggs**<br>Axinn Veltrop Harkrider<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>**Telephone:** (202) 721-5400<br>**Fax:** (202) 912-4701<br>**Email:** jdb@avhlaw.com<br><br>**Counsel for Wix Filtration Corp, LLC and Affinia Group, Inc.** |

| | |
|---|---|
| **Darrell E. Prescott**<br>Baker & McKenzie, LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>**Telephone:** (212) 626-4476<br>**Fax:** (212) 310-1600<br>**Email:** darrell.prescott@bakernet.com<br><br>**Counsel for Baldwin Filters, Inc.** | |

**COUNSEL FOR DEFENDANTS**

| | |
|---|---|
| **Joseph M. Alioto**<br>Alioto Law Firm<br>555 California Street, 31st Floor<br>San Francisco, CA 94101<br>**Telephone:** (415) 434-8900<br>**Fax:** (415) 434-9200<br>**Email:** jmalioto@aliotolaw.com | **Thomas P. Bleau**<br>**Martin R. Fox**<br>Bleau Fox, A. P.L.C.<br>3575 Cahueunga Blvd. West, Suite 580<br>Los Angeles, CA 90068<br>**Telephone:** (323) 874-8613<br>**Fax:** (323) 874-1234<br>**Email:** - tbleau@bleaufox.com<br>mfox@bleaufox.com |
| **Daniel R. Shulman**<br>Gray, Plant, Mooty, Mooty & Bennett, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>**Telephone:** (612) 632-3000<br>**Fax:** (612) 632-4444<br>**Email:** daniel.shulman@pgmlaw.com | **Gary D. McCallister**<br>**Jamie G. Goldstein**<br>Gary D. McCallister & Associates, LLC<br>120 North LaSalle Street, Suite 2800<br>Chicago, Illinois 60602<br>**Telephone:** (312) 345-0611<br>**Fax:** (312) 345-0612<br>**Email:** gdm@gdmlawfirm.com<br>jgoldstein@gdmlawfirm.com |
| **COUNSEL FOR GAS RETAILERS' CLASS** ||