IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | ) ) ) ) | **Master Docket No. 08-cv-4883** |
| **This Document Relates To:** | ) ) ) | **MDL Docket No. 1957** **Judge Robert W. Gettleman** |
| Direct Purchaser Action *Aaron Dunham v.* *Champion Laboratories, Inc., et al.* *Civil Action No. 1:08-cv-05343* | ) ) ) ) ) ) |  |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO AARON DUNHAM

PLEASE TAKE NOTICE that plaintiff Aaron Dunham, by and through the undersigned counsel, hereby voluntarily dismisses his individual claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Aaron Dunham's action has been transferred and consolidated into the *In Re Aftermarket Filters Antitrust Litigation*, Master Docket No. 08-cv-4883. Defendants have not served an answer or motion for summary judgment to Aaron Dunham's complaint. Aaron Dunham reserves his rights as an absent class member to share in any recovery in this case to which he would otherwise be entitled. All counsel listed below have assented to the filing of this Notice. Pursuant to the Court's October 22, 2008, "Case Management Order No. 1" (*See* Docket No. 130), Aaron Dunham has filed this Notice under the individual docket number listed in the caption above, in addition to the Master File docket number. The following individual docket can now be closed:

1:08-cv-05343

Dated: October 4, 2010

| | |
|---|---|
| /s/ Michael J. Freed | /s/ Roberta D. Liebenberg |
| Michael J. Freed | Roberta D. Liebenberg |
| Steven A. Kanner | Donald L. Perelman |
| William H. London | Jeffrey S. Istvan |
| Douglas A. Millen | Adam Pessin |
| FREED KANNER LONDON & MILLEN LLC | FINE, KAPLAN AND BLACK, R.P.C. |
| 2201 Waukegan Road, Suite 130 | 1835 Market Street, Suite 2800 |
| Bannockburn, IL 60015 | Philadelphia, PA 19103 |
| Telephone: (224) 632-4500 | Telephone: (215) 567-6565 |
| Fax: (224) 632-4521 | Fax: (215) 568-5872 |
| | |
| /s/ Marc M. Seltzer | /s/ Bernard Persky |
| Marc M. Seltzer | Bernard Persky |
| Stephen E. Morrissey | Hollis L. Salzman |
| Vineet Bhatia | Eric J. Belfi |
| SUSMAN GODFREY LLP | Gregory S. Asciolla |
| 1901 Avenue of the Stars, Suite 950 | LABATON SUCHAROW LLP |
| Los Angeles, CA 90067-6029 | 140 Broadway |
| Telephone: (310) 789-3100 | New York, NY 10005 |
| Fax: (310) 789-3150 | Telephone: (212) 907-0700 |
| | Fax: (212) 818-0477 |
| Stuart V. Kusin | |
| SUSMAN GODFREY LLP | *Counsel for Plaintiff Aaron Dunham* |
| 1000 Louisiana, Suite 5100 | |
| Houston, TX 77002-5096 | |
| Telephone: (713) 651-9366 | |
| Fax: (713) 654-6666 | |

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

                                                Mila F. Bartos
                                                Richard M. Volin
                                                Michael G. McLellan
                                                Stan M. Doerrer
                                                FINKELSTEIN THOMPSON LLP
                                                The Duvall Foundry
                                                1050 30th Street, NW
                                                Washington, DC 20007
                                                Telephone: (202) 337-8000

                                                *Counsel for Plaintiff Aaron Dunham*