**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ) | |
| **IN RE: AFTERMARKET FILTERS** ) | |
| **ANTITRUST LITIGATION** ) | |
| ) | **Master Docket No. 08-cv-4883** |
| ) | **MDL Docket No. 1957** |
| **This Document Relates To:** ) | **Judge Robert W. Gettleman** |
| ) | |
| Direct Purchaser Action ) | |
| *S & E Quick Lube Distributors, Inc. v.* ) | |
| *Champion Laboratories, Inc., et al.* ) | |
| Civil Action No. 1:08-cv-04781 ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**AS TO S & E QUICK LUBE DISTRIBUTORS, INC.**

PLEASE TAKE NOTICE that plaintiff S & E Quick Lube Distributors, Inc., by and through the undersigned counsel, hereby voluntarily dismisses its individual claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. S & E Quick Lube Distributors, Inc.'s action has been transferred and consolidated into the *In Re Aftermarket Filters Antitrust Litigation*, Master Docket No. 08-cv-4883. Defendants have not served an answer or motion for summary judgment to S & E Quick Lube Distributors, Inc.'s complaint. S & E Quick Lube Distributors, Inc. reserves its rights as an absent class member to share in any recovery in this case to which it would otherwise be entitled. All counsel listed below have assented to the filing of this Notice. Pursuant to the Court's October 22, 2008, "Case Management Order No. 1" (*See* Docket No. 130), S & E Quick Lube Distributors, Inc. has filed this Notice under the individual docket number listed in the caption above, in addition to the Master File docket number.

Dated: October 4, 2010

/s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
William H. London
Douglas A. Millen
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4521

/s/ Marc M. Seltzer
Marc M. Seltzer
Stephen E. Morrissey
Vineet Bhatia
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

Stuart V. Kusin
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
Donald L. Perelman
Jeffrey S. Istvan
Adam Pessin
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 567-6565
Fax: (215) 568-5872

/s/ Bernard Persky
Bernard Persky
Hollis L. Salzman
Eric J. Belfi
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiff S&E Quick Lube Distributors, Inc.*

*Co-Lead Counsel for Direct Purchaser Plaintiffs*