# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

IN RE: AFTERMARKET FILTERS
ANTITRUST LITIGATION

V.

CASE NUMBER: 1:08-cv-4883

ASSIGNED JUDGE: Honorable Gettleman

DESIGNATED MAGISTRATE JUDGE: Geraldine Soat Brown

TO: (Name and address of Defendant)

Honeywell International
100 Columbia Road
Morristown, New Jersey 07962

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark I. Labaton, 1100 Glendon Avenue, Los Angeles, CA 90024

Lance V. Oliver, 28 Bridgeside Blvd., Mount Pleasant, SC 29466

G. Steven Stidham, 1 W. 3rd St., Ste. 1700, Tulsa, OK 74103

an answer to the complaint which is herewith served upon you, within __twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE

December 22, 2010

DATE

AO 440    Rev. 10/93 Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 1/21/11 |
| NAME OF SERVER (PRINT) Sharon Poole | TITLE Legal Asst. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail- Return Receipt Requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/21/11
Date

Signature of Server: /s/ Sharon Poole

Address of Server: 1 W 3rd St., Ste 1700, Tulsa OK 74103

Certified Article Number
7160 3901 9848 5255 4977
SENDERS RECORD

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

7160 3901 9848 5255 4977

**TO:** Honeywell International
100 Columbia Road
Morristown, NJ 07962

**SENDER:** GSS/SP

**REFERENCE:** W. Burch

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 5.25 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 2.30 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 10.35 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

2. Article Number

7160 3901 9848 5255 4977

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:
Honeywell International
100 Columbia Road
Morristown, NJ 07962

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) / Ken
B. Date of Delivery
C. Signature
X ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

**Reference Information**

W. Burch

GSS

PS Form 3811, January 2005    Domestic Return Receipt