# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957<br><br>Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Local Rule 5.3(a) of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiffs will present Plaintiffs' Motion for Leave to Conduct the Depositions of Four Champion Laboratories, Inc. Employees and Brief in Support on Tuesday, February 1, 2010 at 11:00 a.m. before the Honorable Geraldine Soat Brown, or such other judge as may be sitting in her stead, in Room 1003 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and hereby served upon you.

Dated: January 26, 2011

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
Adam J. Pessin
FINE KAPLAN & BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

Respectfully submitted,

/s/ Michael J. Freed
Michael J. Freed
Steven Kanner
Michael Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd., Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Stuart V. Kusin
Stuart V. Kusin
SUSMAN GODFREY LLP
Suite 5100
1000 Louisiana
Houston, TX 77002-5096
Telephone: (713) 651-9366

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Bernard Persky
Bernard Persky
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Renae D. Steiner
Renae D. Steiner
James Anderson
Katherine Kelly
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone:  612-338-4605

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Richard M. Hagstrom
Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Mario N. Alioto
Mario N. Alioto
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone : (415) 563-7200

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Christopher Lovell
Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY 10110
Telephone : (212) 608-1900

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

| | |
|---|---|
| /s/ Liz Brady<br>Liz Brady<br>Christopher R. Hunt<br>Assistant Attorney General<br>Office of the Attorney General, Antitrust Div.<br>PL-01, The Capitol Tallahassee, FL 32399-1050<br>Telephone: (850) 414-3300<br><br>*Counsel for the State of Florida, Office of the Attorney General* | /s/ Joseph M. Alioto<br>Joseph M. Alioto<br>ALIOTO LAW FIRM<br>555 California Street, Suite 3160<br>San Francisco, CA 94104<br>Telephone: 415-434-8900<br><br>*Counsel for Gas Retailer Plaintiffs* |
| /s/ Martin R. Fox<br>Martin R. Fox<br>BLEAU FOX, P.L.C.<br>3575 Cahuenga Blvd., Suite 580<br>Los Angeles, CA 90068<br>Telephone: 323-874-8613<br><br>*Counsel for Gas Retailer Plaintiffs* | /s/ Gary D. McCallister<br>Gary D. McCallister<br>GARY D. MCCALLISTER & ASSOC., LLC<br>120 North LaSalle Street, Suite 2800<br>Chicago, IL 60602<br>Telephone: 312-345-0611<br><br>*Counsel for Gas Retailer Plaintiffs* |
| /s/ Mark I. Labaton<br>Mark I. Labaton<br>Lance Oliver<br>Motley Rice LLP<br>1100 Glendon Avenue 14th Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 500-3540<br><br>*Counsel for Qui Tam Plaintiff* | |