**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master File No. 1:08-cv-4883<br><br>MDL No. 1957<br><br>Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION

To: All Counsel

**PLEASE TAKE NOTICE** that on **February 1, 2011**, at **11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Geraldine Soat Brown or any judge who may be sitting in her place in Courtroom 1812 of the Dirksen Federal Building, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, to present the parties' **Joint Motion for Resolution of Discovery Disputes,** a copy of which was served upon you on January 26, 2011.

| | |
|---|---|
| Dated: January 26, 2011 | Respectfully submitted, |
| /s/ Peter J. Kadzik<br>Peter J. Kadzik<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, NW<br>Washington, DC 20006<br>Tel: 202-420-2200<br>Fax: 202-420-2201<br><br>*Counsel for ArvinMeritor Inc., Purolator Products NA, LLC and Purolator Products Company, LLC* | /s/ Margaret M. Zwisler<br>Margaret M. Zwisler<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington DC 20004-1304<br>Telephone: 202-637-1092<br>Fax: 202-637-2201<br><br>*Counsel for Champion Laboratories, Inc.* |

/s/ Michael A. Paskin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ Darrell Prescott
Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ Michael J. Freed
Steven A. Kanner
William H. London
Douglas A. Millen
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd.

/s/ James T. McKeown
James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*

/s/ Richard G. Parker
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: 202-383-5300

Edward Hassi
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000

*Counsel for Honeywell International Inc.*

/s/ John DeQ. Briggs
John DeQ. Briggs
AXINN VELTROP HARKRIDER
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202-721-5400
Fax: 202-912-4701

*Counsel for Wix Filtration Corp LLC and Affinia Group, Inc.*

/s/ Bernard Persky
Gregory Asciolla
Benjamin D. Bianco
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
Fax: 224-632-4521

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Roberta D. Liebenberg
Donald L. Perelman
Adam Pessin
FINE KAPLAN & BLACK, R.P.C.
1835 Market Street
28th Floor
Philadelphia, PA 19103
Telephone: 215-567-6565
Fax: 215-568-5872

/s/ Marc M. Seltzer
Marc M. Seltzer
Vineet Bhatia
Stuart V. Kusin
SUSMAN GODFREY LLP
Suite 950
1901 Avenue of the Stars
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Renae D. Steiner
Renae D. Steiner
Vincent J. Esades
Katherine Kelly
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338-4605
(612) 338-4692 (facsimile)

/s/ Richard M. Hagstrom
Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
(612) 339-2020
(612) 336-9100 (facsimile)

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Mario N. Alioto
Mario N. Alioto
Lauren C. Russell
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone : (415) 563-7200

/s/ Christopher Lovell
Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY 10110
(212) 608-1900
clovell@lshllp.com

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Christopher R. Hunt
CHRISTOPHER R. HUNT
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
ANTITRUST DIVISION
PL-01, The Capitol Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134

*Counsel for the State of Florida, Office of the Attorney General*

/s/ Martin R. Fox
Martin R. Fox
BLEAU FOX, A P.L.C.
3575 Cahuenga Blvd., Suite 580
Los Angeles, CA 90068
Tel: 323-874-8613
Fax: 323-874-1234

Joseph M. Alioto
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Tel: 415-434-8900
Fax: 415-434-9200

Gary D. McCallister
GARY D. MCCALLISTER & ASSOCIATES, LLC
120 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
Telephone: (312) 345-0611
Fax: (312) 345-0612
*Counsel for Loodvik Peerali and Oyster Incorporated*

/s/ Mark I. Labaton
Motley Rice LLP
1100 Glendon South Eighth Street
Los Angeles, CA 90024
Telephone: (310) 500-3540
Fax: (310) 824-2870

G. Steven Stidham
Sneed Lang Herrold, P.C.
1700 Williams Center Tower 1
One West Third Street
Tulsa, OK 74103-3552
Telephone: (918) 588-1313

*Counsel for William G. Burch*

**CERTIFICATE OF SERVICE**

I, Marguerite M. Sullivan, hereby certify that on January 26, 2011, I caused the foregoing Notice of Joint Motion for Resolution of Discovery Disputes to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.  I also caused the foregoing Notice of Joint Motion for Resolution of Discovery Disputes to be served on the following individual via electronic mail:

> G. Steven Stidham
> Sneed Lang Herrold
> 1700 Williams Center Tower 1
> One West Third Street
> Tulsa, OK  74103-3552
> gstidham@sneedlangherrold.com

>> /s/ Marguerite M. Sullivan
>> Marguerite M. Sullivan