# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No.: 08-cv-4883<br>MDL Docket No.: 1957 |
| | Judge Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |
| This Document Relates to:<br>All Actions | |

## PLAINTIFFS' MOTION TO FILE UNDER SEAL

Plaintiffs submit this Motion to File Under Seal Plaintiffs' Reply Memorandum in Support of Their Motion for Leave to Conduct the Depositions of Four Champion Laboratories Inc. Employees ("Memorandum") (Dkt. No. 715).

The Memorandum directly references a settlement agreement between Champion and Bill Burch. Defendants have designated the settlement agreement as highly confidential.

Accordingly, Plaintiffs request leave of the Court to file the Memorandum under seal.

Dated: February 01, 2011        Respectfully submitted,

/s/ Michael J. Freed
Michael J. Freed
Steven Kanner
Michael Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd., Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
Adam J. Pessin
FINE KAPLAN & BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Stuart V. Kusin
Stuart V. Kusin
SUSMAN GODFREY LLP
Suite 5100
1000 Louisiana
Houston, TX 77002-5096
Telephone: (713) 651-9366

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Bernard Persky
Bernard Persky
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Renae D. Steiner
Renae D. Steiner
James Anderson
Katherine Kelly
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: 612-338-4605

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Richard M. Hagstrom
Richard M. Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Mario N. Alioto
Mario N. Alioto
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone : (415) 563-7200

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Christopher Lovell
Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY 10110
Telephone : (212) 608-1900

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Liz Brady
Liz Brady
Christopher R. Hunt
Assistant Attorney General
Office of the Attorney General, Antitrust Div.
PL-01, The Capitol Tallahassee, FL 32399-1050
Telephone: (850) 414-3300

*Counsel for the State of Florida, Office of the Attorney General*

/s/ Martin R. Fox
Martin R. Fox
BLEAU FOX, P.L.C.
3575 Cahuenga Blvd., Suite 580
Los Angeles, CA 90068
Telephone: 323-874-8613

*Counsel for Gas Retailer Plaintiffs*

/s/ Mark I. Labaton
Mark I. Labaton
Lance Oliver
Motley Rice LLP
1100 Glendon Avenue 14th Floor
Los Angeles, CA 90024
Telephone: (310) 500-3540

*Counsel for Qui Tam Plaintiff*

/s/ Joseph M. Alioto
Joseph M. Alioto
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: 415-434-8900

*Counsel for Gas Retailer Plaintiffs*

/s/ Gary D. McCallister
Gary D. McCallister
GARY D. MCCALLISTER & ASSOC., LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
Telephone: 312-345-0611

*Counsel for Gas Retailer Plaintiffs*