# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4883 | **DATE** | 2/4/2011 |
| **CASE TITLES** | In re: Aftermarket Filters Antitrust Litigation | | |

**DOCKET ENTRY TEXT:**

Motion [695] of Barbara Hart for leave to appear pro hac vice is granted.
Motion [704] of Christopher Bouchoux for leave to appear pro hac vice is granted.
Motion [717] of Laura Khare for leave to appear pro hac vice is granted.
Motion [720] of Christopher Stanton for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|