IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 1:08-cv-4883 |
| | MDL Docket No.: 1957 |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | Judge Robert W. Gettleman Magistrate Geraldine Soat Brown |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Defendant Honeywell International Inc. through its undersigned counsel moves this Court for an Order granting the withdrawal of Edward D. Hassi's appearance as counsel for Honeywell International and his removal from the Court's electronic filing notification system for this action.  O'Melveny & Myers LLP shall remain counsel of record for Honeywell International in this action and no delay of this action will result from the withdrawal of Mr. Hassi.

Wherefore, Honeywell International respectfully requests that this Court enter an order granting its Motion to Withdraw Edward Hassi as Counsel.

Dated: New York, New York
February 10, 2011

O'MELVENY & MYERS LLP

By: /s/ Edward D. Hassi
Edward D. Hassi
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
ehassi@omm.com

*Counsel for Honeywell International Inc.*

**CERTIFICATE OF SERVICE**

    I, Jonathan R. Buck, hereby certify that on February 10, 2011, I caused true and correct copies of Honeywell International Inc.'s Motion for Leave to Withdraw Edward Hassi as Counsel to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

                              /s/ Jonathan R. Buck
                              Jonathan R. Buck