# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTHERN ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 1:08-cv-4883<br><br>MDL No. 1957<br><br>Honorable Robert W. Gettleman<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE FOURTH AMENDED CONSOLIDATED INDIRECT PURCHASER COMPLAINT** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on Thursday, February 24, 2011, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then there present the Motion for Leave to File Fourth Amended Consolidated Indirect Purchaser Complaint, copies of which are hereby served upon you.


Dated:  February 17, 2011          /s/ Marvin Miller

Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Email: MMiller@millerlawllc.com
　　　LFanning@millerlawllc.com

COUNSEL FOR INDIRECT PURCHASERS

91383.1

/s/ Richard M. Hagstrom

**Richard M. Hagstrom**
**James S. Reece**
**Michael E. Jacobs**
Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
**Telephone:** (612) 339-2020
**Fax:** (612) 336-9100
**Email:** rhagstrom@zelle.com
         jreece@zelle.com
         mjacobs@zelle.com
         amcparlan@zelle.com

/s/ Renae D. Steiner

**Renae D. Steiner**
**James W. Anderson**
**Katherine T. Kelly**
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
**Telephone:** (612) 338-4605
**Email:** rsteiner@heinsmills.com
         vesades@heinsmills.com
         kkelly@heinsmills.com

/s/ Christopher Lovell

**Christopher Lovell**
**Gary Jacobson**
**Ian T. Stoll**
**Craig M. Essenmacher**
Lovell Stewart Halebian, LLP
500 Fifth Avenue
New York, NY 10110
**Telephone:** (212) 608-1900
**Email:** clovell@lshllp.com
         gjacobson@lshllp.com
         istoll@lshllp.com
         craigessenmacher@yahoo.com

/s/ Mario N. Alioto

**Mario N. Alioto**
**Lauren C. Russell**
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco , CA 94123
**Telephone:** (415) 563-7200
**Email:** malioto@tatp.com
         laurenrussell@tatp.com

*CO-LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS*

**Guri Ademi**
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110
**Telephone:** (414) 482-8000
**Email:** gademi@ademilaw.com

**Donald Chidi Amamgbo**
Amamgbo Law Office
7901 Oakport Street, Suite 4900
Oakland, CA 94621
**Telephone:** (510) 615-6000
**Email:** donald@amamgbokaw.com

**Gordon Ball**
Ball & Scott, A Professional Association
550 Main Avenue, Suite 750
Knoxville, Tennessee 37902
**Telephone:** (865) 525-7028
**Fax:** (865) 525-4679
**Email:** gball@ballandscott.com

**Brian J. Barry**
Attorney at Law
1801 Avenue of the Stars, Suite 307
Los Angeles , CA 90067
**Telephone:** 310 788 0831
**Email:** bribarry1@yahoo.com

**Michael David Braun**
Braun Law Group, P.C.
12304 Santa Monica Boulevard, Suite 109
Los Angeles, CA 90025
**Telephone:** (310) 442-7755
**Fax:** (310) 442-7756
**Email:** mdb@braunlawgroup.com

**Chris Cadenhead**
Cadenhead Law Firm
Pier 98 Centre
534 Harbor Boulevard, Suite 501
Destin, FL 32541
**Telephone:** (850) 837-5509
**Fax:** (850) 682-8343
**Email:** chris@cadenheadlawfirm.com

**Ronald I. Futterman**
**John R. Wylie**
**Charles R. Watkins**
**William Thomas**
Futterman Howard Watkins Wylie & Ashley, Chtd.
122 South Michigan Avenue, Suite 1850
Chicago, IL 60603
**Telephone:** (312) 427-3600
**Fax:** (312) 427-1850
**Email:** rfutterman@futtermanhoward.com
         jwylie@futtermanhoward.com
         cwatkins@futtermanhoward.com
         wthomas@futtermanhoward.com

**Alex C. Turan**
Law Office of Alex C. Turan
2070 N. Broadway #5492
Walnut Creek, CA 94596-1492
**Telephone:** (415) 308-0025
**Facsimile:** (925) 256-9615

**Brian D. Brooks**
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
**Telephone:** (212) 682-1818
**Email:** bbrooks@murrayfrank.com

**Richard L. Coffman**
The Coffman Law Firm
First City Building, Suite 505
505 Orleans Street
Beaumont, TX 77701
**Telephone:** (409) 833-7700
**Fax:** (866) 835-8250
**E-mail:** rc@cofflaw.com

**Daniel Hume**
**Beverly Tse**
Kirby McInerney LLP
830 Third Avenue
New York, NY 10022
**Telephone:** (212) 371-6600
**Email:** dhume@kmllp.com
         btse@kmllp.com

