# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | Master Docket No. 1:08-cv-4883<br><br>MDL Docket No. 1957<br><br>Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' JOINT NOTICE OF DEPOSITION OF DEFENDANTS PURSUANT TO FED. R. CIV. P. 30(B)(6)**

On February 18, 2011, plaintiffs served on defendants their Joint Notice of Deposition of Defendants Pursuant to Fed. R. Civ. P. 30(b)(6) ("Notice"). The Notice identified more than 100 topics, including subparts, on which plaintiffs seek to question defendants. Pursuant to this Court's February 14, 2011 Order ("Order"), defendants had eight business days in which to assert any objections to the topics identified in the Notice. (ECF No. 733). Thus, under the Order, defendants must assert any objections to the topics identified in the Notice by March 2, 2011.

Defendants are working diligently to prepare and serve a single set of objections to the topics identified in the Notice, but defendants require additional time to complete their objections. Defendants have conferred with plaintiffs on this request, and plaintiffs do not object to a two-day extension of time for defendants to assert their objections.

WHEREFORE, defendants respectfully request that this Court grant this Motion and order that defendants shall have until March 4, 2011 to assert any objections to the topics identified in the Notice.

Dated: March 2, 2011 | Respectfully submitted,

/s/ Peter J. Kadzik
Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc., Purolator Products NA, LLC and Purolator Products Company, LLC*

/s/ Michael A. Paskin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ Darrell Prescott
Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ Margaret M. Zwisler
Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Champion Laboratories, Inc.*

/s/ James T. McKeown
James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*

/s/ Richard G. Parker
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: 202-383-5300

Mark Racanelli
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000

*Counsel for Honeywell International Inc.*

/s/ John DeQ. Briggs
John DeQ. Briggs
AXINN VELTROP HARKRIDER
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202-721-5400
Fax: 202-912-4701

*Counsel for Wix Filtration Corp LLC and Affinia Group, Inc.*

**CERTIFICATE OF SERVICE**

I, Marguerite M. Sullivan, hereby certify that on March 2, 2011, I caused the foregoing Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Joint Notice of Deposition of Defendants Pursuant to Fed. R. Civ. P. 30(b)(6) to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt. I also caused the foregoing Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Joint Notice of Deposition of Defendants Pursuant to Fed. R. Civ. P. 30(b)(6) to be served on the following individual via electronic mail:

> G. Steven Stidham
> Sneed Lang Herrold
> 1700 Williams Center Tower 1
> One West Third Street
> Tulsa, OK 74103-3552
> gstidham@sneedlangherrold.com

/s/ Marguerite M. Sullivan_____
Marguerite M. Sullivan
