# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Aftermarket Filters Antitrust Litigation, et al.

                                    Plaintiff,

v.                                          Case No.: 1:08−cv−04883
                                          Honorable Robert W. Gettleman

Arvinmeritor, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 2, 2011:

      MINUTE entry before Honorable Geraldine Soat Brown: Defendants' unopposed motion for extension of time to respond to plaintiffs' joint notice of deposition [741] is granted. Defendants shall have until 3/4/11 to assert any objections to the topics identified in the notice of the 30(b)(6) depositions. Motion hearing date of 3/09/11 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.