**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **08 C 4883    MDL 1957** | **DATE** | 2/24/2011 |
| **CASE TITLE** | In re: Aftermarket Filters Antitrust Litigation | | |

**DOCKET ENTRY TEXT:**

Indirect Purchasers' motion for leave to file fourth amended consolidated Indirect Purchaser complaint is granted. Response is due by 3/25/2011.

[Docketing to mail notice]

00:10

| | Courtroom Deputy | GDS |
|---|---|---|