## CERTIFICATE OF SERVICE

I, Daniel J. Matheson, hereby certify that on March 25, 2011, I caused the foregoing Answer of Wix Filtration Corp LLC to Plaintiffs' Fourth Amended Consolidated Indirect Purchaser Complaint to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

/s/ Daniel J. Matheson
Daniel J. Matheson