# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **08 C 4883** | **DATE** | 3/25/2011 |
| **CASE TITLES** | In re: Aftermarket Filters Antitrust Litigation | | |

**DOCKET ENTRY TEXT:**

Motion [737] of Mark A. Racanelli for leave to appear pro hac vice is granted.
Motion [739] of Brooke E. Cucinella for leave to appear pro hac vice is granted.
Motion [748] of Stephen G. Larson for leave to appear pro hac vice is granted.
Motion [750] of Andrew J. Barragry for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|