**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Manuel J. Dominguez

FIRM: Berman DeValerio

STREET ADDRESS: 3507 Kyoto Gardens Drive, Suite 200

CITY/STATE/ZIP: Palm Beach Gardens, FL 33410

PHONE NUMBER: (561) 835-9400

E-MAIL ADDRESS: jdominguez@bermandevalerio.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-cv-04883 | In re Aftermarket Filters Antitrust Litig. | Robert W. Gettleman |
| 08-cv-05214 | Standard Iron Works v. Arcelormittal | James B. Zagel |
| 08-cv-06910 | In re Potash Antitrust Litig. | Ruben Castillo |
| 09-cv-06589 | Northwest Iowa Hospital Corp. v. CSL Limited | Joan B. Gottschall |
| 09-cv-07666 | In re Plasma-Derivative Protein Therapies Antitrust Litig. | Joan B. Gottschall |
| 10-cv-05711 | Kleen Prods. LLC v. Packaging Corp. of America | Milton I. Shadur |

_____          March 29, 2011
Attorney's Signature                                 Date