# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4883 | **DATE** | 3/25/2011 |
| **CASE TITLES** | In re: Aftermarket Filters Antitrust Litigation | | |

**DOCKET ENTRY TEXT:**

Motion [749] of counsel Laura Khare, Mark Labaton, Lance Oliver, Motley Rice LLC and Motley Rice LLP, for leave to withdraw as counsel for plaintiff/relator William G. Burch is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|