IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No.: 08-cv-4883 MDL Docket No.: 1957 |
| This Document Relates to: Case No.: 1:10-cv-05975 | Judge Robert W. Gettleman |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

On March 11, 2011, Laura N. Khare, Mark I. Labaton, Lance V. Oliver, Motley Rice LLC, and Motley Rice LLP filed their Motion for Leave to Withdraw Representation pursuant to Rules 83.17 and 83.51.16(a)(4) of the Local Rules for the United States District Court for the Northern District of Illinois.

It is ORDERED AND ADJUDGED that said Motion is hereby granted, and that Laura N. Khare, Mark I. Labaton, Lance V. Oliver, Motley Rice LLC, and Motley Rice LLP are, hereby relieved of any and all further responsibility as attorneys of record herein for Plaintiff/Relator William G. Burch.

DONE AND ORDERED this 25TH day of MARCH, 2011.

Robert W. Gettleman
United States District Court Judge

Copies Furnished To: