IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*County of Suffolk, New York v. Champion Laboratories, Inc. et al.*, No. 10-cv-05974 | Master File No. 1:08-cv-4883<br><br>MDL No. 1957<br><br>Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the action entitled *County of Suffolk, New York v. Champion Laboratories, Inc. et al.*, No. 10-cv-05974 (N.D. Ill.), which was originally filed on August 9, 2010 in the United States District Court for the Eastern District of New York, and which has been consolidated as part of the Multidistrict Litigation captioned *In re Aftermarket Filters Antitrust Litigation*, No. 1:08-cv-04883, MDL No. 1957 (N.D. Ill.), through the undersigned counsel for the parties, that the above-entitled action be, and the same hereby is, dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs.

SO STIPULATED:

/s/ Margaret M. Zwisler
Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Champion Laboratories, Inc.*

/s/ Michael Paskin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ Peter J. Kadzik
Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc., Purolator Products NA, LLC, and Purolator Products Company LLC*

Dated: April 5, 2011

/s/ Barbara Hart
Barbara Hart
Jeanne F. D'esposito
Deborah Rogozinski
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway
White Plains Plaza, 5th Floor
White Plains, New York 10601
Telephone: 914-997-0500

*Counsel for County of Suffolk, New York*

/s/ Darrell Prescott
Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ John DeQ. Briggs
John DeQ. Briggs
AXINN VELTROP HARKRIDER
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202-721-5400
Fax: 202-912-4701

*Counsel for Wix Filtration Corp LLC and Affinia Group, Inc.*