# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | **08 C 4883** | **DATE** | 4/13/2011 |
| **CASE TITLES** | In re: Aftermarket Filters Litigation | | |

**DOCKET ENTRY TEXT:**

Motion [763] of Robert J. Bonsignore for leave to appear pro hac vice is granted.
Motion [764] of Robin E. Brewer for leave to appear pro hac vice is granted.
Motion [765] of Nicole Vamosi for leave to appear pro hac vice is granted.
Motion [767] of Renae D. Steiner for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|