# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 1:08-cv-4883<br><br>MDL Docket No. 1957<br><br>Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** Adam T. Zaiger of Foley & Lardner LLP is withdrawn as counsel for Donaldson Company, Inc. in the above-captioned matter, and that Andrew J. Barragry of Foley & Lardner LLP, admitted pro hac vice before this Court on March 25, 2011, enters his appearance as substitute, in conformance with Local Rule 83.17.

Dated: April 14, 2011              Respectfully submitted,


/s/ Andrew J. Barragry
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel: (414) 297-5791
Fax: (414) 297-4900
Email: abarragry@foley.com

*Counsel for Defendant Donaldson Company, Inc.*

**CERTIFICATE OF SERVICE**

      I, Andrew J. Barragry, hereby certify that on April 14, 2011, I caused the foregoing Notice of Substitution of Counsel to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

                                                      /s/ Andrew J. Barragry
                                                      Andrew J. Barragry