**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | **Master Docket No. 1:08-cv-4883**<br><br>**MDL Docket No. 1957**<br><br>**Honorable Robert W. Gettleman**<br>**Magistrate Geraldine Soat Brown** |

**JOINT MOTION TO CONTINUE STAY
AND FOR CONTINUANCE OF JULY 26, 2011 STATUS HEARING**

Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, Gas Retailer Plaintiffs, (collectively "Plaintiffs") and Defendants Champion Laboratories, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Affinia Group Inc., Cummins Filtration Inc., Donaldson Company, Inc., Baldwin Filters Inc., ArvinMeritor Inc., and Purolator Products NA, LLC and Purolator Products Company, LLC (collectively, "Defendants") jointly request that the Court reschedule the July 26 status conference until August 23, 2011 and jointly move for a continuation of the stay that is currently in effect in the above-captioned matter until the date of the re-scheduled status conference.

This Court granted the parties' Joint Motion for a Stay of All Cases on April 14, 2011 due to a pending criminal investigation that the United States Attorney's Office for the Eastern District of Pennsylvania was conducting regarding evidence and statements relating to William G. Burch ("Burch"). The 90-day stay is scheduled to last through July 13, 2011, and a status conference is scheduled for July 26, 2011. (*See* 4/14/11 Docket Entry (Dkt. # 773).)

On June 21, 2011, the United States Attorney's Office for the Eastern District of Pennsylvania filed an Information against Burch in which the Government charged Burch with a

felony for making materially false statements under 18 U.S.C. § 1001 stemming from Burch's alteration of a document that he produced to the Antitrust Division of the Department of Justice. The Information is attached as Exhibit A.  On June 29, 2011, Burch pled guilty to the Government's charge.  The Government's Guilty Plea Memorandum is attached as Exhibit B and its Plea Agreement with Burch is attached as Exhibit C.  The parties understand that the Government's investigation of Burch is now concluded and that the United States District Court for the Eastern District of Pennsylvania has scheduled sentencing for October 5, 2011.

When the stay in this MDL lifts, defendants intend to file a motion requesting that the Court exclude from evidence audio tapes that Burch created that purportedly include recorded conversations between Burch and his colleagues in the industry relating to the conspiracy that plaintiffs allege, and to preclude plaintiffs from using the audio tapes for any pretrial purpose, including at depositions or in opposition to defendants' summary judgment motions.  It is defendants' position that Burch manipulated and erased portions of those audio tapes.

Thus, the parties request an additional period to assess the impact of Burch's felony plea and defendants' intended motion to exclude the audio tapes.  The parties request that the Court continue the status conference that is currently scheduled for July 26, 2011 until August 23, 2011.  At that time, the parties will be prepared to discuss the impact of these recent developments and a briefing schedule for defendants' motion to exclude Burch's audio tapes from evidence.  The State of Florida and the *qui tam* relator in the above-captioned proceedings do not oppose the parties' proposed extension.

WHEREFORE the parties respectfully request that the Court enter the Proposed Order Continuing the Stay and the July 26, 2011 Status Hearing in this consolidated proceeding.

Dated: July 11, 2011

Respectfully submitted,

/s/ Margaret M. Zwisler
Margaret M. Zwisler
E. Marcellus Williamson
Marguerite M. Sullivan
Jennifer L. Giordano
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Champion Labs., Inc.*

/s/ Bernard Persky
Bernard Persky
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ John D. Briggs
John D. Briggs
AXINN VELTROP HARKRIDER LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-721-5400
Fax: 202-912-4701

*Counsel for Wix Filtration Corp LLC and Affinia Group Inc.*

/s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd.
Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
Fax: 224-632-4521

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Richard G. Parker
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: 202-383-5300

/s/ Mark A Racanelli
Mark A. Racanelli
O'MELVENY & MYERS LLP
7 Times Square

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
Adam Pessin
FINE KAPLAN & BLACK, R.P.C.
1835 Market Street
28th Floor
Philadelphia, PA 19103
Telephone: 215-567-6565
Fax: 215-568-5872

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

3

New York, NY 10036
Telephone: 212-326-2000

*Counsel for Honeywell International Inc.*

/s/ Michael A. Paskin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ James T. McKeown
James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*

/s/ Darrell Prescott
Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ Marc M. Seltzer
Marc M. Seltzer
Vineet Bhatia
Stuart V. Kusin
SUSMAN GODFREY LLP
Suite 950
1901 Avenue of the Stars
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Renae D. Steiner
Renae D. Steiner
Vincent J. Esades
Katherine Kelly
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338-4605
(612) 338-4692 (facsimile)

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

/s/ Richard M. Hagstrom
Richard M. Hagstrom
James S. Reece
Michael E. Jacobs
Aaron M. McParlan
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
(612) 339-2020
(612) 336-9100 (facsimile)

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

4

/s/ Peter J. Kadzik
Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc., Purolator
Products NA, LLC, and Purolator Products
Company, LLC*

/s/ Mario N. Alioto
Mario N. Alioto
Lauren C. Russell
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone : (415) 563-7200

*Co-Lead Counsel for Indirect Purchaser
Plaintiffs*

/s/ Christopher Lovell
Christopher Lovell
Gary Jacobson
Peggy Wedgworth
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY 10110
(212) 608-1900
clovell@lshllp.com

*Co-Lead Counsel for Indirect Purchaser
Plaintiffs*

/s/ Martin R. Fox
Martin R. Fox
BLEAU FOX, A P.L.C.
3575 Cahuenga Blvd., Suite 580
Los Angeles, CA 90068
Tel: 323-874-8613
Fax: 323-874-1234

Joseph M. Alioto
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Tel: 415-434-8900
Fax: 415-434-9200

Gary D. McCallister
GARY D. MCCALLISTER & ASSOCIATES,
LLC
120 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
Telephone: (312) 345-0611
Fax: (312) 345-0612

5

*Counsel for Gasoline Retailers*

**CERTIFICATE OF SERVICE**

I, Marguerite M. Sullivan, hereby certify that on July 11, 2011, I caused the foregoing

Joint Motion to Continue Stay and for Continuance of July 26, 2011 Status Hearing to be filed

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all parties indicated on the electronic filing receipt.

/s/ Marguerite M. Sullivan _____
Marguerite M. Sullivan