**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | Master File No. 1:08-cv-4883<br><br>MDL No. 1957<br><br>Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

**JOINT MOTION TO CONTINUE STAY
AND FOR CONTINUANCE OF JULY 26, 2011 STATUS HEARING**

<u>INDEX OF EXHIBITS</u>

<u>EXHIBIT</u>

Information (June 21, 2011) ...............................................................................................A

Guilty Plea Memorandum (June 24, 2011)........................................................................B

Guilty Plea Agreement (May 19, 2011).............................................................................C