IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. 1:08-cv-4883<br><br>MDL No. 1957<br><br>Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Defendants Affinia Group Inc. and Wix Filtration Corp. LLC, through their undersigned counsel, move this Court for an Order granting the withdrawal of Daniel J. Matheson appearance as counsel and his removal from the Court's electronic filing notification system for this action. Axinn Veltrop & Harkrider LLP shall remain counsel of record in this action and no delay will result from the withdrawal of Mr. Matheson.

Wherefore, Defendants Affinia Group Inc. and Wix Filtration Corp. LLC respectfully request that this Court enter an order granting its Motion to Withdraw Daniel J. Matheson as counsel.

Dated: August 11, 2011

Respectfully submitted,

/s/ John DeQ. Briggs
John DeQ. Briggs
AXINN VELTROP & HARKRIDER LLP
1330 Connecticut Avenue
Washington DC 20036
Telephone: 202-912-4700
Fax: 202-912-4701

*Counsel for Wix Filtration Corp LLC and Affinia Group Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel J. Matheson, hereby certify that on May 24, 2010, I caused the foregoing MOTION FOR LEAVE TO WITHDRAW AS COUNSEL to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

August 11, 2011

/s/ Daniel J. Matheson
DANIEL J. MATHESON
AXINN VELTROP & HARKRIDER LLP
djm@avhlaw.com
1330 Connecticut Avenue
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701