UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| This Document Relates to<br>All Direct Purchaser Actions | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

**STATUS REPORT AND APPLICATION TO BE EXCUSED FROM, OR IN THE ALTERNATIVE, APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE**

COMES NOW, G. Steven Stidham, former counsel for Plaintiff/Relator, William G. Burch ("Burch") and for his Status Report and Application to be Excused from, or in the Alternative, Appear Telephonically at the Status Conference, state

1. Former counsel for Mr. Burch communicated with counsel for Defendants on May 25, 2011, Exhibit 1. No further communications have been received from counsel for Defendants at this time.

2. G. Steven Stidham is scheduled to be in Oklahoma District Court on Tuesday, August 23, at 9:00 a.m. in the matter of *Checotah Muscogee (Creek) Indian Community v. People's National Bank*, Case No.: Case No. CJ-2011-47. Mr. Stidham is likewise scheduled to be in the Northern District of Oklahoma in the matter of *Stephenie Griebel v. International Ram Associates, LC*, Case No. 10-CV-306-CVE-PJC, at 1:30 p.m. on the same day.

3. Given the fact that counsel have been discharged and can not add anything to the status conference on August 23, 2011 at 9:15 a.m., they respectfully request the Court allow them to be excused from the conference and they will continue to work with Defendants to

resolve this matter. In the alternative, counsel could appear telephonically at the status conference.

WHEREFORE, G. Steven Stidham, former counsel for Plaintiff/Relator, William G. Burch ("Burch"), respectfully requests that he be excused from, or in the alternative, appear telephonically at the Status Conference on August 23, 2011.

Dated: August 18, 2011                    Respectfully submitted,

/s/ G. Steven Stidham
G. Steven Stidham
SNEED LANG HERROLD, P.C.
One West Third Street, Suite 1700
Tulsa, OK 74103-3522
Telephone:   (918) 588-1313
Facsimile:   (918) 588-1314

## CERTIFICATE OF SERVICE

I, G. Steven Stidham, hereby certify that on August 18, 2010, I caused the foregoing Application for Extension of Time to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

,                                          /s/ G. Steven Stidham

# SNEED | LANG | HERROLD
## ATTORNEYS AND COUNSELORS AT LAW

Writer:
G. Steven Stidham
Attorney

E-mail:
gstidham@sneedlangherrold.com

Direct Dial:
(918) 794-4947

May 25, 2011

*Via Email*
Margaret M. Zwisler, Esq.
Latham & Watkins, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304

*Via Email*
Peter J. Kadzik, Esq.
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, D.C. 20006

*Via Email*
Michael A. Paskin, Esq.
Carvath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475

*Via Email*
James T. McKeown, Esq.
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

*Via Email*
Darrell Prescott, Esq.
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036

*Via Email*
Richard G. Parker, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006

*Via Email*
John DeQ. Briggs, Esq.
Axinn Veltrop Harkrider
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

    Re:    *In re Aftermarket Filters Antitrust Litigation*, Master Docket No. 1:08-cv-4883

    Our Reference Number: 1219.3

Dear Counsel:

    Mr. Burch does not want to continue acting as the relator in this qui tam action. He has discharged this firm and his new counsel is Mr. Rob Nigh with Brewster & De Angelis, in Tulsa, Oklahoma. We have been informed that the United States wants the dismissal to be without prejudice.

May 25, 2011
Page 2 of 2

      Please let us know how you would like to proceed.

                                Sincerely,

                                **SNEED LANG HERROLD**

                                *G. Steven Stidham*

                                G. Steven Stidham

/srp