**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  AFTERMARKET FILTERS ANTITRUST LITIGATION** ) ) ) ) | **Master Docket No. 08-cv-4883** **MDL Docket No. 1957** |
| ) | |
| **This Document Relates To:** **All Actions** ) ) ) ) | **Honorable Robert W. Gettleman** **Magistrate Geraldine Soat Brown** |

## NOTICE OF WITHDRAWAL

**TO**:  The Clerk of This Court and All Counsel of Record

**PLEASE TAKE NOTICE** that Craig A. Batchelor, an attorney at Cravath,

Swaine & Moore LLP and one of the attorneys for Defendant Cummins Filtration Inc.

("Cummins"), hereby withdraws as counsel for Cummins.  Along with Novack and Macey LLP,

Cravath, Swaine & Moore LLP continues to serve as counsel for Cummins and requests that all

future correspondence and papers in this action continue to be directed to them.

Dated:  August 19, 2011

CRAVATH, SWAINE & MOORE, LLP


/s/  Craig A. Batchelor
Craig A. Batchelor
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

Monte L. Mann
Novack and Macey LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
Telephone: 312-419-6900
Fax: 312-419-6928

*Counsel for Cummins Filtration Inc.*

**CERTIFICATE OF SERVICE**

I, Craig A. Batchelor, hereby certify that on August 19, 2011, I caused the

foregoing NOTICE OF WITHDRAWAL to be electronically filed with the Clerk of the Court

using the CM/ECF system, which will send notification of such filing to attorneys of record.

/s/ Craig A. Batchelor
Craig A. Batchelor
CRAVATH, SWAINE & MOORE LLP
Wordlwide Plaza
825 Eighth Avenue
New York, NY 10019-74745
Telephone: 212-474-1000
Fax: 212-474-3700