**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883 |
| | MDL Docket No. 1957 |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | Honorable Robert W. Gettleman |
| | Magistrate Judge Geraldine Soat Brown |

**<u>FLORIDA'S STATUS REPORT</u>**

Pursuant to this Court's statement at the status hearing on July 14, 2011, Florida submits the

following Status Report:

**I. Case Status:**

Florida continues to evaluate the impact of Burch's guilty plea on the case.

**A.     Defendants' Motion To Exclude William G. Burch's Tape Recordings From Evidence And For An Order Precluding Plaintiffs From Relying On Them In Discovery**

Florida will oppose this motion.

**B.     Defendants' Motion For Leave to File Oversized Brief**

Florida does not oppose this motion.

**C.     Defendants' Motion For An Evidentiary Hearing On Defendants' Motion To Exclude William G. Burch's Tape Recordings From Evidence And For An Order Precluding Plaintiffs From Relying On Them In Discovery**

Florida will oppose this motion.

    **D.**      **Defendants' Motion To Exclude William G. Burch's Testimony From Evidence And For An Order Precluding Plaintiffs From Relying On It In Discovery**

           Florida will oppose this motion.

    **E.**      **Defendants' Motion To Continue The Stay Of All Cases Pending Resolution Of Defendants' Motions To Exclude William G. Burch's Tape Recordings And Testimony From Evidence And To Preclude Plaintiffs From Relying On Them In Discovery**

           Florida does not oppose this motion.

Dated: August 19, 2011               Respectfully submitted,

/s/ R. Scott Palmer
R. SCOTT PALMER
Special Counsel for Antitrust Enforcement
Office of the Attorney General, Antitrust Division
PL-01, The Capitol Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134

*Counsel for the State of Florida, Office of the Attorney General*

**CERTIFICATE OF SERVICE**

I, R. Scott Palmer, hereby certify that on August 19, 2011, I caused the foregoing Status

Report to be filed with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to all parties indicated on the electronic filing receipt.

/s/ R. Scott Palmer
R. Scott Palmer