UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| This Document Relates to<br>All Direct Purchaser Actions | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION

To: All Counsel

PLEASE TAKE NOTICE that G. Steven Stidham, former counsel for Plaintiff/Relator, William G. Burch ("Burch") on August 18, 2011, filed his Status Report and Application to be Excused from, or in the Alternative, Appear Telephonically at the Status Conference currently scheduled for Tuesday, August 23, 2011 at 9:15 a.m.

Dated: August 22, 2011

Respectfully submitted,

/s/ G. Steven Stidham
G. Steven Stidham
SNEED LANG HERROLD, P.C.
One West Third Street, Suite 1700
Tulsa, OK 74103-3522
Telephone: (918) 588-1313
Facsimile: (918) 588-1314

## CERTIFICATE OF SERVICE

I, G. Steven Stidham, hereby certify that on August 22, 2011, I caused the foregoing Application for Extension of Time to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

/s/ G. Steven Stidham