UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master File 1:08-cv-4883<br><br>MDL Docket No. 1957 |
| **This Document Relates To:**<br>Case No. 1:10-cv-05975 | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## STIPULATION OF DISMISSAL

Relator/Plaintiff William G. Burch and Defendant Donaldson Company, Inc. ("Donaldson") stipulate to dismiss all remaining claims against Donaldson in the First Amended Complaint of William G. Burch without prejudice pursuant to Rule 41(a)(1)(A)(ii). The parties previously stipulated on March 8, 2011, to the dismissal without prejudice of claims brought against Donaldson in the First Amended Complaint of William G. Burch under the False Claims Act, 31 U.S.C. §3729 (Docket No. 747). The intended effect of this stipulation is that all remaining claims brought against Donaldson in the First Amended Complaint of William G. Burch be dismissed without prejudice, subject to the further condition that Burch and Donaldson will each bear his/its own costs and attorneys' fees.

AGREED TO ON THIS EIGHTH DAY OF SEPTEMBER, 2011.

Respectfully submitted,

/s/    G. Steven Stidham
G. Steven Stidham
SNEED LANG HERROLD
1 West Third Street, Suite 1700
Tulsa, OK 74103
Telephone: (918) 588-1313
Facsimile (918) 588-1314
*Attorneys for William G. Burch*

/s/    James T. McKeown
James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 297-5530
Facsimile: (414) 297-4900
*Attorneys for Donaldson Company, Inc.*

MILW_11565513.2

/s/ Peter J. Kadzik
Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc., Purolator Products NA, LLC and Purolator Products Company, LLC*

/s/ John DeQ. Briggs
John DeQ. Briggs
AXINN VELTROP HARKRIDER
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202-721-5400
Fax: 202-912-4701

*Counsel for Wix Filtration Corp LLC and Affinia Group, Inc.*

/s/ Margaret M. Zwisler
Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Champion Laboratories, Inc.*

/s/ Richard G. Parker
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: 202-383-5300

Mark A. Racanelli
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000

*Counsel for Honeywell International Inc.*

/s/ Michael A. Paskin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

/s/ Darrell Prescott
Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

## CERTIFICATE OF SERVICE

I, G. Steven Stidham, hereby certify that on September 8, 2011, I caused the foregoing Stipulation for Dismissal to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

/s/ G. Steven Stidham.
G. Steven Stidham