**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | : : : : : | Master Docket No.: 08-cv-4883 MDL Docket No.: 1957 Judge Robert W. Gettleman |
| This Document Relates to: All Actions | : : : : | |

**PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE
SEPTEMBER 27, 2011 HEARING DATE AND AMEND BRIEFING SCHEDULE**

Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, the Gasoline Retailers, and the State of Florida ("Plaintiffs"), for their unopposed motion to continue the September 27, 2011 hearing date and amend the current briefing schedule state as follows:

1. At a status conference held on August 23, 2011, the Court set a briefing schedule for certain motions filed by Defendants in this matter, and set a hearing date for September 27, 2011 at 2:30 p.m.

2. Subsequent to the entry of the Order setting the briefing schedule and hearing date, Plaintiffs became aware that a number of Plaintiffs' counsel could not attend a hearing on September 27, 2011 due to travel schedules related to a forthcoming religious holiday and to other previously scheduled court commitments.

3. Subject to approval by the Court, Plaintiffs request that the hearing date be continued to **October 12, 2011** at a time convenient for the Court. Plaintiffs further request that the briefing schedule previously set by the Court be modified to allow Plaintiffs to file

opposition papers on or before **September 26, 2011** and Defendants to file reply papers on or before **October 7, 2011**.

    4.    Plaintiffs represent to the Court that they have discussed this request with counsel for Defendants, and that Defendants do not oppose this Motion.

Dated: September 8, 2011          Respectfully submitted,

*/s/ Michael I Freed*
Michael J. Freed
Steven A. Kanner
William H. London
Douglas A. Millen
Michael E. Moskovitz
**FREED KANNER LONDON**
  **& MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224)632-4521

*Co-Lead Counsel for Direct Purchaser Plaintiffs*