**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | : : : : | Master Docket No. 08-cv-4883 MDL Docket No. 1957 |
| This Document Relates to: All Actions | : : : | Judge Robert W. Gettleman |

**NOTICE OF MOTION**

TO: All Counsel of Record

**PLEASE TAKE NOTICE** that on September 15, 2011 at 9:15 a.m., or as soon thereafter as counsel may be heard, Plaintiffs shall appear, through undersigned counsel for the Direct Purchaser Plaintiffs, before the Honorable Robert W. Gettleman or any judge sitting in his stead, in Courtroom 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present their Unopposed Motion to Continue September 27, 2011 Hearing Date and Amend Briefing Schedule.

Dated: September 8, 2011                    Respectfully submitted,

*/s/ Michael J. Freed*
Michael J. Freed
Steven A. Kanner
William H. London
Douglas A. Millen
Michael E. Moskovitz
**FREED KANNER LONDON**
 **& MILLEN LLC**
2201 Waukegan Rd., Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Co-Lead Counsel for Direct Purchaser Plaintiffs*