**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | : Master Docket No. 08-cv-4883 <br> : MDL Docket No. 1957 <br> : <br> : Judge Robert W. Gettleman |
| This Document Relates to All Direct Purchaser Actions | : Magistrate Geraldine Soat Brown <br> : <br> : |

## NOTICE OF MOTION

TO: All Counsel of Record

      PLEASE TAKE NOTICE that, pursuant to Local Rule 5.3(a) of the Local Rules of the United States District Court for the Northern District of Illinois, Direct Purchaser Plaintiffs will present their Unopposed Motion for Leave to File Brief in Excess of Page Limitations and Under Seal on Wednesday, September 28, 2011 at 9:15 AM before the Honorable Robert W. Gettleman, or such other judge as may be sitting in his stead, in Room 1703 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois 60604.

Dated: September 22, 2011  Respectfully submitted,

  /s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
Michael E. Moskovitz
FREED KANNER LONDON &
MILLEN LLC
2201 Waukegan Rd. – Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4521

*Co-Lead Counsel for Direct Purchaser Plaintiffs*