I8Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4883 | **DATE** | **10/7/2011** |
| **CASE TITLE** | In re: Aftermarket Filters Antitrust Litigation | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to remove document nos. 822 and 823 from the docket, and counsel is given leave to file revised notice of motion and motion.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|