IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | : : : | Master Docket No.: 08-cv-4883 MDL Docket No.: 1957 |
| This Document Relates to: All Direct Purchaser Actions | : : : : : | Judge Robert W. Gettleman Magistrate Geraldine Soat Brown |

## NOTICE OF PRESENTMENT

Please take notice that, on Tuesday, October 18, 2011 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned will move before the Honorable Judge Robert W. Gettleman in Courtroom 1703 at 219 South Dearborn Street, Chicago, Illinois for an order granting Susman Godfrey L.L.P.'s Motion For Leave To Withdraw, copies of which were served on all counsel on October 7, 2011.

Dated: October 7, 2011

RESPECTFULY SUBMITTED,

By:    /s/ Stuart V. Kusin
       Vineet Bhatia
       Stuart V. Kusin
       SUSMAN GODFREY LLP
       1000 Louisiana, Suite 5100
       Houston, TX 77002-5096
       Telephone: (713) 653-7855

       Marc M. Seltzer
       Stephen E. Morrissey
       SUSMAN GODFREY LLP
       1901 Avenue of the Stars, Suite 950
       Los Angeles, CA 90067-6029
       Telephone: (310) 789-3100

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2011, 2011, I caused the foregoing NOTICE OF PRESENTMENT to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service. Any other counsel of record will be served by first class mail.

                                                                              /s/ Stuart V. Kusin
                                                                               Stuart V. Kusin