# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION <br><br> This Document Relates To: <br> All Purchaser Actions | Master Docket No. 08-cv-4883 <br> MDL Docket No. 1957 <br><br> Judge Robert W. Gettleman <br> Magistrate Geraldine Soat Brown |

## AMENDED NOTICE OF MOTION[1]

TO: All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Local Rule 5.3(a) of the Local Rules of the United States District Court for the Northern District of Illinois, the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs, and the Gasoline Retailers Plaintiffs will present their Amended Omnibus Motion for Preliminary Approval of Proposed Settlements, Certification of Settlement Classes, Appointment of Class Counsel for the Settlement Classes, Authorization to Disseminate Notice to Settlement Classes, and Setting a Hearing on Final Settlement Approval on Wednesday, October 12, 2011 at 10:30 A.M. before the Honorable Robert W. Gettleman, or such other judge as may be sitting in his stead, in Room 1703 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois 60604 (the same time and location previously set for a Status Hearing).

---

[1] This Amended Notice supersedes the the document filed on October 10, 2011 (Docket No. 828).

| | |
|---|---|
| Dated: October 11, 2011 | Respectfully submitted, |

| | |
|---|---|
| /s/ Michael J. Freed | /s/ Roberta D. Liebenberg |
| Michael J. Freed | Roberta D. Liebenberg |
| Steven A. Kanner | Adam J. Pessin |
| FREED KANNER LONDON & MILLEN, LLC | FINE KAPLAN & BLACK, R.P.C. 1835 Market Street –28th Floor |
| 2201 Waukegan Rd. – Suite 130 | Philadelphia, PA 19103 |
| Bannockburn, IL 60015 | Telephone: (215) 567-6565 |
| Telephone: (224) 632-4500 | Fax: (215) 568-5872 |
| Fax: (224) 632-4521 | |
| | /s/ Bernard Persky |
| | Bernard Persky |
| | Gregory Asciolla |
| | LABATON SUCHAROW LLP |
| | 140 Broadway |
| | New York, NY 10005 |
| | Telephone: (212) 907-0700 |
| | Fax: (212) 818-0477 |

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

| | |
|---|---|
| /s/ Renae D. Steiner | /s/ Gary D. McCallister |
| Renae D. Steiner | Gary D. McCallister |
| James Anderson | GARY D. MCCALLISTER & ASSOC., LLC |
| Katherine Kelly | |
| Heins Mills & Olson, P.L.C. | 120 North LaSalle Street, Suite 2800 |
| 310 Clifton Avenue | Chicago, IL 60602 |
| Minneapolis, MN 55403 | Telephone: 312-345-0611 |
| Telephone: 612-338-4605 | |
| | *Counsel for Gas Retailer Plaintiffs* |
| *Co-Lead Counsel for Indirect Purchaser Plaintiffs* | |