**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| **This Document Relates To:**<br>**All Purchaser Actions** | Honorable Robert W. Gettleman |

## INDEX OF EXHIBITS

Exhibit 1 – Order Approving Settlement and Final Judgment

Exhibit 2 – Order Granting Preliminary Approval of Proposed Settlement

Exhibit 3 – Order Granting Preliminary Approval of Proposed Settlement

Exhibit 4 – Order Preliminarily Approving Settlement

Exhibit 5 – Scheduling and Rulings