# EXHIBIT 5

BEFORE: VIKTOR V. POHORELSKY DATE: 10/30/07
U.S. MAGISTRATE JUDGE START TIME: 2:00 p.m.
END TIME: 3:30 p.m.

DOCKET NO. MD–06-1775 JUDGE: JG

CASE NAME: In re Air Cargo Shipping Services Antitrust Litigation

CIVIL CONFERENCE

PURPOSE OF CONFERENCE: Hearing re Motion for Preliminary Approval

APPEARANCES: Plaintiff See Separate Schedules

Defendant See Separate Schedules

Court Reporter Marsha Diamond

SCHEDULING AND RULINGS:

1. Discussion held re notice and ruling made that non-settling defendants must provide lists of customers who shipped goods to, from or within the United States during the relevant period unless they make a showing that production of such a list is too burdensome.

2. By separate order, the motion for an order concerning a procedure for allocating funds from the Lufthansa Settlement is granted.

3. Minor modifications to the notice were recommended by the court.

4. The court advised the parties of its intention to recommend that the order concerning preliminary approval contain the provision sought by the non-settling defendants as set forth in the plaintiffs' August 13, 2007 letter.

5. The next conference will be held on **January 23, 2007 at 2:00 p.m.** If the court intends to hear oral argument on the various motions to dismiss at the conference, it will give ample advance notice to the parties.