**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| **This Document Relates To:<br>All Purchaser Actions** | Honorable Robert W. Gettleman |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2011, the foregoing PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF AMENDED OMNIBUS MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS; CERTIFICATION OF SETTLEMENT CLASSES; APPOINTMENT OF CLASS COUNSEL FOR THE SETTLEMENT CLASSES; AUTHORIZATION TO DISSEMINATE NOTICE TO SETTLEMENT CLASSES; AND SETTING A HEARING ON FINAL SETTLEMENT APPROVAL was filed with the Clerk of the Court using the CM/ECF system, which will send an electronic notice to all registered individuals.

/s/ Bernard Persky
Bernard Persky