IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| **This Document Relates To:**<br>**All Purchaser Actions** | Honorable Robert W. Gettleman |

## MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO DIRECT PURCHASER AND GAS RETAILER PLAINTIFFS' PROPOSED CLASS SETTLEMENT NOTICES

Direct Purchaser Plaintiffs and Gas Retailers' Class Plaintiffs ("Plaintiffs"), through their undersigned counsel, hereby move this Court for leave to file a Reply to Defendants' Response to Direct Purchaser and Gas Retailer Plaintiffs' Proposed Class Settlement Notice (Dkt. #841) ("Motion"). In support of their Motion, Plaintiffs state as follows:

1. On October 11, 2011, the Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and Gas Retailers' Class Plaintiffs filed their Amended Omnibus Motion ("Omnibus Motion") for preliminary approval of partial settlements with Defendants Baldwin Filters, Inc., Cummins Filtration, Inc., and Donaldson Company, Inc. (collectively, "Settling Defendants") (Dkt. #833).

2. At a status conference held on October 12, 2011, the Court requested additional briefing on the Omnibus Motion from Plaintiffs (including the Indirect Purchaser Plaintiffs) and Settling Defendants relating to the following matters: the propriety of partial settlements; the use of funds from the partial settlements to pay case expenses; and the production of customer lists by non-settling Defendants for notice purposes. The Court also permitted Defendants ArvinMeritor, Inc., Purolator Products NA, LLC, Purolator Products Company, LLC, Champion

Laboratories, Inc., Wix Filtration Corp. LLC, Affinia Group, Inc. and Honeywell International Inc. (collectively, "Non-Settling Defendants") to submit comments regarding the content of the Plaintiffs' proposed mailed notices (attached as Exhibits A to the Direct Purchaser Plaintiffs and Gas Retailers' Class Plaintiffs' Supplemental Memoranda in support of the Omnibus Motion (Dkt. #835 and #836, respectively)).

3. On October 26, 2011, Plaintiffs (Dkt. #842), Settling Defendants (Dkt. #843) and Non-Settling Defendants (Dkt. #841) filed additional briefing with the Court.

4. In their Response, Non-Settling Defendants proposed substantive changes to Plaintiffs' proposed mailed notice to class members.

5. For the reasons stated in Plaintiffs' Supplemental Memorandum in support of the Omnibus Motion (Dkt. #842, p. 5 n.3), Non-Settling Defendants cannot challenge these settlements unless they have standing, which they do not because they have failed to demonstrate "plain legal prejudice" as required in this Circuit. Indeed, Non-Settling Defendants do not even attempt to meet the plain legal prejudice standard in their Response, which was silent on the issue. Thus, Non-Settling Defendants have no legal basis to challenge the settlement agreements, including altering the mailed notice forms.

6. Notwithstanding Non-Settling Defendants' lack of standing, Plaintiffs propose to add some additional language to the proposed mailed notices. *See* Exh. A (Direct Purchaser Plaintiffs' mailed notice form showing proposed new language); Exh. B (Gas Retailers' Class Plaintiffs' mailed notice form showing proposed new language). This additional language reflects the general substance of Non-Settling Defendants' proposed edits.

7. Settling Defendants have no objection to the additional language proposed herein.

WHEREFORE, Plaintiffs respectfully request leave to file the revised proposed mailed notices as contained within Exhibits A and B to this Motion.

Dated: November 4, 2011                                  Respectfully Submitted,

/s/ Michael J. Freed                                     /s/ Roberta D. Liebenberg
Michael J. Freed                                         Roberta D. Liebenberg
Steven A. Kanner                                         Adam J. Pessin
FREED KANNER LONDON & MILLEN, LLC                        FINE KAPLAN & BLACK, R.P.C. 1835
2201 Waukegan Rd. – Suite 130                            Market Street – 28th Floor
Bannockburn, IL 60015                                    Philadelphia, PA 19103
Telephone  (224) 632-4500                                Telephone: (215) 567-6565
Fax:       (224) 632-4521                                Fax:       (215) 568-5872

/s/ Bernard Persky
Bernard Persky
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax:       (212) 818-0477

*Co-lead Counsel for Direct Purchaser Plaintiffs*

/s/ Gary D. McCallister
Gary D, McCallister
GARY D. MCCALLISTER & ASSOC., LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
Telephone: (312) 345-0611

*Counsel for Gas Retailers' Class Plaintiffs*

3