IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| This Document Relates To:<br>All Purchaser Actions | Honorable Robert W. Gettleman |

## NOTICE OF MOTION

TO: All Counsel of Record

      PLEASE TAKE NOTICE that, pursuant to Local Rule 5.3(a) of the Local Rules of the United States District Court for the Northern District of Illinois, Direct Purchaser and Gas Retailer Plaintiffs will present their Motion for Leave to File Reply to Defendants' Response to Direct Purchaser and Gas Retailer Plaintiffs' Proposed Class Settlement Notices on Thursday, November 10, 2011 at 9:15 AM before the Honorable Robert W. Gettleman, or such other judge as may be sitting in his stead, in Room 1703 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois 60604.

2

Dated: November 4, 2011                    Respectfully submitted,

  /s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
Michael E. Moskovitz
FREED KANNER LONDON &
MILLEN LLC
2201 Waukegan Rd. – Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4521

*Co-Lead Counsel for Direct
Purchaser Plaintiffs*

2