# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Aftermarket Filters Antitrust Litigation, et al.

                                 Plaintiff,

v.                                                     Case No.: 1:08−cv−04883
                                                      Honorable Robert W. Gettleman

Arvinmeritor, Inc., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 4, 2011:

      MINUTE entry before Honorable Geraldine Soat Brown: At the parties' request, telephone status hearing set for 11/16/11 is moved from 9:00 a.m. to 11:00 a.m. Plaintiffs' counsel shall initiate a conference call, and when counsel for all parties are on the line, call Judge Brown's chambers. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.