UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Docket No. 08-cv-4883 <br><br> MDL Docket No. 1957 <br><br> Honorable Robert W. Gettleman <br> Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO: All Counsel of Record

PLEASE TAKE NOTICE pursuant to local rule 5.3(a) of the Local Rules of the United States District Court for the Northern District of Illinois, on **November 23, 2011**, at **9:45 a.m.**, the undersigned shall appear before the Honorable Geraldine Soat Brown or any judge sitting in her stead in the courtroom usually occupied by her in the Dirksen Federal Building, 219 South Dearborn Street, Room 1812, Chicago, Illinois, 60604, and shall then and there present the attached, a copy of which is hereby served upon you.

Dated: November 15, 2011

Respectfully submitted,

/s/ James A. Morsch

James A. Morsch (ARDC# 6209558)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: 202-420-2200

*Counsel for ArvinMeritor Inc., Purolator Products NA, LLC, and Purolator Products Company, LLC*

## CERTIFICATE OF SERVICE

I, James A. Morsch, hereby certify that on November 15, 2011, I caused the foregoing Notice of Motion for Leave to File Non-Settling Defendants' Response to Plaintiffs' Supplemental Memorandum in Support of Omnibus Motion for Preliminary Approval of Proposed Settlement and Other Relief to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

/s/ James A. Morsch

James A. Morsch (ARDC# 6209558)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

485253v1