UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master File 1:08-cv-4883<br><br>MDL Docket No. 1957 |
| **This Document Relates To:**<br>**Case No. 1:10-cv-05975** | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Relator/Plaintiff William G. Burch stipulates to dismiss all claims against all Defendants in the First Amended Complaint of William G. Burch with prejudice; provided however, that any such dismissal of claims asserted on behalf of the United States pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3729, *et seq.*, shall be without prejudice to the United States, and is subject to the written consent of the Attorney General of the United States, pursuant to § 3730(b)(1) of the FCA. The consent of the United States is attached hereto.

Respectfully submitted,

/s/ G. Steven Stidham
G. Steven Stidham
SNEED LANG HERROLD
1 West Third Street, Suite 1700
Tulsa, OK 74103
Telephone: (918) 588-1313
Facsimile (918) 588-1314
*Attorneys for William G. Burch*

/s/ Peter J. Kadzik
Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

/s/ James T. McKeown
James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 297-5530
Facsimile: (414) 297-4900
*Attorneys for Donaldson Company, Inc.*

/s/ Margaret M. Zwisler
Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092

MILW_11565513.2

*Counsel for ArvinMeritor Inc., Purolator Products NA, LLC and Purolator Products Company, LLC*

/s/ John DeQ. Briggs
John DeQ. Briggs
AXINN VELTROP HARKRIDER
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202-721-5400
Fax: 202-912-4701

*Counsel for Wix Filtration Corp LLC and Affinia Group, Inc.*

/s/ Michael A. Paskin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

Fax: 202-637-2201

*Counsel for Champion Laboratories, Inc.*

/s/ Richard G. Parker
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: 202-383-5300

Mark A. Racanelli
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000

*Counsel for Honeywell International Inc.*

/s/ Darrell Prescott
Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

## CERTIFICATE OF SERVICE

I, G. Steven Stidham, hereby certify that on November 18, 2011, I caused the foregoing Stipulation for Dismissal and Consent of the United States to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

/s/ G. Steven Stidham.
G. Steven Stidham

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master File 1:08-cv-4883<br><br>MDL Docket No. 1957 |
| This Document Relates To:<br>Case No. 1:10-cv-05975 | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## UNITED STATES' CONSENT TO STIPULATION OF DISMISSAL OF RELATOR'S CLAIMS, WITHOUT PREJUDICE TO THE UNITED STATES

Pursuant to 31 U.S.C. Section 3730(b)(1), the Attorney General of the United States, by Thomas Scott Woodward, United States Attorney for the Northern District of Oklahoma and Phil Pinnell, Assistant United States Attorney, believing that it is in the best interest of the United States, hereby consents to the dismissal of Relator's claims, provided that such dismissal is without prejudice to the United States.

Date: November 15, 2011

Phil Pinnell
Assistant United States Attorney
Northern District of Oklahoma
110 West 7th Street, Suite 300
Tulsa, OK 74119
(918) 382-2716
Phil.Pinnell@usdoj.gov