# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Aftermarket Filters Antitrust Litigation, et al.

                Plaintiff,

v.                         Case No.: 1:08−cv−04883
                               Honorable Robert W. Gettleman

Arvinmeritor, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 22, 2011:

      MINUTE entry before Honorable Geraldine Soat Brown: Telephone status hearing held. Settlement conference remains set for 1/19/12 at 9:30 a.m. Plaintiffs shall serve the settlement letters on defendants pursuant to paragraph one of this Court's standing order for settlement conference by 12/22/11. The defendants shall serve their responsive letters to the plaintiffs' settlement letters by 1/12/12. Counsel shall fax or deliver copies of their respective letters to this Court's courtroom deputy at the time they are served. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.