**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883 |
| | MDL Docket No. 1957 |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | Honorable Robert W. Gettleman |
| | Magistrate Judge Geraldine Soat Brown |

**JOINT MOTION OF THE PARTIES TO
POSTPONE THE DECEMBER 29, 2011, STATUS HEARING**

The parties, by their counsel, hereby move jointly to postpone the December 29, 2011, status hearing to January 20, 2012. In support of this motion, the parties state as follows:

1. On November 22, 2011, the Court scheduled a status hearing for December 29, 2011, at 9:30 a.m.

2. The purpose of that status hearing was to give the parties the opportunity to report on the status of their settlement discussions.

3. Pursuant to Judge Soat Brown's November 22, 2011, Order, Plaintiffs served their settlement letters on Defendants on December 22, 2011. Pursuant to that Order Defendants are required to serve their responsive letters to Plaintiffs' settlement letters by January 12, 2012. On January 19, 2012, the parties are schedule to appear before Judge Soat Brown for a settlement conference.

4. Because the parties have nothing further to report at this time regarding the status of their settlement discussions and because it will be difficult for out-of-town counsel to attend the December 29, 2011, status hearing, the parties respectfully request that the Court postpone

that hearing to January 20, 2012, at 10:30 a.m., the date on which Defendants' two motions directed to the Burch testimony and tape recordings are set for hearing.

Dated: December 27, 2011                          Respectfully submitted,
                                                  /s/

| | |
|---|---|
| Margaret M. Zwisler | Michael J. Freed |
| Marguerite M. Sullivan | Steven A. Kanner |
| LATHAM & WATKINS LLP | Michael E. Moskovitz |
| 555 Eleventh Street, NW | FREED KANNER LONDON & MILLEN LLC |
| Suite 1000 | 2201 Waukegan Rd., Suite 130 |
| Washington DC 20004-1304 | Bannockburn, IL 60015 |
| Telephone: 202-637-1092 | Telephone: 224-632-4500 |
| *Counsel for Champion Labs., Inc.* | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |
| | |
| John D. Briggs | Bernard Persky |
| Michael Keeley | Gregory Asciolla |
| AXINN VELTROP HARKRIDER LLP | Benjamin D. Bianco |
| 1330 Connecticut Avenue, NW | LABATON SUCHAROW LLP |
| Washington, DC 20036 | 140 Broadway |
| Telephone: 202-721-5400 | New York, NY 10005 |
| *Counsel for Wix Filtration Corp LLC and Affinia Group Inc.* | Telephone: 212-907-0700 |
| | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |
| Edward Hassi | Roberta D. Liebenberg |
| Mark Germann | Adam Pessin |
| O'MELVENY & MYERS LLP | FINE KAPLAN & BLACK, R.P.C. |
| 7 Times Square | 1835 Market Street, 28th Floor |
| New York, NY 10036 | Philadelphia, PA 19103 |
| Telephone: 212-326-2000 | Telephone: 215-567-6565 |
| *Counsel for Honeywell International Inc.* | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |
| | |
| Michael A. Paskin | Marc M. Seltzer |
| Craig Batchelor | Stuart V. Kusin |
| CRAVATH, SWAINE & MOORE LLP | SUSMAN GODFREY LLP |
| Worldwide Plaza | Suite 950 |
| 825 Eighth Avenue | 1901 Avenue of the Stars |
| New York, NY 10019-7475 | Los Angeles, CA 90067-6029 |
| Telephone: 212-474-1000 | Telephone: 310-789-3100 |
| *Counsel for Cummins Filtration Inc.* | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |

James T. McKeown
Holden Brooks
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
*Counsel for Donaldson Company, Inc.*

Darrell Prescott
Catherine Koh
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
*Counsel for Baldwin Filters Inc.*

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: 202-420-2200

James A. Morsch
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
Telephone: 312-444-9660

*Counsel for ArvinMeritor Inc., Purolator Products NA, LLC, and Purolator Products Company, LLC*

Renae D. Steiner
James Anderson
Katherine Kelly
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: 612-338-4605
*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

Richard M. Hagstrom
Michael E. Jacobs
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: 612-339-2020
*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

Mario N. Alioto
Lauren C. Russell
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone : 415-563-7200
*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY 10110
Telephone: 212-608-1900
*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

CHRISTOPHER R. HUNT
Assistant Attorney General
LIZBETH BRADY
Chief, Multistate Antitrust Enforcement
Office of the Attorney General, Antitrust Div.
PL-01, The Capitol Tallahassee, FL 32399-1050
Telephone: 850-414-3300
*Counsel for the State of Florida, Office of the Attorney General*

Martin R. Fox
BLEAU FOX, A P.L.C.
3575 Cahuenga Blvd., Suite 580
Los Angeles, CA 90068
Telephone: 323-874-8613
*Counsel for Gas Retailer Plaintiffs*

Joseph M. Alioto
ALIOTO LAW FIRM
555 California Street, Suite 3160
Case 1:08-cv-04883 Document 375 Filed
San Francisco, CA 94104
Telephone: 415-434-8900
*Counsel for Gas Retailer Plaintiffs*

Gary D. McCallister
GARY D. MCCALLISTER & ASSOC., LLC
120 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
Telephone: 312-345-0611
*Counsel for Gas Retailer Plaintiffs*

4