## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883 |
| | MDL Docket No. 1957 |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | Honorable Robert W. Gettleman |
| | Magistrate Judge Geraldine Soat Brown |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

**TO:** All Counsel of Record

PLEASE TAKE NOTICE that on **December 29, 2011**, at **9:15 a.m**., the undersigned shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead in the courtroom usually occupied by him in the Dirksen Federal Building, 219 South Dearborn, Room 1703, Chicago, IL, 60604, and shall then and there present the attached, a copy of which is hereby served upon you.

Dated: December 27, 2011

Respectfully Submitted,

/s/ James A. Morsch

James A. Morsch (ARDC# 6209558)
Butler Rubin Saltarelli & Boyd LLP
70 W. Madison Street, Suite 1800
Chicago, IL 60602
Telephone: (312) 444-9660

Peter J. Kadzik
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200

*Counsel for ArvinMeritor Inc., Purolator Products NA, LLC, and Purolator Products Company, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that he served a copy of this notice and above-referenced motion by causing copies thereof to be sent by U.S. District Court CM/ECF e-filing system on the 27th day of December, 2011.

Dated: December 27, 2011                  Respectfully submitted,

                                                     /s/ James A. Morsch

                                                     James A. Morsch (ARDC# 6209558)
                                                     Butler Rubin Saltarelli & Boyd LLP
                                                     70 W. Madison Street, Suite 1800
                                                     Chicago, Illinois 60602
                                                     Telephone: (312) 444-9660