

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Brian Barry

FIRM: The Law Office of Brian Barry

STREET ADDRESS: 1925 Century Park East, Suite 2100

CITY/STATE/ZIP: Los Angeles, CA  90067

PHONE NUMBER: (323) 522-5584

E-MAIL ADDRESS: bribarry1@yahoo.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-cv-4883 | In re Aftermarket Filters Antitrust Litig. | Robert Gettleman |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

s/Brian Barry                                                                                                    12/28/2011
_____                                    _____
Attorney's Signature                                                                                           Date

## PROOF OF SERVICE BY ELECTRONIC POSTING
## PURSUANT TO NORTHERN DISTRICT OF ILLINOIS
## ECF AND LOCAL RULES AND BY MAIL
## ON ALL KNOWN NON-REGISTERED PARTIES

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On December 28, 2011, I caused to be served the following document:

**NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME**

By posting such document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the attached Court's Service List.

And by **U.S. Mail** to all known non-ECF registered parties: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 28, 2011, at Los Angeles, California.

*s/ Brian Barry*
Brian Barry

# Mailing Information for a Case 1:08-cv-04883

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Mario N. Alioto**
  malioto@tatp.com

- **James W Anderson**
  janderson@heinsmills.com

- **Ronald J. Aranoff**
  aranoff@bernlieb.com

- **Gregory Asciolla**
  gasciolla@labaton.com

- **Steven A. Asher**
  asher@wka-law.com

- **James D. Bailey**
  james.d.bailey@bakernet.com

- **Steven L. Baron**
  sbaron@mandellmenkes.com,mdavis@mandellmenkes.com,docket@mandellmenkes.com

- **Andrew John Barragry**
  abarragry@foley.com

- **Brian J. Barry**
  bribarry1@yahoo.com

- **Timothy D Battin**
  tbattin@straus-boies.com

- **Natalie Finkelman Bennett**
  nfinkelman@sfmslaw.com

- **Benjamin D. Bianco**
  bbianco@labaton.com

- **Adam J. Biegel**
  adam.biegel@alston.com

- **Jackson D. Bigham**
  jbigham@morrisonfenske.com

- **Garrett D Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **Anthony J. Bolognese**
  abolognese@bolognese-law.com

- **Robert J Bonsignore**
  rbonsignore@class-actions.us

- **Christopher Jean Bouchoux**
  cbouchoux@cravath.com

- **Robin E. Brewer**
  rbrewer@class-actions.us

- **John DeQ. Briggs**
  jdb@avhlaw.com

- **Brian D. Brooks**
  bbrooks@murrayfrank.com

- **Heather Holden Brooks**
  hbrooks@foley.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,hnpotteiger@locklaw.com,emsipe@locklaw.com,mrsalzwedel@locklaw.com

- **Jonathan R Buck**
  jbuck@perkinscoie.com,talbertino@perkinscoie.com,docketchi@perkinscoie.com

- **William G. Burch**
  gstidham@sneedlangherrold.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **Thomas Campbell**
  thomas.campbell@bakernet.com

- **Todd M. Church**
  TChurch@littler.com,hjones@littler.com

- **Bryan L. Clobes**
  bclobes@caffertyfaucher.com,docketclerk@caffertyfaucher.com,alatonick@caffertyfaucher.com

- **Jay S. Cohen**
  Jcohen@srkw-law.com

- **Patrick M. Collins**
  pcollins@perkinscoie.com,docketchi@perkinscoie.com,jbuck@perkinscoie.com,anorris@perkinscoie.com,ahomier@perkinscoie.com

- **Melinda Coolidge**
  mcoolidge@hausfeldllp.com

- **William Thomas Crowder**
  wcrowder@emersonpoynter.com

- **Brooke Cucinella**
  bcucinella@omm.com

- **M. Stephen Dampier**
  stevedampier@dampierlaw.com,angel.lake@dampierlaw.com

- **Kyle Gustin DeValerio**
  kdevalerio@bermandevalerio.com

- **Stan M Doerrer**
  sdoerrer@finkelsteinthompson.com

- **Manuel Juan Dominguez**
  jdominguez@cohenmilstein.com,efilings@cohenmilstein.com

