**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Aftermarket Filters Antitrust Litigation, et al.

                        Plaintiff,

v.                                    Case No.: 1:08−cv−04883
                                    Honorable Robert W. Gettleman

Arvinmeritor, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 20, 2012:

      MINUTE entry before Honorable Robert W. Gettleman: Defendants' motions [792] [795] to exclude Burch's testimony and tapes and preclude plaintiffs from relying on them during discovery are denied. The stay of discovery that had previously been issued is vacated. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.