# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTHERN ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master File No. 1:08-cv-4883 |
| | MDL No. 1957 |
| THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS | Honorable Robert W. Gettleman |

## WITHDRAWAL AS COUNSEL OF RECORD

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Michael E. Jacobs in the above-captioned matter as counsel of record for Indirect Purchaser Plaintiffs. Attorneys Richard M. Hagstrom and James S. Reece are still associated with Zelle Hofmann Voelbel & Mason LLP and will continue in their capacity as *Pro Hac Vice* attorneys representing Indirect Purchaser Plaintiffs in this matter.

Dated: February 2, 2012

/s/ Michael E. Jacobs
Michael E. Jacobs
ZELLE HOFMANN VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Phone: (612) 339-2020
Fax:   (612) 336-9100
Email: mjacobs@zelle.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Michael E. Jacobs, hereby certify that the foregoing Withdrawal as Counsel of Record was served upon all counsel via ECF on this 2nd day of February, 2012.

/s/ Michael E. Jacobs
Michael E. Jacobs