UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master File No. 1:08-cv-4883 |
| | MDL No. 1957 |
| THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS | Honorable Robert W. Gettleman |

## NOTICE OF MOTION ON WITHDRAWAL
## OF MICHAEL E. JACOBS AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that a hearing will take place before the Honorable Robert W. Gettleman, 1703 U.S. Courthouse, 219 S. Dearborn St., Chicago, IL on February 16, 2012 at 9:15 a.m. to move for an order granting the Indirect Purchaser Plaintiffs' Motion for Withdrawal of Michael E. Jacobs as Counsel of Record, copies of which were served upon all counsel on February 2, 2012.

Dated: February 7, 2012

/s/ Michael E. Jacobs
Michael E. Jacobs
**ZELLE HOFMANN VOELBEL & MASON LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Phone: (612) 339-2020
Fax:   (612) 336-9100
Email: mjacobs@zelle.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Michael E. Jacobs, hereby certify that the foregoing Notice of Motion on Withdrawal as Counsel of Record was served upon all counsel via ECF on this 7th day of February, 2012.

/s/ Michael E. Jacobs
Michael E. Jacobs