IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master File No. 1:08-cv-4883 |
| | **MDL No. 1957** |
| THIS DOCUMENT RELATES TO: THE STATE OF FLORIDA ACTION | Honorable Robert W. Gettleman Magistrate Geraldine Soat Brown |

### PLAINTIFF STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS' MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT BALDWIN FILTERS, INC.

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("State of Florida") respectfully moves this Honorable Court to enter an Order dismissing the State of Florida's action against defendant Baldwin Filters, Inc. ("Baldwin"), with prejudice and in support of this Motion, the State of Florida states as follows:

1. On or about March 19, 2012 the Court entered an Order granting the State of Florida's Unopposed Motion to Accept Settlement Modification (the "Modification") which includes provision for the State of Florida to dismiss with prejudice its action against Baldwin after the State of Florida receives from Baldwin the total amount of Baldwin's agreed share of the Florida Settlement Amount.

2. On or about March 23, 2012 the State of Florida received by wire transfer from Baldwin the total amount of Baldwin's agreed share of the Florida Settlement Amount.

WHEREFORE, Plaintiff State of Florida respectfully requests that the Court grant this motion and dismiss with prejudice its action against defendant Baldwin in the above-styled matter.

Dated: March 29, 2012

Respectfully Submitted,

_____
Patricia A. Conners
Associate Deputy Attorney General
R. Scott Palmer
Special Counsel for Antitrust Enforcement
Office of the Attorney General,
 PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone (850) 414-3300
*Counsel for the State of Florida,*
*Office of the Attorney General, Department of Legal Affairs*