IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master File No. 1:08-cv-4883 |
| | MDL No. 1957 |
| THIS DOCUMENT RELATES TO: THE STATE OF FLORIDA ACTION | Honorable Robert W. Gettleman Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on April 5, 2012, at 9:15 a.m. or as soon thereafter as counsel may be heard, the State of Florida, Office of the Attorney General, Department of Legal Affairs shall appear, through undersigned counsel, before the Honorable Robert W. Gettleman or any judge sitting in his stead, in Courtroom 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present its Motion For Voluntary Dismissal of Defendant Baldwin Filters, Inc.

Dated: March 29, 2012

Respectfully Submitted,

_____
Patricia A. Conners
Associate Deputy Attorney General
R. Scott Palmer
Special Counsel for Antitrust Enforcement
Office of the Attorney General,
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone (850) 414-3300
*Counsel for the State of Florida,*
*Office of the Attorney General, Department of Legal Affairs*