IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| This Document Relates To:<br>All Purchaser Actions | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on April 3, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Direct Purchaser, Indirect Purchaser, and Gas Retailer Plaintiffs shall appear, through undersigned counsel, before the Honorable Robert W. Gettleman or any judge sitting in his stead, in Courtroom 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present its Unopposed Motion To Accept Settlement Modifications.

Dated: April 2, 2012

Respectfully Submitted,

/s/ Michael J. Freed
Michael J. Freed
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500

*Settlement Class Counsel for Direct Purchaser Plaintiffs*