IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE AFTERMARKET FILTERS ANTITRUST LITIGATION | ) Master File No. 1:08-cv-04883 <br> ) MDL. Docket No. 1957 <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> ALL GAS RETAILERS' INDIRECT PURCHASER ACTIONS | ) Judge Robert W. Gettleman <br> ) Magistrate Judge Geraldine Soat Brown <br> ) <br> ) <br> ) |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on this 11th day of April 2012, there was filed with this Court in the above captioned matter the **GASOLINE RETAILERS' PROPOSED REVISED DETAILED SETTLEMENT NOTICE, IN RED-LINED AND FINAL VERSIONS, AND GASOLINE RETAILERS' PROPOSED REVISED SUMMARY SETTLEMENT NOTICE, IN RED-LINED AND FINAL VERSIONS.**

                                                GARY D. McCALLISTER & ASSOCIATES, LLC

                                          By:      */s/ Gary D. McCallister*
                                                      Interim Co-Lead Counsel for
                                                      Gasoline Retailer Plaintiffs

Gary D. McCallister
GARY D. McCALLISTER & ASSOCIATES, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
(312) 345-0611

## PROOF OF SERVICE

I, Gary D. McCallister, hereby certify that on April 11, 2012, I caused the foregoing Gas Retailers' Proposed Revised Detailed Settlement Notice, in red-lined and final versions, and Gasoline Retailers' Proposed Revised Summary Settlement Notice, in red-lined and final versions, to be electronically filed with Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic receipt.

/s/ *Gary D. McCallister*
Gary D. McCallister


Gary D. McCallister
GARY D. McCALLISTER & ASSOCIATES, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
(312) 345-0611