# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 4883 | DATE4 | 4/16/2012 |
| CASE TITLE | In re: Aftermarket Filters Antitrust Litigation | | |

**DOCKET ENTRY TEXT:**

Motion [913] of plaintiff State of Florida to dismiss defendant Donaldson Co. with prejudice, is granted.

[For further detail see separate order]   [Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|