

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master File No. 1:08-cv-4883<br>FL Case Docket No. 1:09-cv-2321 |
| | MDL No.1957 |
| THIS DOCUMENT RELATES TO:<br>THE STATE OF FLORIDA ACTION | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## ORDER

Plaintiff, State of Florida, Office of the Attorney General, Department of Legal Affairs, having moved the court for leave to dismiss with prejudice the above-styled action against defendant Cummins Filtration Inc., and it appearing to the court that said motion should be granted, it is

ORDERED and adjudged that the above-styled action against Cummins Filtration Inc. is hereby dismissed with prejudice.

This 13th day of April, 2012.

ROBERT W. GETTLEMAN
United States District Judge