**UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS** | Master File No. 1:08-cv-4883<br><br>MDL No. 1957<br><br>Judge Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS

Indirect Purchaser Plaintiffs move this Honorable Court for leave to file Indirect Purchaser Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Proposed Settlement with Defendant Purolator; Certification of Settlement Classes; Appointment of Class Counsel for the Settlement Classes; Authorization to Disseminate Notice to Settlement Classes; and Setting a Hearing on Final Settlement Approval in excess of the 15-page limit set by Local Rule 7.1.

In support of this Motion, Indirect Purchaser Plaintiffs state that granting such leave is consistent with the Court's previous treatment of motions relating to preliminary approval in this matter (Dkt. No. 902). These motions have previously required an omnibus memorandum by the Plaintiff groups as well as a supplemental memorandum by each of the Plaintiff groups. This memorandum combines the two.

WHEREFORE, the Indirect Purchaser Plaintiffs respectfully request that this Court grant them leave to file Indirect Purchaser Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Proposed Settlement with Defendant Purolator; Certification of Settlement Classes; Appointment of Class Counsel for the Settlement Classes; Authorization to

Disseminate Notice to Settlement Classes; and Setting a Hearing on Final Settlement Approval in a length not to exceed 35 pages.

Dated: April 19, 2012

Respectfully submitted,

**HEINS MILLS & OLSON, PLC**

*/s/ Renae D. Steiner*
Renae D. Steiner
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Fax: (612) 338-4692
Email: rsteiner@heinsmills.com

**CERTIFICATE OF SERVICE**

   I, Renae D. Steiner, hereby certify that on April 19, 2012, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

                s/ *Renae D. Steiner*
                Renae D. Steiner