**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 1:08-cv-4883<br><br>MDL No. 1957<br><br>Judge Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

**NOTICE OF MOTION**

To: All Counsel of Record

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 5.3(a) of the Local Rules of the United States District Court for the Northern District of Illinois, the Indirect Purchaser Plaintiffs will present their Motion for Preliminary Approval of Proposed Settlement with Defendant Purolator, Certification of Settlement Classes, Appointment of Class Counsel for the Settlement Classes, Authorization to Disseminate Notice to Settlement Classes, and Setting a Hearing on Final Settlement Approval and their Motion for Leave to File Brief in Excess of Page Limitations on Wednesday, April 25, 2012, at 9:15 a.m. before the Honorable Robert W. Gettleman or any judge sitting in his stead, in Courtroom 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois.

Dated: April 19, 2012    Respectfully submitted,

**HEINS MILLS & OLSON, PLC**

*/s/ Renae D. Steiner*
Renae D. Steiner
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Fax: (612) 338-4692
Email: rsteiner@heinsmills.com

73680

**CERTIFICATE OF SERVICE**

      I, Renae D. Steiner, hereby certify that on April 19, 2012, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

                                                    s/ *Renae D. Steiner*
                                                    Renae D. Steiner

73680