**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** ) ) ) ) | **Master Docket No. 08-cv-4883** <br><br> **MDL Docket No. 1957** |
| **This Document Relates To:** ) <br> **All Actions** ) ) | **Honorable Robert W. Gettleman** <br> **Magistrate Geraldine Soat Brown** |

**NOTICE OF WITHDRAWAL**

**TO**: The Clerk of This Court and All Counsel of Record

**PLEASE TAKE NOTICE** that Leslie W. Regenbaum, an attorney at Cravath, Swaine & Moore LLP and one of the attorneys for Defendant Cummins Filtration Inc. ("Cummins"), hereby withdraws as counsel for Cummins. Along with Novack and Macey LLP, Cravath, Swaine & Moore LLP continues to serve as counsel for Cummins and requests that all future correspondence and papers in this action continue to be directed to them.

Dated: April 20, 2012

CRAVATH, SWAINE & MOORE, LLP

/s/ Leslie W. Regenbaum
Leslie W. Regenbaum
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

Monte L. Mann
Novack and Macey LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
Telephone: 312-419-6900
Fax: 312-419-6928

*Counsel for Cummins Filtration Inc.*

**CERTIFICATE OF SERVICE**

I, Leslie W. Regenbaum, hereby certify that on April 20, 2012, I caused the foregoing NOTICE OF WITHDRAWAL to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

/s/ Leslie W. Regenbaum
Leslie W. Regenbaum
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700