IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883 MDL Docket No. 1957 |
| This Document Relates To: All Gas Retailers' Indirect Purchaser Actions | Honorable Robert W. Gettleman |

### INDEX OF EXHIBITS

Exhibit A – Detailed Notice with Claim Form

Exhibit B – Summary Notice