# EXHIBIT B

# Legal Notice

## If you are a Gasoline Retailer in the State of California Who Operated a Service Station and Indirectly Purchased Aftermarket Filters in the United States from January 1, 1999 to March 8, 2012, Your Rights Could be Affected by Proposed Class Action Settlements

**What are the Settlements about?**

Plaintiffs claim that Champion Laboratories, Inc., Purolator Products N.A., L.L.C., Purolator Products Company, L.L.C., ArvinMeritor, Inc., Honeywell International, Wix Filtration Corp LLC, Affinia Group Inc., Cummins Filtration Inc., Donaldson Company, Inc., and Baldwin Filters, Inc. conspired to fix the prices of Aftermarket Filters in violation of the Cartwright Act and the Unfair Business Practices Act under §382 of the California Code of Civil Procedure. Settlements have been reached with Baldwin Filters, Inc., Cummins Filtration Inc., and Donaldson Company, Inc. (the "Original Settling Defendants"). Settlements have also been reached with the remaining Defendants, Affinia Group, Inc., Wix Filtration Corp LLC, Champion Laboratories, Inc., Honeywell International, Inc., Purolator Products N.A. L.L.C., Purolator Products Company and ArvinMeritor, Inc. (now known as Meritor, Inc.) (the "Later Settling Defendants"). The settlements with the Original Settling Defendants provide that each settling defendant shall pay $31,250.00 to the Gas Retailers Indirect Purchaser class for a total of $93,750.00. The settlement with the Later Settling Defendants provides for a total payment of $1,050,000.00. Affinia Group, Inc. and Wix Filtration Corp LLC have agreed to pay $100,000 of this amount; Champion Laboratories, Inc. has agreed to pay $387,500 of this amount; Honeywell International, Inc. has agreed to pay $162,500 of this amount and Purolator Products N.A. L.L.C., Purolator Products Company and ArvinMeritor, Inc. have agreed to pay $400,000 of this amount. The settling defendants deny liability but have settled to avoid the cost and burdens of litigation.

**Who Is a Class Member?**

You are a class member if, at some point between January 1, 1999 to March 8, 2012, you were a gas retailer in the state of California who operated a service station and indirectly purchased Aftermarket Filters from Champion Laboratories, Inc., Purolator Products N.A., L.L.C., Purolator Products Company, L.L.C., ArvinMeritor, Inc., Honeywell International, Wix Filtration Corp LLC, Affinia Group Inc., Cummins Filtration Inc., Donaldson Company, Inc., or Baldwin Filters, Inc. in the United States. Additional information is contained in the full Notice, including information on who is or is not a class member. Aftermarket Filters is defined as light duty (*i.e.*, automotive and light truck) oil, air, fuel and transmission filters for sale in the aftermarket (*i.e.*, the market for replacement filters).

**Will I get a payment?**

Yes. It is anticipated that a distribution will be made to Class members from the proceeds of these settlements based on a Plan of Allocation and Distribution of *Settlement Fund*, after deduction of amounts approved by the Court for attorneys' fees, reimbursement of litigation expenses, Plaintiffs' Incentive Awards, settlement administration costs, and taxes and expenses of the *Settlement Fund*. It is anticipated Plaintiffs' counsel will apply to the court for attorneys' fees not to exceed one-third of the Settlement Amounts paid to the Gasoline Retailers' Indirect Purchaser Settlement Class, reimbursement of expenses, and Plaintiffs' Incentive Awards of $5,000 per class representative for the prosecution of the case to date. If you are a class member and do not opt out, you will release certain legal rights against the settling defendants, as set forth in the settlement agreements.

**What are my rights?**

If you do not want to take part in the settlements, you have the right to opt out. To opt out of one or more of the settlements, you must do so by August 13, 2012. Class members have the right to object to one or more of the settlements, the application for attorneys' fees, reimbursement of litigation expenses and Plaintiffs' Incentive Awards. If you object, you must do so by filing your objection with the Court and Plaintiffs' counsel in order for it to be received by August 13, 2012. Additional information is contained in the full Notice as to how you may opt out or object to one or more of the settlements or other applications made by plaintiffs' counsel. You may speak to your own attorney at your own expense for help.

A Final Approval Hearing to consider approval of the settlements, application for attorneys' fees, reimbursement of litigation expenses and Plaintiffs' Incentive Awards is scheduled to be held at the United States District Court for the Northern District of Illinois in Courtroom 1703 on October 4, 2012 at 10:00 A.M. The date and location for this hearing may be changed on further Order of the Court.

**This Is a Summary, where can I get more Information?**

This Notice only summarizes the proposed Settlements and is not a complete description of the case, the settlement, your rights or options concerning the settlements, or the details regarding the approval process. You are urged to obtain complete settlement information including a copy of the full Notice, by visiting the Settlement website, www.aftermarketfilterssettlement.com or calling the Claims Administrator, Centurion Risk Associates, LLC at 1-800-657-0376.

**Please Do Not Contact The Court Or The Clerk Of The Court Concerning This Notice.**