**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Aftermarket Filters Antitrust Litigation, et al.

                                          Plaintiff,

v.                                                       Case No.: 1:08−cv−04883
                                                           Honorable Robert W. Gettleman

Arvinmeritor, Inc., et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 2, 2012:

      lief at status hearings. Any request for relief must be made by motion following a Rule 37.2 conference. Notice mailed by judge's staff (ntf, )MINUTE entry before Honorable Geraldine Soat Brown: Telephone status hearing held and continued to set for 7/18/12 at 9:00 a.m. Direct Purchasers Plaintiffs' counsel shall initiate the call. Defendants' request to have the deposition of Larry Curtis be limited to a total of 7 hours shall be made by motion filed no later than 5/3/12. Plaintiffs' reply shall be filed by 5/4/12. The Court will rule by mail no later than 5/7/12. The Court will not entertain any other request for re

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.