IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883 MDL Docket No. 1957 |
| This Document relates to: Gas Retailers' Indirect Purchaser Action | Honorable Robert W. Gettleman |

## GAS RETAILERS' MOTION TO MODIFY THE GAS RETAILERS' LONG-FORM MAIL NOTICE IDENTIFIED AS EXHIBIT A IN THE COURT'S ORDER PRELIMINARILY APPROVING SETTLEMENTS ENTERED ON APRIL 20, 2012

NOW COMES, the Gas Retailers Indirect Purchaser Settlement Class (hereafter, "Gas Retailers"), by and through Gary D. McCallister & Associates, LLC, one of its co-lead counsel, and moves the Court for an order modifying the Gas Retailers' long-form mail notice identified as Exhibit A (Document No. 936.2) in the Court's Order Preliminarily Approving Settlements entered on April 20, 2012. (Document No. 941).

In support of said motion, the Gas Retailers show the Court as follows:

1. On April 20, 2012, the Gas Retailers filed a Motion and Memorandum in Support of Motion for Preliminary Approval and attached to that Motion a proposed long-form "mail" notice and claim form identified as Exhibit A. (Document 936.2)

2. On April 20, 2012, the Court entered its Order Preliminarily Approving Settlements with the Defendants, and among other things, approved the long-form "mail" notice referenced as Exhibit A in said Order (Document No. 941). As a result of the Gas Retailers Class retaining Centurion Risk Associates, LLC as its claims administrator, certain modifications to the long-form mail notice and claim form have been suggested by the claims administrator

which will be beneficial in providing more complete notice and instructions to the settlement class. The long-form mail notice is scheduled to be mailed to all members of the class on or before June 19, 2012. (See Document No. 941 at Paragraph 5.2)

3. For the convenience of the Court, the Gas Retailers are providing to the Court a "red-line" and final version of the suggested changes to the long-form mail notice. This document is marked as Exhibit A and attached hereto.

4. As part of the long-form mail notice, the Gas Retailers counsel previously provided to the Court a copy of the claim form to be attached to the long-form mail notice. Minor revisions to the claim form have been suggested by the claims administrator in order to refine the claim form for purposes of more efficiently processing claims. A copy of the revised claim form is attached to the revised long-form mail notice as part of Exhibit A. "Red-line" and a final version of the claim form are provided for the Court's review and consideration.

4. Counsel has provided the Defendants with a copy of the revised long-form mail notice and claim form prior to the filing of this motion.

5. No objections are anticipated from the Defendants with regard to these proposed revisions, and as a result, a proposed order has been submitted to the Court's website in accordance with court rules.

WHEREFORE, the Gas Retailers Plaintiffs respectfully move the Court for an order approving the revisions to the Gas Retailers Indirect Purchaser Settlement Class long-form mail notice and claim form marked as Exhibits A and B and for a finding by the Court that the revised form and content of the revised long-form mail notice attached hereto as Exhibit A is in full compliance with the requirements of the Federal Rule of Civil Procedure 23 and satisfies due process.

Dated: May 21, 2012

Respectfully submitted,

By: /s/ Gary D. McCallister
Gary D. McCallister
GARY D. McCALLISTER & ASSOCIATES, LLC
120 N. LaSalle Street, Suite 2800
Chicago, IL 60602
(312) 345-0611 – Telephone
(312) 345-0612 – Facsimile
*Co-Lead Counsel for Gasoline Retailers*