## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AFTERMARKET FILTERS ANTITRUST LITIGATION | ) Master File No. 1:08-cv-04883 <br> ) MDL. Docket No. 1957 <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> ALL GAS RETAILERS' INDIRECT PURCHASER ACTIONS | ) Judge Robert W. Gettleman <br> ) Magistrate  Judge Geraldine Soat Brown <br> ) <br> ) <br> ) |

### NOTICE OF MOTION

TO: All Counsel of Record

**PLEASE TAKE NOTICE** that on **May 24, 2012, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, Gasoline Retailer Indirect Purchaser Plaintiffs Class shall appear, through undersigned counsel, before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present its **Gas Retailers' Motion to Modify the Gas Retailers' Long-Form Mail Notice Identified As Exhibit A In The Court's Order Preliminarily Approving Settlements Entered on April 20, 2012**, a copy of which is attached and hereby served upon you.

Dated: May 21, 2012

Respectfully submitted,

/s/ Gary D. McCallister
Gary D. McCallister
GARY D. MCCALLISTER & ASSOCIATES, LLC
120 N. LaSalle Street, Suite 2800
Chicago, IL 60602
Telephone: 312-345-0611
*Co-Lead Counsel for Gasoline Retailers*

## PROOF OF SERVICE

I, Gary D. McCallister, hereby certify that on May 21, 2012, I caused the foregoing Gas Retailers' Motion to Modify the Gas Retailers' Long-Form Mail Notice Identified As Exhibit A In The Court's Order Preliminarily Approving Settlements Entered on April 20, 2012, to be electronically filed with Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic receipt.

    /s/  Gary D. McCallister
    Gary D. McCallister

Gary D. McCallister
GARY D. McCALLISTER & ASSOCIATES, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
312-345-0611