IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master File No. 1:08-cv-4883<br>FL Case Docket No. 1:09-cv-2321<br>**MDL No. 1957** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## PLAINTIFF STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("State of Florida") respectfully moves this Honorable Court to enter an Order dismissing with prejudice the State of Florida's above-captioned case against Defendant ArvinMeritor, Inc., now known as Meritor, Inc., ("Meritor"), Purolator Products NA, LLC, and Purolator Products Company LLC (collectively, the "Settling Defendants") (the "Settlement Agreement"). In support of this Motion, the State of Florida states as follows:

1. On or about April 27, 2012, Settling Defendants and the State of Florida entered into a Settlement Agreement to settle the claims brought against Settling Defendants by the State of Florida in the above-captioned case (a copy is attached hereto and made part hereof as Exhibit 1).

2. The Settlement Agreement provides, *inter alia*, that Settling Defendants shall pay or cause to be paid to the State of Florida the amount of $400,000 in settlement of the above-styled case and that within ten (10) business days after receipt of the Settlement Payment, the

State of Florida shall file a motion with the Court requesting the Court dismiss with prejudice the State of Florida's action against Settling Defendants.

3. On or about May 17, 2012, the State of Florida received the Settlement Payment from Settling Defendants.

4. Settling Defendants, plaintiff class representatives, both individually and on behalf of direct purchasers, indirect purchasers, and California gas retailers, do not oppose this Motion.

WHEREFORE, Plaintiff State of Florida respectfully requests that this Court grant this motion and dismiss with prejudice the State of Florida's action against Settling Defendants.

Dated: May 23, 2012

Patricia A. Conners
Associate Deputy Attorney General
R. Scott Palmer
Special Counsel for Antitrust Enforcement
Office of the Attorney General,
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone (850) 414-3300
*Counsel for the State of Florida,*
*Office of the Attorney General, Department of Legal Affairs*