IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS** | Master File No. 1:08-cv-4883 |
| | FL Case Docket No. 1:09-cv-2321 |
| **ANTITRUST LITIGATION** | |
| | **MDL No. 1957** |
| **THIS DOCUMENT RELATES TO:** | Honorable Robert W. Gettleman |
| **THE STATE OF FLORIDA ACTION** | Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, May 31, 2012, at 9:15 a.m., or as soon thereafter as counsel may be heard, the State of Florida, Office of the Attorney General, Department of Legal Affairs shall appear, through undersigned counsel, before the Honorable Robert W. Gettleman or any judge sitting in his stead, in Courtroom 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present its Motion to Dismiss With Prejudice Defendants ArvinMeritor, Inc. (now known as Meritor, Inc.), Purolator Products NA, LLC, and Purolator Products Company LLC.

Dated: May 23, 2012

Respectfully Submitted,

_____
Patricia A. Conners
Associate Deputy Attorney General
R. Scott Palmer
Special Counsel for Antitrust Enforcement
Office of the Attorney General,
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone (850) 414-3300
*Counsel for the State of Florida,*
*Office of the Attorney General, Department of Legal Affairs*