# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Master Docket<br>No.: 08-cv-4883<br>MDL No.: 1957<br>District Judge Robert W. Gettleman<br>Magistrate Judge Geraldine Soat Brown |

### SCHEDULING ORDER REGARDING DISCOVERY AND SUMMARY JUDGMENT

Status hearing held by telephone conference on February 3, 2012. The parties advised the court that, in view of the likelihood that some, and perhaps all, of the defendants anticipate filing motions for summary judgment on the element of conspiracy, they agree that discovery relating to class certification and certain merits discovery going to elements other than conspiracy should be taken, to the extent necessary, after the conclusion of discovery on the conspiracy element and following disposition of motions for summary judgment on that element.

The following schedule shall govern discovery and summary judgment relating to the conspiracy element of Plaintiffs' claims in the above-captioned MDL proceedings.

### Production of Documents

Defendants will substantially complete the production of non-privileged documents responsive to Plaintiffs' requests by March 5, 2012. Defendants will make their best efforts to produce documents responsive to Rule 45 subpoenas served on any of defendants' former employees also by March 5, 2012, but no later than March 20, 2102. Privilege logs, if any, will be served by March 19, 2012.

**Merits Depositions**

*Tier 1*

Plaintiffs will complete the depositions of the following Tier 1 witnesses no later than August 3, 2012:

- Paul McFall, Former Employee of ArvinMeritor
- Larry Curtis, Former Employee of ArvinMeritor
- James Burnham, ArvinMeritor
- Brad Hays, Former Employee of Honeywell
- Lowell Cockrum, Former Employee of Champion
- Jerry Smith, Former Employee of Champion
- Ed James, Former Employee of Champion
- Joe Lehman, Donaldson
- Jim Voeller, Donaldson
- Peggy Hermann, Donaldson
- Ron Gower, Former Employee of Wix
- Bill Fischer, Wix
- Tony Costa, Former Employee of Honeywell
- Al Tobin, Former Employee of Champion
- Mark McDaniel, Champion
- John Evans, Former Employee of Champion
- Ty Nilsson, Former Employee of Champion
- Marlen Silverii, Former Employee of ArvinMeritor
- Keith Wilson, Wix
- Curtis Draper, United Components Inc.
- Guy Andrysick, Former Employee of Honeywell
- Mark Immen, Former Employee of Honeywell
- Forensic Experts
- Potential Third Parties, to be identified as soon as practicable

*Tier 2*

The parties will meet and confer before August 3, 2012 regarding the need for any of the following Tier 2 witness depositions:

- Joe O'Brien, Wix
- Chris Greeson, Wix
- Terry Shively, Wix
- William Daniel, Former Employee of ArvinMeritor
- Jeff Frey, ArvinMeritor
- Rob Malone ArvinMeritor

- Al Henagar, Former Employee of Champion
- Mike Boyer, Former Employee of Champion
- Art Demers, Former Employee of Champion
- Julie Rigg, Former Employee of Champion
- Steve Schurman, Former Employee of Champion
- Scott Lewis, Former Employee of Champion
- Tom Mowatt, Former Employee of Champion
- Gary Kauffman, Former Employee of Champion
- Bruce Zorich, United Components Inc.

**Close of Discovery**

Discovery as to the conspiracy element of Plaintiffs' claims shall close on October 31, 2012.

**Summary Judgment Motions**

Pursuant to Paragraph 2 of the Court's January 20, 2012 Order, any defendant may serve a proposed summary judgment motion on plaintiffs at any time before the close of discovery. After such service, the parties will meet and confer about whether additional discovery is necessary before filing the summary judgment motion with the court. Plaintiffs advise the Court that they believe at least the Tier 1 depositions must be completed before they could respond to a motion for summary judgment. Accordingly, if any defendant serves a motion for summary judgment before the completion of the Tier 1 depositions, and, after the conference required by this paragraph, no agreement is reached as to the depositions that need to be completed before summary judgment motions are filed with the Court, the defendant shall move the court for leave to file the motion for summary judgment before the completion of Tier 1 depositions. Any summary judgment motions must be filed with supporting material and noticed before the District Judge, who shall set a briefing schedule for summary judgment that accommodates the need for any additional discovery.

**Additional Discovery**

If necessary, the parties will meet and confer regarding non-conspiracy discovery, including but not limited to class discovery and 30(b)(6) depositions, no later than 30 days after summary judgment has been decided.

**ENTER:**   February 3, 2012

Hon. Geraldine Soat Brown
United States Magistrate Judge

4

**EXHIBIT D**

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Aftermarket Filters Antitrust Litigation, et al.

           Plaintiff,

v.               Case No.: 1:08−cv−04883
               Honorable Robert W. Gettleman

Arvinmeritor, Inc., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 2, 2012:

   lief at status hearings. Any request for relief must be made by motion following a Rule 37.2 conference. Notice mailed by judge's staff (ntf, )MINUTE entry before Honorable Geraldine Soat Brown: Telephone status hearing held and continued to set for 7/18/12 at 9:00 a.m. Direct Purchasers Plaintiffs' counsel shall initiate the call. Defendants' request to have the deposition of Larry Curtis be limited to a total of 7 hours shall be made by motion filed no later than 5/3/12. Plaintiffs' reply shall be filed by 5/4/12. The Court will rule by mail no later than 5/7/12. The Court will not entertain any other request for re

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.