UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883<br><br>MDL Docket No. 1957 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Honorable Robert W. Gettleman<br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:  All Counsel of Record

PLEASE TAKE NOTICE pursuant to local rule 5.3(a) of the Local Rules of the United States District Court for the Northern District of Illinois, on **June 13, 2012, at 9:45 a.m.**, the undersigned shall appear before the Honorable Geraldine Soat Brown or any judge sitting in her stead in the courtroom usually occupied by her in the Dirksen Federal Building, 219 South Dearborn Street, Room 1703, Chicago, Illinois, 60604, and shall then and there present the attached, a copy of which is hereby served upon you.

Dated: June 8, 2012                    Respectfully submitted,

/s/ Peter J. Kadzik

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: 202-420-2200

James A. Morsch (ARDC# 6209558)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

*Counsel for ArvinMeritor Inc., Purolator Products NA, LLC, and Purolator Products Company, LLC*

## CERTIFICATE OF SERVICE

I, Peter J. Kadzik, hereby certify that on June 8, 2012, I caused the foregoing Notice of Motion to Modify Scheduling Order and Limit Deposition Durations to Seven Hours to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

/s/ Peter J. Kadzik

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: 202-420-2200