## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master File No. 1:08-cv-4883<br>FL Case Docket No. 1:09-cv-2321<br>**MDL No. 1957** |
| **THIS DOCUMENT RELATES TO: THE STATE OF FLORIDA ACTION** | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

### PLAINTIFF STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS' UNOPPOSED MOTION TO PRELIMINARILY APPROVE SETTLEMENT

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("State of Florida") respectfully moves this Honorable Court to enter an Order preliminary approving a settlement agreement between the State of Florida and Defendants Affinia Group, Inc, Champion Laboratories, Inc, Honeywell International Inc. and Wix Filtration Corp LLC (collectively, the "Settling Defendants") (the "Settlement Agreement") and in support of this Motion, the State of Florida states as follows:

1.     On or about March 8, 2012, Settling Defendants and the State of Florida entered into the Settlement Agreement to settle all claims brought against Settling Defendants by the State of Florida in the above-captioned case (a copy is attached hereto and made part hereof as Exhibit 1).

2.     The Settlement Agreement provides, *inter alia*, that Florida settlement amounts shall be wire transferred to the State of Florida by or on behalf of each of the Settling Defendants, within five (5) business days after the Court issues an Order preliminarily approving the Settlement Agreement.

3.    Settling Defendants, plaintiff class representatives, both individually and on behalf of direct purchasers, indirect purchasers, and California gas retailers, do not oppose this Motion.

WHEREFORE, Plaintiff State of Florida respectfully requests that this Court grant this motion and preliminarily approve the Settlement Agreement.

Dated: June 9 , 2012

Patricia A. Conners
Associate Deputy Attorney General
R. Scott Palmer
Special Counsel for Antitrust Enforcement
Office of the Attorney General,
 PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone (850) 414-3300
*Counsel for the State of Florida,*
*Office of the Attorney General, Department of Legal Affairs*