## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE: AFTERMARKET FILTERS

ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
THE STATE OF FLORIDA ACTION

Master File No. 1:08-cv-4883
FL Case Docket No. 1:09-cv-2321

**MDLNo.1957**

Honorable Robert W. Gettleman
Magistrate Geraldine Soat Brown

### NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, June 19, 2012, at 9:15a.m., or as soon

thereafter as counsel may be heard, the State of Florida, Office of the Attorney General,

Department of Legal Affairs shall appear, through undersigned counsel, before the Honorable

Robert W. Gettleman or any judge sitting in his stead, in Courtroom 1703 of the Dirksen Federal

Building, 219 South Dearborn Street, Chicago, Illinois, and present its Motion to Preliminarily

Approve Settlement between the State of Florida and Defendants Affinia Group, Inc.,

Champion Laboratories, Inc., Honeywell International, Inc. and Wix Filtration Corp., LLC.

Dated: June __9__, 2012

Respectfully submitted,

Patricia A. Conners,
Associate Deputy Attorney General
R. Scott Palmer,
Special Counsel for Antitrust Enforcement
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone (850) 414-3300
*Counsel for the State of Florida,*
*Office of the Attorney General, Department of Legal Affairs*