**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | : : : : | Master Docket No.: 08-cv-4883 MDL Docket No.: 1957 |
| This Document Relates to: All Actions | : : : : | Judge Robert W. Gettleman Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Local Rule 5.3(a) of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiffs will present Plaintiffs' Unopposed Motion to Modify the Scheduling Order to Allow "Tier 1" Depositions to Occur up until the Close of Merits Discovery on Wednesday, June 13, 2012 at 9:45 a.m. before the Honorable Geraldine Soat Brown, or such other judge as may be sitting in her stead, in the United States District Court for the Northern District of Illinois, at the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois 60604. A copy of the motion is attached and hereby served upon you.

Dated: June 8, 2012

Respectfully submitted,

/s/ Adam J. Pessin
Adam J. Pessin
FINE KAPLAN & BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | : | |
|---|---|---|
| IN RE: AFTERMARKET FILTERS | : | Master Docket No.: 08-cv-4883 |
| ANTITRUST LITIGATION | : | MDL Docket No.: 1957 |
| | : | |
| | : | Judge Robert W. Gettleman |
| This Document Relates to: | : | Magistrate Geraldine Soat Brown |
| All Actions | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Adam J. Pessin, hereby certify that on June 8, 2012, I caused the foregoing Plaintiffs' Notice of Motion and attached Unopposed Motion to Modify the Scheduling Order to Allow "Tier 1" Depositions to Occur up until the Close of Merits Discovery to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Adam J. Pessin
Adam J. Pessin
FINE KAPLAN & BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565