

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4883    MDL 1957 | **DATE4** | 6/6/2012 |
| **CASE TITLE** | In re: Aftermarket Filters Antitrust Litigation | | |

**DOCKET ENTRY TEXT:**

Motion [948] by plaintiffs State of Florida, et al, to dismiss with prejudice the action against defendant ArvinMeritor, Inc. (Now known as Meritor, Inc.) and Purolator Products NA, LLC and Purolator Products Co. LLC is granted.

[For further detail see attached order]
[Docketing to mail notices]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|