IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION FL | Master File No. 1:08-cv-4883<br>Case Docket No. 1:09-cv-2321<br>**MDL No.1957** |
| THIS DOCUMENT RELATES TO:<br>THE STATE OF FLORIDA ACTION | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## ORDER

Plaintiff, State of Florida, Office of the Attorney General, Department of Legal Affairs, having moved the Court for leave to dismiss with prejudice the above-styled action against defendant ArvinMeritor, Inc., (now known as Meritor, Inc.), Purolator Products NA, LLC and Purolator Products Company LLC, (the "Settling Defendants") and it appearing to the Court that said motion should be granted, it is

ORDERED and adjudged that the above-styled action against the Settling Defendants is hereby dismissed with prejudice.

This 6th day of JUNE , 2012.

Robert W. Gettleman
ROBERT W. GETTLEMAN
United States District Judge