# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Aftermarket Filters Antitrust Litigation, et al.

                  Plaintiff,

v.                                        Case No.: 1:08−cv−04883
                                           Honorable Robert W. Gettleman

Champion Laboratories, Inc., et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 13, 2012:

      MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. Plaintiffs' unopposed motion to modify the scheduling order to allow "Tier 1" depositions to occur up until 10/31/12, the close of merits discovery [959] is granted. Purolator defendants' motion to modify scheduling order and to limit deposition durations to seven hours [955] is granted. Five and half hours shall be allotted to the party noticing the deposition, and one and a half hours shall be allotted to the other party. In the event that either party anticipates that it will need more than the allotted time, the parties shall attempt to schedule the deposition such that the witness and all counsel are available the next day or shortly thereafter for the anticipated additional time. If after seven hours of deposition, a party still believes it needs more time, the parties shall meet and confer in attempt to reach an agreement, and shall call the chambers if they are unable to reach an accord. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.