**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Case Number: 1:08-cv-04883<br><br>Judge Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## MOTION FOR LEAVE TO WITHDRAW

Lockridge Grindal Nauen P.L.L.P. on behalf of attorney Matthew R. Salzwedel respectfully moves this Court pursuant to Rule 83.17 of the Local Rules for the Northern District of Illinois, for leave to withdraw the appearance of Matthew R. Salzwedel as counsel to Direct Purchaser Plaintiffs ("Plaintiffs") in the above-captioned case. In support of this motion and also filed herewith is a Declaration of W. Joseph Bruckner.

WHEREFORE, Lockridge Grindal Nauen P.L.L.P. respectfully requests that the Court enter an Order permitting Matthew R. Salzwedel to withdraw as counsel for Plaintiffs.

Dated: July 10, 2012

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/W. Joseph Bruckner
W. Joseph Bruckner
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
Email: wjbruckner@locklaw.com

*Counsel for Plaintiffs S.A.E. Warehouse, Inc. and Pawnee/S.A.E. Warehouse, Inc.*