# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Case Number: 1:08-cv-04883<br><br>Judge Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION FOR LEAVE TO WITHDRAW

TO: All Parties of Record

PLEASE TAKE NOTICE that on Thursday, July 26, 2012 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman in Room 1703 of the United States District Court for the Northern District of Illinois, and present the MOTION FOR LEAVE TO WITHDRAW.

Dated: July 10, 2012

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/W. Joseph Bruckner
W. Joseph Bruckner
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
Email: wjbruckner@locklaw.com

*Counsel for Plaintiffs S.A.E. Warehouse, Inc. and Pawnee/S.A.E. Warehouse, Inc.*

458698.1