**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS**<br>**ANTITRUST LITIGATION** | **Case Number: 1:08-cv-04883**<br><br>Judge Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

**DECLARATION OF W. JOSEPH BRUCKNER IN SUPPORT OF**
**MOTION FOR LEAVE TO WITHDRAW MATTHEW R. SALZWEDEL**

W. Joseph Bruckner hereby declares as follows:

1.      I am a partner with the law firm of Lockridge Grindal Nauen P.L.L.P., attorneys for Plaintiffs S.A.E. Warehouse, Inc. and Pawnee/S.A.E. Warehouse, Inc., ("Plaintiffs") in this case. I make this Declaration in support of the Motion for Leave to Withdraw Matthew R. Salzwedel.

2.      Matthew R. Salzwedel is no longer with the law firm Lockridge Grindal Nauen P.L.L.P.

3.      Lockridge Grindal Nauen P.L.L.P. and I will continue to represent Plaintiffs in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2012 in Minneapolis, Minnesota.


s/W. Joseph Bruckner
                          W. Joseph Bruckner

458707.1