UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Case Number: 1:08-cv-04883<br><br>Judge Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## CERTIFICATE OF SERVICE

I, W. Joseph Bruckner, hereby certify that on July 10, 2012, I caused the following documents:

1. Notice of Motion for Leave to Withdraw;

2. Motion for Leave to Withdraw; and

3. Declaration of W. Joseph Bruckner in Support of Plaintiffs' Motion for Leave to Withdraw Matthew R. Salzwedel

to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a copy of the above-referenced documents via e-mail to counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

I also certify that I caused a copy of the foregoing documents and the Notices of Electronic Filing to be served via U.S. Mail, postage prepaid, to the following non-ECF participants:

Guri Ademi
Ademi & O'Reilly
3620 East Layton
Cudahy, WI 53110

Mila F. Bartos
Finkelstein Thompson LLP
1077 30th St NW, Suite 150
Washington, DC 20007

Patrick M. Barrett, III
Barrett Law Office, P.A.
2021 Richard Jones Rd, #300
Nashville, TN 37215

John D. Briggs
Axinn Veltrop Harkrider LLP
950 F Street N.W.
Washington, DC 20004

458577.1

| | |
|---|---|
| Chris Cadenhead<br>Cadenhead Law Firm<br>543 Emerald Coast Parkway, Suite 501<br>Destin, FL 32541 | Craig Essenmacher<br>Lovell Stewart Halebian, LLP<br>61 Broadway, Suite 501<br>New York, NY 10006 |
| JenniferL. Giordano<br>Latham & Watkins<br>555 11th St., NW, Suite 1000<br>Washington, DC 20004 | William H Hoese<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107 |
| Allyn Z. Lite<br>Goldstein, Lite & Depalma<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003 | James J. Rosemergy<br>Carey & Danis LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, MO 63105 |
| James M Terrell<br>McCallum, Methvin Terrell, P.C.<br>2201 Arlington Avenue South<br>Birmingham, AL 35205 | Christopher H. Wood<br>Dickstein Shapiro LLP<br>1825 Eye Street NW<br>Washington, DC 20006 |
| Cadio Zirpoli<br>Saveri & Saveri, Inc.<br>706 Sansome St.<br>San Francisco, CA 94111 | |

Dated: July 10, 2012          LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                                                  s/W. Joseph Bruckner
                                                                 W. Joseph Bruckner
                                                                 100 Washington Avenue South
                                                                 Suite 2200
                                                                 Minneapolis, MN  55401
                                                                 Tel:     (612) 339-6900
                                                                 Fax:    (612) 339-0981
                                                                 Email: wjbruckner@locklaw.com

                                                                 *Counsel for Plaintiffs S.A.E. Warehouse, Inc. and*
                                                                 *Pawnee/S.A.E. Warehouse, Inc.*

458577.1