IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| **This Document Relates To:**<br>All Gas Retailers' Indirect Purchaser Actions | Honorable Robert W. Gettleman |

**GASOLINE RETAILERS' INDIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS**

The Gasoline Retailers' Indirect Purchaser Plaintiffs respectfully move the Court to enter its Order finally approving the settlements reached between the parties in this litigation for the reasons stated in the Gasoline Retailers' Indirect Purchaser Plaintiffs' Memorandum in Support of their Motion for Final Approval of Settlements.

WHEREFORE, for the reasons stated and as supported by the accompanying memorandum, the Gas Retailers' Plaintiffs request that the Court enter its Order finally approving the settlement and for such other and further orders as the Court deems appropriate in the premises.

Dated: July 13, 2012

Respectfully submitted,

By: /s/ Gary D. McCallister

Gary D. McCallister & Associates, LLC
120 N. LaSalle Street, Suite 2800
Chicago, Illinois 60602
(312) 345-0611
*Co-Lead Counsel for Gas Retailers' Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 13, 2012, I caused a true and correct copy of the foregoing GASOLINE RETAILERS' INDIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS to be filed with the Clerk of the Court and served using CM/ECF e-filing system upon all counsel of record.

/s/ Gary D. McCallister
Gary D. McCallister