# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| **This Document Relates To:**<br>All Gas Retailers' Indirect Purchaser Actions | Honorable Robert W. Gettleman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 4, 2012, at 10:00 a.m., we shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in Room 1703 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **GASOLINE RETAILERS INDIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS**, a copy of which is hereby served upon you.

Dated: July 13, 2012                                  Respectfully submitted,

                                                By:    /s/ Gary D. McCallister

                                                       Gary D. McCallister & Associates, LLC
                                                       120 N. LaSalle Street, Suite 2800
                                                       Chicago, Illinois 60602
                                                       (312) 345-0611
                                                       *Co-Lead Counsel for Gas Retailers Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 13, 2012, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Clerk of the Court and served using CM/ECF e-filing system upon all counsel of record.

/s/ Gary D. McCallister
Gary D. McCallister
