**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| **This Document Relates To:**<br>All Gas Retailers' Indirect Purchaser Actions | Honorable Robert W. Gettleman |

**GASOLINE RETAILERS INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND PLAINTIFFS' INCENTIVE AWARDS**

Counsel for the Gasoline Retailers Indirect Purchaser Plaintiffs hereby move the Court for an award of one-third (1/3) of the common fund established for the benefit of the class in the amount of $381,250.00 for attorneys' fees, for reimbursement of litigation expenses in the amount of $128,778.85 and for Plaintiffs' Incentive Awards in the amount of $5,000 each for the Class Representatives, Loodvik Peerali and Oyster Incorporated, for the reasons set forth in the Gasoline Retailers' Memorandum in Support of an Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Plaintiffs' Incentive Awards filed contemporaneously herewith.

WHEREFORE, Counsel for the Gas Retailers' Indirect Purchaser Class move the Court for an order awarding attorneys' fees in the amount of $381,250.00; order reimbursement of litigation expenses in the amount of $128,778.85 and award Plaintiffs Incentive Fees in the amount of $5,000 each to the Class Representatives, Loodvik Peerali and Oyster Incorporated.

Dated: July 13, 2012                    Respectfully submitted,

                              By:       /s/ Gary D. McCallister

                                        Gary D. McCallister & Associates, LLC
                                        120 N. LaSalle Street, Suite 2800
                                        Chicago, Illinois 60602
                                        (312) 345-0611
                                        *Co-Lead Counsel for Gasoline*
                                        *Retailer Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 13, 2012, I caused a true and correct copy of the foregoing **GASOLINE RETAILER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR REIMBURSEMENT OF ATTORNEYS' FEES, COSTS AND EXPENSES** to be filed with the Clerk of the Court and served using CM/ECF e-filing system upon all counsel of record.

/s/ Gary D. McCallister
Gary D. McCallister