IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| This Document Relates To:<br>All Gas Retailers' Indirect Purchaser Actions | Honorable Robert W. Gettleman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on October 4, 2012, at 10:00 a.m., we shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in Room 1703 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **GASOLINE RETAILERS INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND PLAINTIFFS' INCENTIVE AWARDS**, a copy of which is hereby served upon you.

Dated: July 13, 2012                    Respectfully submitted,

                            By:    /s/ Gary D. McCallister

                                Gary D. McCallister & Associates, LLC
                                120 N. LaSalle Street, Suite 2800
                                Chicago, Illinois 60602
                                (312) 345-0611
                                *Co-lead Counsel for Gas Retailers Indirect*
                                *Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 13, 2012, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Clerk of the Court and served using the CM/ECF e-filing system upon all counsel of record.

/s/ Gary D. McCallister
Gary D. McCallister