IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master File No. 1:08-cv-4883<br>FL Case Docket No. 1:09-cv-2321<br>**MDL No. 1957** |
| THIS DOCUMENT RELATES TO:<br>THE STATE OF FLORIDA ACTION | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

**PLAINTIFF STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs ("State of Florida") respectfully moves this Honorable Court to enter an Order dismissing with prejudice the State of Florida's above-captioned case against Defendants Affinia Group, Inc, Champion Laboratories, Inc., Honeywell International Inc. and Wix Filtration Corp LLC (collectively, the "Settling Defendants"). In support of this Motion, the State of Florida states as follows:

1. On or about March 8, 2012, Settling Defendants and the State of Florida entered into a Settlement Agreement to settle all claims brought against Settling Defendants by the State of Florida in the above-captioned case (the "Settlement Agreement"), (a copy is attached hereto and made part hereof as Exhibit 1).

2. On June 21, 2012, the Court entered an Order preliminarily approving the Settlement Agreement which provides, *inter alia*, that settlement amounts ("Settlement Payment") shall be wire transferred to the State of Florida by or on behalf of each of the Settling

Defendants, within five (5) business days after the Court issues an Order preliminarily approving the Settlement Agreement.

3. The State of Florida has received Settlement Payment from each of the Settling Defendants pursuant to the Settlement Agreement.

4. Settling Defendants, plaintiff class representatives, both individually and on behalf of direct purchasers, indirect purchasers, and California gas retailers, do not oppose this Motion.

WHEREFORE, Plaintiff State of Florida respectfully requests that this Court grant this motion and dismiss with prejudice the State of Florida's action against Settling Defendants.

Dated: July 13, 2012

_____
Patricia A. Conners
Associate Deputy Attorney General
R. Scott Palmer
Special Counsel for Antitrust Enforcement
Office of the Attorney General,
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone (850) 414-3300
*Counsel for the State of Florida,*
*Office of the Attorney General, Department of Legal Affairs*