**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 1:08-cv-4883<br>Florida Case No. 1:09-cv-2321<br>MDL Docket No. 1957 |
| **THIS DOCUMENT RELATES TO:<br>THE STATE OF FLORIDA ACTION** | Honorable Robert W. Gettleman<br>Magistrate Judge Geraldine Soat Brown |

<u>INDEX TO EXHIBITS</u>

**Exhibit 1** - Settlement Agreement between Plaintiff, State of Florida, and Defendants Affinia Group, In., Champion Laboratories, Inc., Honeywell International, Inc. and Wix Filtration Corp LLC dated March 8, 2012.