# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Aftermarket Filters Antitrust Litigation, et al.

                                      Plaintiff,

v.                                                     Case No.: 1:08−cv−04883
                                                    Honorable Robert W. Gettleman

Champion Laboratories, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 14, 2012:

      MINUTE entry before Honorable Geraldine Soat Brown: Settlement conference held. This Court makes a recommendation for settlement of this case. Counsel for the parties shall send a confidential letter of acceptance or rejection of Judge Browns recommendation by fax no later than noon on 8/17/12. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.