**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| **This Document Relates To:**<br>**Direct Purchaser Actions** | Judge Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

**DIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION**
**FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS**

The Direct Purchaser Plaintiffs ("Plaintiffs") respectfully move this Court for leave to file Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Final Approval of Settlements ("Final Approval Memorandum") in excess of the 15-page limit set by Local Rule 7.1. The excess pages are necessary because Plaintiffs are filing a single Final Approval Memorandum for six separate settlement agreements. Defendants Champion Laboratories, Inc., Honeywell International, Wix Filtration Corp. LLC, Affinia Group Inc., Cummins Filtration Inc., Donaldson Company, Inc., and Baldwin Filters, Inc. (collectively, "Settling Defendants") do not oppose Plaintiffs' Motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file a Final Approval Memorandum in a length not to exceed 20 pages.

Dated: August 31, 2012

/s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Rd. – Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4521

Respectfully submitted,

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
Adam J. Pessin
FINE KAPLAN & BLACK, R.P.C. 1835 Market Street –28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Fax: (215) 568-5872


/s/ Bernard Persky
Bernard Persky
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Direct Purchaser Plaintiffs*