**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | **Master Docket No. 08-cv-4883** <br> **MDL Docket No. 1957** |
| **This Document Relates To:** <br> **Direct Purchaser Actions** | **Judge Robert W. Gettleman** <br> **Magistrate Geraldine Soat Brown** |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL**
**APPROVAL OF SETTLEMENTS**

The Direct Purchaser Plaintiffs respectfully move this Court to enter the Order for final

approval of the settlements reached between the Direct Purchaser Plaintiffs and Defendants

Champion Laboratories, Inc., Honeywell International, Wix Filtration Corp. LLC, Affinia Group

Inc., Cummins Filtration Inc., Donaldson Company, Inc. and Baldwin Filters, Inc.  In support of

this Motion, Direct Purchaser Plaintiffs submit their Memorandum in Support of their Motion for

Final Approval of Settlements.

WHEREFORE, and for the reasons stated in the accompanying Memorandum of Law in

Support of Their Motion for Final Approval of Settlements and the Declaration of Michael J.

Freed, Direct Purchaser Plaintiffs' respectfully request that the Court issue an Order finally

approving the settlements and for such other and further orders as the Court deems appropriate.

Dated: September 4, 2012                      Respectfully submitted,


/s/ Michael J. Freed                          /s/ Roberta D. Liebenberg
Michael J. Freed                              Roberta D. Liebenberg
Steven A. Kanner                              Adam J. Pessin
FREED KANNER LONDON &                         FINE KAPLAN & BLACK, R.P.C. 1835
MILLEN, LLC                                   Market Street −28th Floor
2201 Waukegan Rd. − Suite 130                 Philadelphia, PA 19103
Bannockburn, IL 60015                         Telephone: (215) 567-6565
Telephone: (224) 632-4500                     Fax: (215) 568-5872
Fax: (224) 632-4521


                                              /s/ Bernard Persky
                                              Bernard Persky
                                              Gregory Asciolla
                                              LABATON SUCHAROW LLP
                                              140 Broadway
                                              New York, NY 10005
                                              Telephone: (212) 907-0700
                                              Fax: (212) 818-0477

*Co-Lead Counsel for Direct Purchaser Plaintiffs*