**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | **Master Docket No. 08-cv-4883** <br> **MDL Docket No. 1957** |
| **This Document Relates To: Direct Purchaser Actions** | **Judge Robert W. Gettleman** <br> **Magistrate Geraldine Soat Brown** |

## NOTICE OF MOTION

TO:  All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Local Rule 5.3(a) of the Local Rules of the United States District Court for the Northern District of Illinois, the Direct Purchaser Plaintiffs will present their Motion for Final Approval of Settlements on Thursday, October 4, 2012 at 10:00 A.M. before the Honorable Robert W. Gettleman, or such other judge as may be sitting in his stead, in Room 1703 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois 60604 (the same time and location previously set for the Final Approval Hearing).

Dated: September 4, 2012

Respectfully submitted,

/s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Rd. – Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4521

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
Adam J. Pessin
FINE KAPLAN & BLACK, R.P.C. 1835 Market Street –28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Fax: (215) 568-5872

/s/ Bernard Persky
Bernard Persky
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Direct Purchaser Plaintiffs*