**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883 MDL Docket No. 1957 |
| **This Document Relates To:** All Indirect Purchaser Actions | Honorable Robert W. Gettleman Magistrate Geraldine Soat Brown |

**INDIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS**

The Indirect Purchaser Plaintiffs ("Plaintiffs") respectfully move this Court for leave to file Indirect Purchaser Plaintiffs' Memorandum in Support of Motion for Final Approval of Settlements ("Final Approval Memorandum") in excess of the 15-page limit set by Local Rule 7.1. The excess pages are necessary because Plaintiffs are filing a single Final Approval Memorandum for seven separate settlements agreements as well as setting forth a cy pres distribution plan. This memorandum will also address issues brought forth by objectors. Defendants ArvinMeritor, Inc., Purolator Products NA, LLC, Purolator Products Company LLC, Champion Laboratories, Inc., Honeywell International, Wix Filtration Corp. LLC, Affinia Group Inc., Cummins Filtration Inc., Donaldson Company, Inc., and Baldwin Filters, Inc. do not oppose Plaintiffs' Motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file a Final Approval Memorandum in a length not to exceed 40 pages.

99468

Dated: September 7, 2012                    Respectfully Submitted,

                                                    s/ *Renae D. Steiner*
                                                    Renae D. Steiner
James W. Anderson
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338-4605

Mario N. Alioto
Trump Alioto Trump & Prescott, L.L.P.
2280 Union Street
San Francisco, CA 94123
(415) 563-7200

Christopher Lovell
Lovell Stewart Halebian Jacobson, L.L.P.
61 Broadway , Suite 501
New York, NY 10006
(212) 608-1900

Dan Hume
Kirby McInerney, L.L.P.
825 Third Avenue
New York, NY 10022
(212) 371-6600

**INDIRECT PURCHASER PLAINTIFFS'
SETTLEMENT CLASS COUNSEL**

CERTIFICATE OF SERVICE

  I, Renae D. Steiner, hereby certify that on September 7, 2012, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

                 s/ *Renae D. Steiner*
                 Renae D. Steiner

99468