IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| This Document Relates To:<br>All Indirect Purchaser Actions | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Local Rule 5.3(a) of the Local Rules of the United States District Court for the Northern District of Illinois, the Indirect Purchaser Plaintiffs will present their Unopposed Motion for Leave to File Brief in Excess of Page Limitations on Thursday, September 13, 2012, at 9:15 a.m., before the Honorable Robert W. Gettleman, or such other judge as may be sitting in his stead, in Room 1703 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois.

Dated: September 7, 2012          Respectfully submitted,

s/ *Renae D. Steiner*
Renae D. Steiner
James W. Anderson
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338-4605

Mario N. Alioto
Trump Alioto Trump & Prescott, L.L.P.
2280 Union Street
San Francisco, CA 94123
(415) 563-7200

99469

Christopher Lovell
Lovell Stewart Halebian Jacobson, L.L.P.
61 Broadway , Suite 501
New York, NY  10006
(212) 608-1900

Dan Hume
Kirby McInerney, L.L.P.
825 Third Avenue
New York, NY 10022
(212) 371-6600

**INDIRECT PURCHASER PLAINTIFFS'
SETTLEMENT CLASS COUNSEL**

CERTIFICATE OF SERVICE

      I, Renae D. Steiner, hereby certify that on September 7, 2012, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

                                            s/ *Renae D. Steiner*
                                            Renae D. Steiner