IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883 MDL Docket No. 1957 |
| This Document Relates To: All Gas Retailers' Indirect Purchaser Actions | Honorable Robert W. Gettleman Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

TO: All Counsel of Record

**PLEASE TAKE NOTICE** that on September 21, 2012, at 9 a.m., or as soon thereafter as counsel may be heard, Gasoline Retailer Indirect Purchaser Plaintiffs Class shall appear, through undersigned counsel, before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present its **Gas Retailers' Indirect Purchaser Settlement Class Motion to Revise the Court's Order Preliminarily Approving the Gas Retailers' Indirect Purchaser Class Settlement,** a copy of which is attached and hereby served upon you.

Dated: September 19, 2012

Respectfully submitted,

/s/ Gary D. McCallister
Gary D. McCallister
GARY D. MCCALLISTER & ASSOCIATES, LLC
120 N. LaSalle Street, Suite 2800
Chicago, IL 60602
Telephone: 312-345-0611
*Co-Lead Counsel for Gasoline Retailers*

## PROOF OF SERVICE

    I, Gary D. McCallister, hereby certify that on September 19, 2012, I caused the foregoing Gas Retailers' Indirect Purchaser Settlement Class Motion to Revise Court's Order Preliminarily Approving the Gas Retailers' Indirect Purchaser Class Settlement, to be electronically filed with Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic receipt.

                                                                 /s/ Gary D. McCallister
                                                                   Gary D. McCallister

Gary D. McCallister
GARY D. McCALLISTER & ASSOCIATES, LLC
120 North LaSalle Street, Suite 2800
Chicago, IL 60602
312-345-0611