CERTIFICATE OF SERVICE

  I, Renae D. Steiner, hereby certify that on September 27, 2012, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic filing receipt.

                   s/ *Renae D. Steiner*
                   Renae D. Steiner