**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883 MDL Docket No. 1957 |
| This Document Relates To: All Indirect Purchaser Actions | Honorable Robert W. Gettleman Magistrate Geraldine Soat Brown |

### AFFIDAVIT OF PUBLICATION

I, Nora O'Meara Healy, being duly sworn, hereby certify that (a) I am Midwest Sales Manager with The Reader's Digest Association, Inc., publisher of *Reader's Digest Large Print* and (b) that the advertisement of which the annexed is a copy was published in the following publication:

*Reader's Digest Large Print* in the July/August 2012 issue (on sale June 19, 2012)

x _____
(Signature)

_____
(Title)

Sworn to before me this: 11 day of June, 2012

_____
Notary Public

OFFICIAL SEAL
JUVENAL E ECHEVERRIA
Notary Public - State of Illinois
My Commission Expires Jan 24, 2016

# IF YOU PURCHASED AUTOMOTIVE FILTERS FROM A RETAILER, YOUR RIGHTS COULD BE AFFECTED BY A CLASS ACTION SETTLEMENT

*Para una notificación en Español, llamar o visitar nuestro website*

Settlements have been reached with Champion Laboratories, Inc. ("Champion"), Purolator Products NA, LLC, Purolator Products Company, LLC, ArvinMeritor, Inc. ("Purolator"), Honeywell International ("Honeywell"), Wix Filtration Corp. LLC ("Wix"), Affinia Group Inc. ("Affinia"), Cummins Filtration Inc. ("Cummins"), Donaldson Company, Inc. ("Donaldson"), and Baldwin Filters, Inc. ("Baldwin") ("Defendants") about the prices of automotive and light truck oil, air, and fuel filters ("Filters"). The value of the Indirect Purchaser Class Settlement is $6,018,750 ("Settlement Fund").

**WHAT ARE THE SETTLEMENTS ABOUT?** Plaintiffs claim that Defendants violated U.S. antitrust laws and the laws of AZ, AR, CA, DC, FL, HI, IL, IA, KS, ME, MI, MN, MS, MA, NE, NV, NH, NM, NY, NC, ND, PR, RI, SD, TN, UT, VT, WV, WI, and WY (the "states"), by conspiring to fix Filter prices. Defendants deny liability but settled to avoid litigation burdens.

**WHO IS A CLASS MEMBER?** You are a class member if, while residing in one of the states, you, between January 1, 1999 and March 8, 2012, purchased Defendants' Filters for your own use from: Advance Auto Parts Inc., Ashland, Inc., Autozone, Inc., Bridgestone Retail Operations, LLC d/b/a Firestone Complete Auto, General Parts, Inc., Genuine Parts Company, Goodyear Tire & Rubber Company d/b/a Goodyear Gemini Automotive Care, Jiffy Lube International, Inc., Midas, Inc., O'Reilly Automotive, Inc., Pennzoil-Quaker State Company, The Pep Boys-Manny, Moe & Jack, Sears, Roebuck & Co., Texaco, Inc., and Wal-Mart Stores, Inc., or their parents, affiliates, subsidiaries, d/b/a's, predecessors or successors in interest.

**WILL I GET A PAYMENT?** No. Payment to individual class members is not practical because of the associated costs. The Settlement Fund will be distributed to charities or other beneficiaries approved by the court that best represent the Class' interests. Further information regarding these charities and other beneficiaries are available on the settlement website.

**WHAT ARE MY RIGHTS?** If you do not want to take part in the Settlements, you have the right to opt out. To opt out, you must do so by 9/3/2012. If you do not opt out, you will release certain legal rights against Defendants, as described in the settlement agreements. Class members have the right to object to the Settlements. If you object to any of the Settlements, you must do so by 9/3/2012. You may speak to your own attorney at your own expense.

