**EXHIBIT 2**



**Important Court Ordered Notice**
From the United States District Court
For The Northern District Of Illinois

**PLEASE CLICK FOR MORE INFORMATION ▶**

If you purchased automotive filters from a retailer, your rights could be affected by a class action settlement.



**Important Court Ordered Notice**
From the United States District Court
For The Northern District Of Illinois

**PLEASE CLICK FOR MORE INFORMATION ▶**

If you purchased automotive filters from a retailer, your rights could be affected by a class action settlement.