**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | Master Docket No. 08-cv-4883<br>MDL Docket No. 1957 |
| **This Document Relates To:**<br>**Direct Purchaser Actions** | Judge Robert W. Gettleman<br>Magistrate Geraldine Soat Brown |

**DIRECT PURCHASER PLAINTIFFS' MOTION**
**FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS**

The Direct Purchaser Plaintiffs ("Plaintiffs") respectfully move this Court for leave to file Plaintiffs' Motion and Memorandum in Support of Motion for Preliminary Approval of Proposed Settlement, Certification of Settlement Class, Appointment of Class Counsel for the Settlement Class, Authorization to Disseminate Notice and Claim Form to Settlement Class, and Setting a Hearing on Final Settlement Approval ("Preliminary Approval Motion and Memorandum") in excess of the 15-page limit set by Local Rule 7.1. The excess pages are necessary because Plaintiffs are filing a single Preliminary Approval Motion and Memorandum for a settlement agreement with Defendants ArvinMeritor, Inc. (now known as Meritor, Inc.), Purolator Products NA, LLC, and Purolator Products Company.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file a Direct Purchaser Plaintiffs' Motion and Memorandum in Support of Motion for Preliminary Approval of Proposed Settlement, Certification of Settlement Class, Appointment of Class Counsel for the Settlement Class, Authorization to Disseminate Notice and Claim Form to Settlement Class, and Setting a Hearing on Final Settlement Approval in a length not to exceed 30 pages.

Dated: September 28, 2012

/s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
FREED KANNER LONDON &
MILLEN, LLC
2201 Waukegan Rd. – Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4521

Respectfully submitted,

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
Adam J. Pessin
FINE KAPLAN & BLACK, R.P.C. 1835
Market Street –28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Fax: (215) 568-5872


/s/ Bernard Persky
Bernard Persky
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Direct Purchaser Plaintiffs*