**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | **Master Docket No. 08-cv-4883 MDL Docket No. 1957** |
| **This Document Relates To: Direct Purchaser Actions** | **Judge Robert W. Gettleman Magistrate Geraldine Soat Brown** |

**DIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION
TO CONSOLIDATE ESCROW ACCOUNTS**

The Direct Purchaser Plaintiffs ("Plaintiffs") respectfully move this Court to enter an Order consolidating the six escrow accounts for the settlements with Defendants Champion Laboratories, Inc., Honeywell International, Wix Filtration Corp. LLC, Affinia Group Inc., Cummins Filtration Inc., Donaldson Company, Inc. and Baldwin Filters, Inc. (collectively, "Settled Defendants") at the Huntington Bank. Settled Defendants do not oppose this Motion. The consolidation of the six escrow accounts will allow for greater efficiency in managing the settlement funds.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order consolidating the six escrow accounts for the Settled Defendants.

Dated: October 1, 2012

Respectfully submitted,

/s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
FREED KANNER LONDON &
MILLEN, LLC
2201 Waukegan Rd. – Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4521

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
Adam J. Pessin
FINE KAPLAN & BLACK, R.P.C. 1835
Market Street – 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Fax: (215) 568-5872

/s/ Bernard Persky
Bernard Persky
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Direct Purchaser Plaintiffs*