IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: Aftermarket Filters Antitrust Litigation | Master Docket No.08-cv-4993<br>MDL Docket No. 1957 |
| This Document Relates To:<br>All Gas Retailers' Indirect Purchaser Actions | Honorable Robert W. Gettleman |

DECLARATION OF JON M. SWIFT, CLAIMS ADMINISTRATOR, RELATING TO
MAILING AND PUBLICATION OF SUMMARY AND LONG FORM MAIL NOTICES IN
THE GAS RETAILERS' INDIRECT PURCHASER SETTLEMENTS

Pursuant to the Court's Orders entered on April 20, 2012 (Document #941) and on September 28, 2012 (Document #1012), Centurion Risk Associates, LLC (the "Administrator") provides this Court with the following Report:

1. I am the Claims Administrator for the Gas Retailers' Indirect Purchaser Class in the above matter. I submit this declaration in support of the Gas Retailers' Motion For Final Approval of Settlements. If called to testify, I am competent to testify to the following based on personal knowledge.

2. On June 5, 2012, the Court approved summary notice was published by the California Service Station & Automotive Repair Association in its newsletter to its membership in accordance with the Court Order entered April 20, 2012 (Document #941).

3. On October 3, 2012, Administrator mailed the revised Long Form Class Notice and Claim Form to the 1,012 Class Members with unique addresses at the addresses provided to Administrator by Class Counsel. The Class Notice was in the form approved by the Court in the Court Order entered September 28, 2012 (Document #1012).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2012

CENTURION RISK ASSOCIATES, LLC

By: _____
JON M. SWIFT, President