IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: Aftermarket Filters Antitrust Litigation | Master Docket No.08-cv-4993<br>MDL Docket No. 1957 |
| This Document Relates To:<br>All Gas Retailers' Indirect Purchaser Actions | Honorable Robert W. Gettleman |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on this 5th day of October 2012, there was filed with this Court in the above captioned matter, **DECLARATION OF JON M. SWIFT, CLAIMS ADMINISTRATOR, RELATING TO MAILING AND PUBLICATION OF SUMMARY AND LONG FORM MAIL NOTICES IN THE GAS RETAILERS' INDIRECT PURCHASER SETTLEMENTS.**

Dated: October 5, 2012

                                              Respectfully submitted,

                                              /s/ Gary D. McCallister
                                              Gary D. McCallister
                                              GARY D. MCCALLISTER & ASSOCIATES, LLC
                                              120 N. LaSalle Street, Suite 2800
                                              Chicago, IL 60602
                                              Telephone: 312-345-0611
                                              *Co-Lead Counsel for Gasoline Retailers*

## **PROOF OF SERVICE**

    I, Gary D. McCallister, hereby certify that on October 5, 2012, I caused the foregoing Declaration of Jon M. Swift, Claims Administrator, Relating to Mailing and Publication of Summary and Long Form Mail Notices in the Gas Retailers' Indirect Purchaser Settlements to be electronically filed with Clerk of the court using the CM/ECF system, which will send notification of such filing to all parties indicated on the electronic receipt.

                                                          */s/ Gary D. McCallister*
                                                          Gary D. McCallister