**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION<br><br>This Document Applies to:<br>ALL ACTIONS | No. 08 C 4883<br>MDL No. 1957<br>Judge Robert W. Gettleman |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that, effective immediately, Manuel J. Dominguez has left the firm of Berman DeValerio and is now affiliated with Cohen Milstein Sellers & Toll PLLC at the following address and contact information:

> Cohen Milstein Sellers & Toll PLLC
> 2925 PGA Blvd., Suite 200
> Palm Beach Gardens, FL 33410
> Tel: (561) 833-6575
> Fax: (202) 408-4699
> jdominguez@cohenmilstein.com

All notices, filings and written communication regarding this action should be sent to this new firm and address.

DATED: October 9, 2012

Respectfully submitted,

/s/ Manuel J. Dominguez
Manuel J. Dominguez
Cohen Milstein Sellers & Toll PLLC
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
Tel.: 561-833-6575
Fax: 202-408-4699
jdominguez@cohenmilstein.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2012, I electronically filed the foregoing Notice of Change of Firm Affiliation with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

/s/ Manuel J. Dominguez
Manuel J. Dominguez