**Russell Ingebritson**
**Charles T. Hvass Jr.**
Ingebritson & Associates
825 Nicollet Mall, Suite 1025
Minneapolis, MN 55402
**Telephone:** (612) 340-8290
**Fax:** (612) 342-2990
**Email:** russinge47@aol.com
         chvass@aol.com

**Patrick A. Klingman**
Shepard, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
**Telephone:** (860) 526-1100
**Fax:** (860) 526-1120
**Email:** pklingman@sfmslaw.com

**Gary E. Mason**
**Donna F. Solen**
The Mason Law Firm
1225 19th Street Northwest
Washington, DC 20036
**Telephone:** (202) 429-2290
**Fax:** (202) 429-2294
**Email:** gmason@masonlawdc.com
            dsolen@masonlawdc.com

**Christopher T. McRae**
**David J. Metcalf**
McRae & Metcalf
2612 Centennial Place
Tallahassee, Florida 32308
**Telephone:** (850) 386-8000
**Fax:** (850) 386-8342
**Email:** cmcrae@mcraemetcalf.com
            dmetcalf@mcraemetcalf.com

**Daniel J. Mogin**
**Chad McManamy**
The Mogin Law Firm P.C.
110 Juniper Street
San Diego, CA 92101
**Telephone:** (619) 687-6611
**Fax:** (619) 687-6610
**Email:** dan@moginlaw.com
            chad@moginlaw.com

**Rodney C. Olsen**
Morrison, Frost, Olsen & Irvine, LLP
323 Poyntz, Suite 204
Manhattan, KS 66502-6387
**Telephone:** (785) 776-9208
**Fax:** (785) 776-9212
**E-mail:** olsen@mfoilaw.com

**Theodore Orson**
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
**Telephone:** (401) 223-2100
**Fax:** (401) 861 3103
**Email:** torson@orsonandbrusini.com

**Joseph Mario Patane**
Law Office of Joseph M. Patane, PC
2280 Union St
San Francisco, CA 94123
**Telephone:** (415) 447-1651
**Fax:** (415) 346-0679
**Email:** jpatane@tatp.com

**Timothy J. Peters**
Peters Law Firm
2116 Second Avenue South
Minneapolis, MN 55415
**Telephone:** (612) 746-1475
**Fax:** (612) 874-9793
**Email:** peters.timothy.james@gmail.com

**Christian M. Sande**
Christian Sande LLC
2116 Second Ave South, Suite 300
Minneapolis, MN 55404-2606
**Telephone:** (612) 387-1430
**Fax:** (612) 677-3078
**Email:** christian.sande@gmail.com

**Gregory J. Semanko**
Attorney at Law
23427 735th Avenue
Dassel, MN 55325-3410
**Telephone:** (320) 275-3311
**Email:** gregoryjsemankopajr@embarqmail.com

91383.1

**Norman B. Smith**
Smith, James, Rowlett & Cohen, L.L.P.
101 South Elm Street, Suite 310
P.O. Box 990
Greensboro, North Carolina 27402
**Telephone:** (336) 274-2992
**Fax:** (336) 274-8490
**Email:** normanbsmith@earthlink.com

**Reginald Terrell**
Terrell Law Group
223 – 25th Street
Richmond, CA 94804
**Telephone:** (510) 237-9700
**Email:** reggie2t@aol.com

**Allan Walsh**
McKay, Burton & Thurman
170 South Main Street, Suite 800
Salt Lake City, UT 84101
**Telephone:** (801) 521-4135
**Fax:** (801) 521-4252
**Email:** allan@mbt-law.com

**Paul M. Weiss**
Freed & Weiss LLC
111 W. Washington Street, Suite 1331
Chicago , IL 60602
**Telephone:** (312) 220-0000
**Email:** paul@freedweiss.com

**William M. Sweetnam**
Sweetnam LLC
10 South La Salle Street, Suite 3500
Chicago, Illinois 60603
**Telephone:** (312) 346-5100
**Email:** wms@sweetnamllc.com

**Mart Vehik**
McMath Woods P.A.
711 West Third Street
Little Rock, Arkansas 72201
**Telephone:** (501) 396-5400
**Fax:** (501) 374-5118
**Email:** mart@mcmathlaw.com

**Avi Wagner**
The Wagner Firm
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
**Telephone:** (310) 491-7949
**Email:** avi@thewagnerfirm.com

**S. Thomas Wienner**
Wienner & Gould, P.C.
950 West University Drive, Suite 350
Rochester, MI 48307
**Telephone:** (248) 841-9400
**Fax:** (248) 652-2729
**Email:** twienner@wiennergould.com

*ATTORNEYS FOR INDIRECT PURCHASER PLAINTIFFS*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 17, 2011, I authorized the electronic filing of the Notice of Motion and Motion for Leave To File Fourth Amended Consolidated Indirect Purchaser Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 17, 2011.

<u>/s/ Marvin Miller</u>