- **Marc H. Edelson**
  medelson@edelson-law.com

- **Robert G. Eisler**
  reisler@hausfeldllp.com

- **Candice Joy Enders**
  cenders@bm.net,mrussell@bm.net,rgordon@bm.net

- **Vincent J Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,ikovarik@heinsmills.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **Robert Finnerty**
  rfinnerty@girardikeese.com,tfaust@girardikeese.com

- **Martin R Fox**
  mfox@bleaufox.com,schedule@bleaufox.com

- **Michael Jerry Freed**
  mfreed@fklmlaw.com,mkhamoo@fklmlaw.com

- **Mark Germann**
  mgermann@omm.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,lhoeksema@cohenmilstein.com

- **Jeffrey B. Gittleman**
  jgittleman@barrack.com,cbowers@barrack.com

- **Jamie Greer Goldstein**
  jgoldstein@gdmlawfirm.com,grodriguez@gdmlawfirm.com

- **Jayne Goldstein**
  jgoldstein@sfmslaw.com,pmauger@sfmslaw.com

- **Ruthanne Gordon**
  rgordon@bm.net,mrussell@bm.net,cenders@bm.net

- **Joshua H. Grabar**
  jgrabar@bolognese-law.com

- **Robert J Gralewski , Jr**
  bob@gergosian.com,will@gergosian.com,johanna@gergosian.com

- **Kristy Fischer Greenberg**
  kgreenberg@moginlaw.com

- **Elizabeth Ann Nestor Haas**

ehaas@foley.com

- **Richard M. Hagstrom**
  rhagstrom@zelle.com,tvermeulen@zelle.com

- **Gregory P Hansel**
  ghansel@preti.com

- **Craig G. Harley**
  CHarley@chitwoodlaw.com,LSmith@chitwoodlaw.com

- **Barbara J Hart**
  bhart@lowey.com

- **Steven Alan Hart**
  shart@smsm.com,ahuller@smsm.com

- **Jason Hartley**
  jason.hartley@troutmansanders.com

- **Edward Hassi**
  thassi@omm.com,anadler@omm.com

- **William J Heye**
  william@saveri.com

- **Anna M. Horning Nygren**
  amhorningnygren@locklaw.com,ctjohansen@locklaw.com

- **Charles A Horowitz**
  chorowitz@mansfieldtanick.com

- **Patrick Howard**
  phoward@smbb.com

- **Daniel Hume**
  dhume@kmllp.com,sflohr@kmllp.com

- **Christopher R. Hunt**
  Christopher.Hunt@myfloridalegal.com,jennifer.morganbyrd@myfloridalegal.com,Karen.Odom@myfloridalegal.com

- **Michael Edmund Jacobs**
  mjacobs@zelle.com,sstuckey@zelle.com,sellingson@zelle.com

- **Jonathan M Jagher**
  Jjagher@srkw-law.com

- **Kevin Andre Jobson**
  kjobson@cravath.com

- **Julie Ann Johnston-Ahlen**
  jjohnston-ahlen@novackandmacey.com,mbianchi@novackmacey.com

- **Steven A Kanner**
  skanner@fklmlaw.com

- **Alan M. Kanzer**
  Alan.Kanzer@alston.com,pamela.lewis@alston.com

- **Sherman Kassof**
  heevay@att.net,heevay@yahoo.com

- **Michael L. Keeley**
  mlk@avhlaw.com

- **Sanya Sarich Kerksiek**
  skerksiek@crowell.com,jcuddihy@crowell.com,dsasse@crowell.com