A Final Approval Hearing to consider Settlement approval and a request for litigation expenses incurred, attorneys' fees of up to one-third of the Settlement Fund, and an incentive award of up to $500 for each class representative is at 10:00 a.m. on 10/4/2012, at the United States District Court for the Northern District of Illinois in Courtroom 1703. The date, courtroom, time and location may change.

**WHERE CAN I GET MORE INFORMATION?** This Legal Notice is not a complete description of the case, Settlement terms, approval process, or your rights. For more information, please contact: Indirect Purchasers Filter MDL, PO Box 2009, Chanhassen, MN 55317-2009 or

## www.INDIRECTPURCHASERS FILTERSETTLEMENT.COM

**1-866-224-5376**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883 MDL Docket No. 1957 |
| This Document Relates To: All Indirect Purchaser Actions | Honorable Robert W. Gettleman Magistrate Geraldine Soat Brown |

### AFFIDAVIT OF PUBLICATION

I, Nora O'Meara Healy, being duly sworn, hereby certify that (a) I am Midwest Sales Manager with The Reader's Digest Association, Inc., publisher of *Reader's Digest* and (b) that the advertisement of which the annexed is a copy was published in the following publication:

*Reader's Digest* in the July/August 2012 issue (on sale June 12, 2012)

X _____
(Signature)

_____
Midwest Sales Manager
(Title)

Sworn to before me this: _11_ day of _June_, 2012

_____
Notary Public

OFFICIAL SEAL
JUVENAL E ECHEVERRIA
Notary Public - State of Illinois
My Commission Expires Jan 24, 2016

LEGAL NOTICE                                                               LEGAL NOTICE

## IF YOU PURCHASED AUTOMOTIVE FILTERS FROM A RETAILER, YOUR RIGHTS COULD BE AFFECTED BY A CLASS ACTION SETTLEMENT

*Para una notificación en Español, llamar o visitar nuestro website*

Settlements have been reached with Champion Laboratories, Inc. ("Champion"), Purolator Products NA, LLC, Purolator Products Company, LLC, ArvinMeritor, Inc. ("Purolator"), Honeywell International ("Honeywell"), Wix Filtration Corp. LLC ("Wix"), Affinia Group Inc. ("Affinia"), Cummins Filtration Inc. ("Cummins"), Donaldson Company, Inc. ("Donaldson"), and Baldwin Filters, Inc. ("Baldwin") ("Defendants") about the prices of automotive and light truck oil, air, and fuel filters ("Filters"). The value of the Indirect Purchaser Class Settlement is $6,018,750 ("Settlement Fund").

**WHAT ARE THE SETTLEMENTS ABOUT?** Plaintiffs claim that Defendants violated U.S. antitrust laws and the laws of AZ, AR, CA, DC, FL, HI, IL, IA, KS, ME, MI, MN, MS, MA, NE, NV, NH, NM, NY, NC, ND, PR, RI, SD, TN, UT, VT, WV, WI, and WY (the "states"), by conspiring to fix Filter prices. Defendants deny liability but settled to avoid litigation burdens.

**WHO IS A CLASS MEMBER?** You are a class member if, while residing in one of the states, you, between January 1, 1999 and March 8, 2012, purchased Defendants' Filters for your own use from: Advance Auto Parts Inc., Ashland, Inc., Autozone, Inc., Bridgestone Retail Operations, LLC d/b/a Firestone Complete Auto, General Parts, Inc., Genuine Parts Company, Goodyear Tire & Rubber Company d/b/a Goodyear Gemini Automotive Care, Jiffy Lube International, Inc., Midas, Inc., O'Reilly Automotive, Inc., Pennzoil-Quaker State Company, The Pep Boys-Manny, Moe & Jack, Sears, Roebuck & Co., Texaco, Inc., and Wal-Mart Stores, Inc., or their parents, affiliates, subsidiaries, d/b/a's, predecessors or successors in interest.

**WILL I GET A PAYMENT?** No. Payment to individual class members is not practical because of the associated costs. The Settlement Fund will be distributed to charities or other beneficiaries approved by the court that best represent the Class' interests. Further information regarding these charities and other beneficiaries are available on the settlement website.