- **Jason S. Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com

- **Catherine Y. Koh**
  catherine.koh@bakernet.com

- **David Kovel**
  dkovel@kmllp.com

- **Stuart V. Kusin**
  skusin@susmangodfrey.com

- **Megan S Lewis**
  lewismegan@dicksteinshapiro.com

- **Stephen David Libowsky**
  stephen.libowsky@snrdenton.com,janet.mckenna@snrdenton.com,NDIL_ECF@snrdenton.com

- **Roberta D. Liebenberg**
  rliebenberg@finekaplan.com,nblakeslee@finekaplan.com

- **Richard A. Lockridge**
  ralockridge@locklaw.com

- **William Henry London**
  wlondon@fklmlaw.com,mkhamoo@fklmlaw.com

- **Kevin B Love**
  klove@cridenlove.com

- **Christopher Lovell**
  clovell@lshllp.com

- **Monte Loren Mann**
  mmann@novackandmacey.com,janetj@novackandmacey.com

- **Seymour J Mansfield**
  smansfield@mansfieldtanick.com,fbrewer@mansfieldtanick.com,mscott@mansfieldtanick.com

- **Mitchell L. Marinello**
  mmarinello@novackandmacey.com,fplatt@novackmacey.com

- **Edward J. Matushek , III**
  ejmatushek@matushek.com

- **Gary D. McCallister**
  gdm@gdmlawfirm.com,kshoffner@gdmlawfirm.com

- **Phillip Warren McCallum**
  sreynolds@mmlaw.net

- **Stuart H. McCluer**
  smccluer@mcculleymccluer.com

- **R. Bryant McCulley**
  bmcculley@mcculleymccluer.com

- **James T. McKeown**
  jmckeown@foley.com

- **Douglas A Millen**
  doug@fklmlaw.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,JRamirez@millerlawllc.com

- **Rodney Eugene Miller**
  rem@mmlaw.net

- **James A. Morsch**
  jmorsch@butlerrubin.com,mmalinowski@butlerrubin.com,akubacki@butlerrubin.com

- **Jerome A. Murphy**
  jmurphy@crowell.com

- **Linda P. Nussbaum**
  lnussbaum@gelaw.com,sschwaiger@gelaw.com,lchirico@gelaw.com,jradice@gelaw.com

- **Rodney C. Olsen**
  olsen@mfoilaw.com

- **Simon B. Paris**
  sparis@smbb.com

- **Richard G. Parker**
  rparker@omm.com

- **Michael A. Paskin**
  mpaskin@cravath.com,cbatchelor@cravath.com

- **Joseph Mario Patane**
  jpatane@tatp.com

- **Nyran Rose Pearson**
  npearson@caffertyfaucher.com,snyland@caffertyfaucher.com,docket@caffertyfaucher.com

- **Brant D. Penney**
  b.penney@rwblawfirm.com

- **Donald L Perelman**
  dperelman@finekaplan.com,nblakeslee@finekaplan.com

- **Bernard Persky**
  bpersky@labaton.com,drogers@labaton.com,electroniccasefiling@labaton.com

- **Adam J Pessin**
  apessin@finekaplan.com

- **Darrell Prescott**

darrell.prescott@bakernet.com

- **Mark Alexander Racanelli**
  mracanelli@omm.com

- **Hilary K. Ratway**
  hratway@hausfeldllp.com

- **James S. Reece**
  jreece@zelle.com

- **Leslie Wepner Regenbaum**
  lwregenbaum@cravath.com

- **William V. Reiss**
  wreiss@labaton.com

- **Katrina Marie Robson**
  krobson@omm.com

- **James T. Rollins**
  jtrollins@matushek.com

- **Lauren Clare Russell**
  laurenrussell@tatp.com

- **Matthew R Salzwedel**
  mrsalzwedel@locklaw.com,hnpotteiger@locklaw.com

- **Richard Alexander Saveri**
  rick@saveri.com,william@saveri.com,cadio@saveri.com,grushing@saveri.com