**WHAT ARE MY RIGHTS?** If you do not want to take part in the Settlements, you have the right to opt out. To opt out, you must do so by 9/3/2012. If you do not opt out, you will release certain legal rights against Defendants, as described in the settlement agreements. Class members have the right to object to the Settlements. If you object to any of the Settlements, you must do so by 9/3/2012. You may speak to your own attorney at your own expense.

A Final Approval Hearing to consider Settlement approval and a request for litigation expenses incurred, attorneys' fees of up to one-third of the Settlement Fund, and an incentive award of up to $500 for each class representative is at 10:00 a.m. on 10/4/2012, at the United States District Court for the Northern District of Illinois in Courtroom 1703. The date, courtroom, time and location may change.

**WHERE CAN I GET MORE INFORMATION?** This Legal Notice is not a complete description of the case, Settlement terms, approval process, or your rights. For more information, please contact: Indirect Purchasers Filter MDL, PO Box 2009, Chanhassen, MN 55317-2009 or

**WWW.INDIRECTPURCHASERS
FILTERSETTLEMENT.COM
1-866-224-5376**



**USA WEEKEND**

7950 Jones Branch Drive • Floor 2 • McLean, Virginia 22107

## PROOF OF PUBLICATION

I hereby certify that the Legal Notice for

Jonathan Reid/BMC Group

Ran in
**USA WEEKEND MAGAZINE**

We hereby declare that Jonathan Reid/BMC Group booked an advertisement for Class Action Suit that was in size a quarter page, BW unit. This Legal Advertisement published nationally in USA WEEKEND Magazine.

On
**June 17, 2012**

**USA WEEKEND REPRESENTATIVE**

Signed: _Brian C. Jones_
Brian C. Jones, Sr. Manager/Advertising Operations

Date: 6-19-12

Please imprint seal



_Narirath K Walsh_
Notary Public Signature

October 31, 2014
Date My Commission Expires

*** MUST BE NOTARIZED FOR LEGAL PURPOSES ***

*** Please mail along with a tearsheet to:

Jonathan Reid
BMC Group Class Action Services
18675 Lake Drive East
Chanhassen MN. 55317

**LEGAL NOTICE**     **LEGAL NOTICE**

## IF YOU PURCHASED AUTOMOTIVE FILTERS FROM A RETAILER, YOUR RIGHTS COULD BE AFFECTED BY A CLASS ACTION SETTLEMENT

*Para una notificación en Español, llamar o visitar nuestro website*

Settlements have been reached with Champion Laboratories, Inc. ("Champion"), Purolator Products NA, LLC, Purolator Products Company, LLC, ArvinMeritor, Inc. ("Purolator"), Honeywell International ("Honeywell"), Wix Filtration Corp. LLC ("Wix"), Affinia Group Inc. ("Affinia"), Cummins Filtration Inc. ("Cummins"), Donaldson Company, Inc. ("Donaldson"), and Baldwin Filters, Inc. ("Baldwin") ("Defendants") about the prices of automotive and light truck oil, air, and fuel filters ("Filters"). The value of the Indirect Purchaser Class Settlement is $6,018,750 ("Settlement Fund").

**WHAT ARE THE SETTLEMENTS ABOUT?** Plaintiffs claim that Defendants violated U.S. antitrust laws and the laws of AZ, AR, CA, DC, FL, HI, IL, IA, KS, ME, MI, MN, MS, MA, NE, NV, NH, NM, NY, NC, ND, PR, RI, SD, TN, UT, VT, WV, WI, and WY (the "states"), by conspiring to fix Filter prices. Defendants deny liability but settled to avoid litigation burdens.