- **Andrew David Shapiro**
  ashapiro@butlerrubin.com

- **David Sillers**
  dsillers@cravath.com

- **Heidi M. Silton**
  hmsilton@locklaw.com,sjgutknecht@locklaw.com,hnpotteiger@locklaw.com

- **Eugene A. Spector**
  Espector@srkw-law.com

- **Jeffrey L. Spector**
  jspector@srkw-law.com

- **Jennifer Winter Sprengel**
  jsprengel@caffertyfaucher.com,snyland@caffertyfaucher.com,docket@caffertyfaucher.com

- **State of Florida, Office of the Attorney General, Department of Legal Affairs,**
  Christopher.Hunt@myfloridalegal.com

- **Gerald A. Stein**
  gstein@omm.com

- **Renae D. Steiner**
  rsteiner@heinsmills.com,kkelly@heinsmills.com

- **G. Steven Stidham**
  gstidham@sneedlangherrold.com,spoole@sneedlangherrold.com

- **Jason Patrick Stiehl**
  jstiehl@seyfarth.com,mvaughan@seyfarth.com,chidocket@seyfarth.com

- **Rachel L.B. Stoering**
  rstoering@heinsmills.com

- **Marguerite Mitchell Sullivan**
  maggy.sullivan@lw.com

- **Reginald Terrell**
  reggiet2@aol.com

- **Beverly Tse**
  btse@kmllp.com

- **Alex C. Turan**
  aturan@monturalaw.com

- **Nicole M. Vamosi**
  nvamosi@class-actions.us

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

- **Richard M Volin**
  rvolin@finkelsteinthompson.com

- **Peggy J Wedgworth**
  pwedgworth@milberg.com

- **Paul M. Weiss**
  paul@freedweiss.com,ECF@freedweiss.com,sherrie@freedweiss.com

- **Amber C. Wessels**
  amber.wessels@alston.com

- **Michael Dale Wexler**
  mwexler@seyfarth.com,chidocket@seyfarth.com,jpolacek@seyfarth.com

- **James M. Wilson , Jr**
  JWilson@chitwoodlaw.com

- **John R. Wylie**
  johnw@dglawfirm.com,TWilson@dglawfirm.com

- **Margaret M. Zwisler**
  margaret.zwisler@lw.com,travis.mallen@lw.com,nirit.eriksson@lw.com,david.easler@lw.com,maggy.sullivan@lw.com,katherine.whelehan@lw.cor

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Guri Ademi**
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

**Patrick M. Barrett                                                , III**
Barrett Law Office, P.A.
2021 Richard Jones Rd
#300
Nashville, TN 37215

**Mila F. Bartos**
Finkelstein Thompson LLP
1077 30th St NW
Suite 150
Washington, DC 20007

**John D. Briggs**
Axinn Veltrop Harkrider LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036

**Chris Cadenhead**
Cadenhead Law Firm
Pier 98 Centre
534 Harbor Boulevard
Suite 501
Destin, FL 32541

**Craig Essenmacher**
Lovell Stewart Halebian, LLP
61 Broadway
Suite 501
New York, NY 10006

**Jennifer L. Giordano**
Latham & Watkins - DC
555 11th St., NW
Suite 1000
Washington, DC 20004

**William H Hoese**
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107

**Peter J Kadzik**
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006

**Allyn Zissel Lite**
Goldstein, Lite & Depalma
Two Gateway Center
12th Floor
Newark, NJ 07102-5003

**James1 J. Rosemergy**
Carey & Danis LLC
Generally Admitted
8235 Forsyth Boulevard
Suite 1100
St. Louis1, MO 63105-3786

**James M Terrell**
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205

**Christopher H. Wood**
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006

**Cadio Zirpoli**

Saveri & Saevri, Inc.
706 Sansome St.
San Francisco, CA 94111