**WHO IS A CLASS MEMBER?** You are a class member if, while residing in one of the states, you, between January 1, 1999 and March 8, 2012, purchased Defendants' Filters for your own use from: Advance Auto Parts Inc., Ashland, Inc., Autozone, Inc., Bridgestone Retail Operations, LLC d/b/a Firestone Complete Auto, General Parts, Inc., Genuine Parts Company, Goodyear Tire & Rubber Company d/b/a Goodyear Gemini Automotive Care, Jiffy Lube International, Inc., Midas, Inc., O'Reilly Automotive, Inc., Pennzoil-Quaker State Company, The Pep Boys-Manny, Moe & Jack, Sears, Roebuck & Co., Texaco, Inc., and Wal-Mart Stores, Inc., or their parents, affiliates, subsidiaries, d/b/a's, predecessors or successors in interest.

**WILL I GET A PAYMENT?** No. Payment to individual class members is not practical because of the associated costs. The Settlement Fund will be distributed to charities or other beneficiaries approved by the court that best represent the Class' interests. Further information regarding these charities and other beneficiaries are available on the settlement website.

**WHAT ARE MY RIGHTS?** If you do not want to take part in the Settlements, you have the right to opt out. To opt out, you must do so by 9/3/2012. If you do not opt out, you will release certain legal rights against Defendants, as described in the settlement agreements. Class members have the right to object to the Settlements. If you object to any of the Settlements, you must do so by 9/3/2012. You may speak to your own attorney at your own expense.

A Final Approval Hearing to consider Settlement approval and a request for litigation expenses incurred, attorneys' fees of up to one-third of the Settlement Fund, and an incentive award of up to $500 for each class representative is at 10:00 a.m. on 10/4/2012, at the United States District Court for the Northern District of Illinois in Courtroom 1703. The date, courtroom, time and location may change.

**WHERE CAN I GET MORE INFORMATION?** This Legal Notice is not a complete description of the case, Settlement terms, approval process, or your rights. For more information, please contact: Indirect Purchasers Filter MDL, PO Box 2009, Chanhassen, MN 55317-2009 or

**www.INDIRECTPURCHASERS FILTERSETTLEMENT.com**
**1-866-224-5376**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| This Document Relates To:<br>All Indirect Purchaser Actions | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

### AFFIDAVIT OF PUBLICATION

I, Leah Viands, being duly sworn, hereby certify that (a) I am Integrated Sales Manager with Time Inc., publisher of *TIME* and (b) that the advertisement of which the annexed is a copy was published in the following publication:

*TIME (U.S.)* in the June 25, 2012 issue (on sale June 15, 2012)

X _____
(Signature)

_Account Manager_
(Title)

Sworn to before me this: __19__ day of __June__, 2012

_____
Notary Public

YVONNE J FRAZIER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 06, 2014

LEGAL NOTICE

## IF YOU PURCHASED AUTOMOTIVE FILTERS FROM A RETAILER, YOUR RIGHTS COULD BE AFFECTED BY A CLASS ACTION SETTLEMENT

*Para una notificación en Español, llamar o visitar nuestro website*

Settlements have been reached with Champion Laboratories, Inc. ("Champion"), Purolator Products NA, LLC, Purolator Products Company, LLC, ArvinMeritor, Inc. ("Purolator"), Honeywell International ("Honeywell"), Wix Filtration Corp. LLC ("Wix"), Affinia Group Inc. ("Affinia"), Cummins Filtration Inc. ("Cummins"), Donaldson Company, Inc. ("Donaldson"), and Baldwin Filters, Inc. ("Baldwin") ("Defendants") about the prices of automotive and light truck oil, air, and fuel filters ("Filters"). The value of the Indirect Purchaser Class Settlement is $6,018,750 ("Settlement Fund").

**WHAT ARE THE SETTLEMENTS ABOUT?** Plaintiffs claim that Defendants violated U.S. antitrust laws and the laws of AZ, AR, CA, DC, FL, HI, IL, IA, KS, ME, MI, MN, MS, MA, NE, NV, NH, NM, NY, NC, ND, PR, RI, SD, TN, UT, VT, WV, WI, and WY (the "states"), by conspiring to fix Filter prices. Defendants deny liability but settled to avoid litigation burdens.

**WHO IS A CLASS MEMBER?** You are a class member if, while residing in one of the states, you, between January 1, 1999 and March 8, 2012, purchased Defendants' Filters for your own use from: Advance Auto Parts Inc., Ashland, Inc., Autozone, Inc., Bridgestone Retail Operations, LLC d/b/a Firestone Complete Auto, General Parts, Inc., Genuine Parts Company, Goodyear Tire & Rubber Company d/b/a Goodyear Gemini Automotive Care, Jiffy Lube International, Inc., Midas, Inc., O'Reilly Automotive, Inc., Pennzoil-Quaker State Company, The Pep Boys-Manny, Moe & Jack, Sears, Roebuck & Co., Texaco, Inc., and Wal-Mart Stores, Inc., or their parents, affiliates, subsidiaries, d/b/a's, predecessors or successors in interest.

**WILL I GET A PAYMENT?** No. Payment to individual class members is not practical because of the associated costs. The Settlement Fund will be distributed to charities or other beneficiaries approved by the court that best represent the Class' interests. Further information regarding these charities and other beneficiaries are available on the settlement website.

**WHAT ARE MY RIGHTS?** If you do not want to take part in the Settlements, you have the right to opt out. To opt out, you must do so by 9/3/2012. If you do not opt out, you will release certain legal rights against Defendants, as described in the settlement agreements. Class members have the right to object to the Settlements. If you object to any of the Settlements, you must do so by 9/3/2012. You may speak to your own attorney at your own expense.

A Final Approval Hearing to consider Settlement approval and a request for litigation expenses incurred, attorneys' fees of up to one-third of the Settlement Fund, and an incentive award of up to $500 for each class representative is at 10:00 a.m. on 10/4/2012, at the United States District Court for the Northern District of Illinois in Courtroom 1703. The date, courtroom, time and location may change.

**WHERE CAN I GET MORE INFORMATION?** This Legal Notice is not a complete description of the case, Settlement terms, approval process, or your rights. For more information, please contact: Indirect Purchasers Filter MDL, PO Box 2009, Chanhassen, MN 55317-2009 or

**WWW.INDIRECTPURCHASERS FILTERSETTLEMENT.COM**
**1-866-224-5376**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| This Document Relates To:<br>All Indirect Purchaser Actions | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

## AFFIDAVIT OF PUBLICATION

I, Julie Trotter, being duly sworn, hereby certify that (a) I am Midwest Advertising Director with Time Inc., publisher of *People* and (b) that the advertisement of which the annexed is a copy was published in the following publication:

*People* in the July 2, 2012 issue (on sale June 22, 2012)

X _____
(Signature)

_____Midwest Advertising Director_____
(Title)

Sworn to before me this: 26th day of June, 2012

_____
Notary Public

"OFFICIAL SEAL"
GLENN A. GOOD
Notary Public, State of Illinois
My Commission Expires 11/01/2014

LEGAL NOTICE

## IF YOU PURCHASED AUTOMOTIVE FILTERS FROM A RETAILER, YOUR RIGHTS COULD BE AFFECTED BY A CLASS ACTION SETTLEMENT

*Para una notificación en Español, llamar o visitar nuestro website*

Settlements have been reached with Champion Laboratories, Inc. ("Champion"), Purolator Products NA, LLC, Purolator Products Company, LLC, ArvinMeritor, Inc. ("Purolator"), Honeywell International ("Honeywell"), Wix Filtration Corp. LLC ("Wix"), Affinia Group Inc. ("Affinia"), Cummins Filtration Inc. ("Cummins"), Donaldson Company, Inc. ("Donaldson"), and Baldwin Filters, Inc. ("Baldwin") ("Defendants") about the prices of automotive and light truck oil, air, and fuel filters ("Filters"). The value of the Indirect Purchaser Class Settlement is $6,018,750 ("Settlement Fund").

**WHAT ARE THE SETTLEMENTS ABOUT?** Plaintiffs claim that Defendants violated U.S. antitrust laws and the laws of AZ, AR, CA, DC, FL, HI, IL, IA, KS, ME, MI, MN, MS, MA, NE, NV, NH, NM, NY, NC, ND, PR, RI, SD, TN, UT, VT, WV, WI, and WY (the "states"), by conspiring to fix Filter prices. Defendants deny liability but settled to avoid litigation burdens.

**WHO IS A CLASS MEMBER?** You are a class member if, while residing in one of the states, you, between January 1, 1999 and March 8, 2012, purchased Defendants' Filters for your own use from: Advance Auto Parts Inc., Ashland, Inc., Autozone, Inc., Bridgestone Retail Operations, LLC d/b/a Firestone Complete Auto, General Parts, Inc., Genuine Parts Company, Goodyear Tire & Rubber Company d/b/a Goodyear Gemini Automotive Care, Jiffy Lube International, Inc., Midas, Inc., O'Reilly Automotive, Inc., Pennzoil-Quaker State Company, The Pep Boys-Manny, Moe & Jack, Sears, Roebuck & Co., Texaco, Inc., and Wal-Mart Stores, Inc., or their parents, affiliates, subsidiaries, d/b/a's, predecessors or successors in interest.

**WILL I GET A PAYMENT?** No. Payment to individual class members is not practical because of the associated costs. The Settlement Fund will be distributed to charities or other beneficiaries approved by the court that best represent the Class' interests. Further information regarding these charities and other beneficiaries are available on the settlement website.

**WHAT ARE MY RIGHTS?** If you do not want to take part in the Settlements, you have the right to opt out. To opt out, you must do so by 9/3/2012. If you do not opt out, you will release certain legal rights against Defendants, as described in the settlement agreements. Class members have the right to object to the Settlements. If you object to any of the Settlements, you must do so by 9/3/2012. You may speak to your own attorney at your own expense.

A Final Approval Hearing to consider Settlement approval and a request for litigation expenses incurred, attorneys' fees of up to one-third of the Settlement Fund, and an incentive award of up to $500 for each class representative is at 10:00 a.m. on 10/4/2012, at the United States District Court for the Northern District of Illinois in Courtroom 1703. The date, courtroom, time and location may change.

**WHERE CAN I GET MORE INFORMATION?** This Legal Notice is not a complete description of the case, Settlement terms, approval process, or your rights. For more information, please contact: Indirect Purchasers Filter MDL, PO Box 2009, Chanhassen, MN 55317-2009 or

**www.INDIRECTPURCHASERS FILTERSETTLEMENT.COM**
**1-866-224-5376**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| This Document Relates To:<br>All Indirect Purchaser Actions | Honorable Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

### AFFIDAVIT OF PUBLICATION

I, Glenn Bucher, being duly sworn, hereby certify that (a) I am National Account Manager with Source Interlink Media, publisher of *Motor Trend* and (b) that the advertisement of which the annexed is a copy was published in the following publication:

*Motor Trend* in the August 2012 issue (on sale June 26, 2012)

X _____
(Signature)

__National Account Manager__
(Title)

Sworn to before me this: __20__ day of __June__, 2012

_____
Notary Public

OFFICIAL SEAL
KELLY SCHLITZ
Notary Public - State of Illinois
My Commission Expires Aug 3, 2015

**LEGAL NOTICE**

# IF YOU PURCHASED AUTOMOTIVE FILTERS FROM A RETAILER, YOUR RIGHTS COULD BE AFFECTED BY A CLASS ACTION SETTLEMENT

*Para una notificación en Español, llamar o visitar nuestro website*

Settlements have been reached with Champion Laboratories, Inc. ("Champion"), Purolator Products NA, LLC, Purolator Products Company, LLC, ArvinMeritor, Inc. ("Purolator"), Honeywell International ("Honeywell"), Wix Filtration Corp. LLC ("Wix"), Affinia Group Inc. ("Affinia"), Cummins Filtration Inc. ("Cummins"), Donaldson Company, Inc. ("Donaldson"), and Baldwin Filters, Inc. ("Baldwin") ("Defendants") about the prices of automotive and light truck oil, air, and fuel filters ("Filters"). The value of the Indirect Purchaser Class Settlement is $6,018,750 ("Settlement Fund").

**WHAT ARE THE SETTLEMENTS ABOUT?** Plaintiffs claim that Defendants violated U.S. antitrust laws and the laws of AZ, AR, CA, DC, FL, HI, IL, IA, KS, ME, MI, MN, MS, MA, NE, NV, NH, NM, NY, NC, ND, PR, RI, SD, TN, UT, VT, WV, WI, and WY (the "states"), by conspiring to fix Filter prices. Defendants deny liability but settled to avoid litigation burdens.

**WHO IS A CLASS MEMBER?** You are a class member if, while residing in one of the states, you, between January 1, 1999 and March 8, 2012, purchased Defendants' Filters for your own use from: Advance Auto Parts Inc., Ashland, Inc., Autozone, Inc., Bridgestone Retail Operations, LLC d/b/a Firestone Complete Auto, General Parts, Inc., Genuine Parts Company, Goodyear Tire & Rubber Company d/b/a Goodyear Gemini Automotive Care, Jiffy Lube International, Inc., Midas, Inc., O'Reilly Automotive, Inc., Pennzoil-Quaker State Company, The Pep Boys-Manny, Moe & Jack, Sears, Roebuck & Co., Texaco, Inc., and Wal-Mart Stores, Inc., or their parents, affiliates, subsidiaries, d/b/a's, predecessors or successors in interest.

**WILL I GET A PAYMENT?** No. Payment to individual class members is not practical because of the associated costs. The Settlement Fund will be distributed to charities or other beneficiaries approved by the court that best represent the Class' interests. Further information regarding these charities and other beneficiaries are available on the settlement website.

**WHAT ARE MY RIGHTS?** If you do not want to take part in the Settlements, you have the right to opt out. To opt out, you must do so by 9/3/2012. If you do not opt out, you will release certain legal rights against Defendants, as described in the settlement agreements. Class members have the right to object to the Settlements. If you object to any of the Settlements, you must do so by 9/3/2012. You may speak to your own attorney at your own expense.

A Final Approval Hearing to consider Settlement approval and a request for litigation expenses incurred, attorneys' fees of up to one-third of the Settlement Fund, and an incentive award of up to $500 for each class representative is at 10:00 a.m. on 10/4/2012, at the United States District Court for the Northern District of Illinois in Courtroom 1703. The date, courtroom, time and location may change.

**WHERE CAN I GET MORE INFORMATION?** This Legal Notice is not a complete description of the case, Settlement terms, approval process, or your rights. For more information, please contact: Indirect Purchasers Filter MDL, PO Box 2009, Chanhassen, MN 55317-2009 or

**www.INDIRECTPURCHASERS FILTERSETTLEMENT.COM**
**1-866-224-5376**



**PUBLICATIONS**

GEORGE PAPADOPOULOS
*Distribution Manager*

**PUBLICATION AFFIDAVIT**

Jonathan Reid
BMC Group Class Action Services
18675 Lake Drive East
Chanhassen MN. 55317

I, George Papadopoulos, being Distribution Manager of PARADE Publications, hereby certify as follows:

The class action legal notice advertisement *Indirect Purchasers Filters MDL* was published nationally in all 641 PARADE newspaper markets for the June 17th, 2012 edition.

Sincerely,

Subscribed and sworn before me this __18__ day of __June, 2012__.

JOSEPH BRONNENKANT
Notary Public, State of New York
No. 4891451
Qualified in Suffolk County
Commission Expires May 4, 2015

711 Third Avenue, New York, NY 10017-4014
telephone:(212)450-7032  fax:(212)450-7280  e-mail: george_papadopoulos@parade.com

LEGAL NOTICE                                                                                           LEGAL NOTICE

## IF YOU PURCHASED AUTOMOTIVE FILTERS FROM A RETAILER, YOUR RIGHTS COULD BE AFFECTED BY A CLASS ACTION SETTLEMENT

*Para una notificación en Español, llamar o visitar nuestro website*

Settlements have been reached with Champion Laboratories, Inc. ("Champion"), Purolator Products NA, LLC, Purolator Products Company, LLC, ArvinMeritor, Inc. ("Purolator"), Honeywell International ("Honeywell"), Wix Filtration Corp. LLC ("Wix"), Affinia Group Inc. ("Affinia"), Cummins Filtration Inc. ("Cummins"), Donaldson Company, Inc. ("Donaldson"), and Baldwin Filters, Inc. ("Baldwin") ("Defendants") about the prices of automotive and light truck oil, air, and fuel filters ("Filters"). The value of the Indirect Purchaser Class Settlement is $6,018,750 ("Settlement Fund").

**WHAT ARE THE SETTLEMENTS ABOUT?** Plaintiffs claim that Defendants violated U.S. antitrust laws and the laws of AZ, AR, CA, DC, FL, HI, IL, IA, KS, ME, MI, MN, MS, MA, NE, NV, NH, NM, NY, NC, ND, PR, RI, SD, TN, UT, VT, WV, WI, and WY (the "states"), by conspiring to fix Filter prices. Defendants deny liability but settled to avoid litigation burdens.

**WHO IS A CLASS MEMBER?** You are a class member if, while residing in one of the states, you, between January 1, 1999 and March 8, 2012, purchased Defendants' Filters for your own use from: Advance Auto Parts Inc., Ashland, Inc., Autozone, Inc., Bridgestone Retail Operations, LLC d/b/a Firestone Complete Auto, General Parts, Inc., Genuine Parts Company, Goodyear Tire & Rubber Company d/b/a Goodyear Gemini Automotive Care, Jiffy Lube International, Inc., Midas, Inc., O'Reilly Automotive, Inc., Pennzoil-Quaker State Company, The Pep Boys-Manny, Moe & Jack, Sears, Roebuck & Co., Texaco, Inc., and Wal-Mart Stores, Inc., or their parents, affiliates, subsidiaries, d/b/a's, predecessors or successors in interest.

**WILL I GET A PAYMENT?** No. Payment to individual class members is not practical because of the associated costs. The Settlement Fund will be distributed to charities or other beneficiaries approved by the court that best represent the Class' interests. Further information regarding these charities and other beneficiaries are available on the settlement website.

**WHAT ARE MY RIGHTS?** If you do not want to take part in the Settlements, you have the right to opt out. To opt out, you must do so by 9/3/2012. If you do not opt out, you will release certain legal rights against Defendants, as described in the settlement agreements. Class members have the right to object to the Settlements. If you object to any of the Settlements, you must do so by 9/3/2012. You may speak to your own attorney at your own expense.

A Final Approval Hearing to consider Settlement approval and a request for litigation expenses incurred, attorneys' fees of up to one-third of the Settlement Fund, and an incentive award of up to $500 for each class representative is at 10:00 a.m. on 10/4/2012, at the United States District Court for the Northern District of Illinois in Courtroom 1703. The date, courtroom, time and location may change.

**WHERE CAN I GET MORE INFORMATION?** This Legal Notice is not a complete description of the case, Settlement terms, approval process, or your rights. For more information, please contact: Indirect Purchasers Filter MDL, PO Box 2009, Chanhassen, MN 55317-2009 or

**www.INDIRECTPURCHASERS FILTERSETTLEMENT.com**
**1-866-224-5376**