IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AFTERMARKET FILTERS ANTITRUST LITIGATION | ) Master Docket No. 08-cv-4883 ) MDL Docket No. 1957 ) |
| This Document Relates To: All Gas Retailers' Indirect Purchaser Actions | ) ) ) Honorable Robert W. Gettleman ) |

**NOTICE OF APPEARANCE ON BEHALF OF ANDREW JONES AND JOSEPH BALLA**

PLEASE TAKE NOTICE that Joseph Darrell Palmer, a member of the Bar of this Court, hereby appears as Counsel for Objectors Andrew Jones and Joseph Balla, and requests that all future papers or pleadings be served via electronic service through the CM/ECF system.

LAW OFFICES OF DARRELL PALMER PC


Dated: October 25, 2012     By: /s/ Joseph Darrell Palmer
                                 Joseph Darrell Palmer

                             Attorney for Objectors Andrew Jones and Joseph Balla

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

      Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

      I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

| | |
|---|---|
| **Guri Ademi**<br>Ademi & O'Reilly<br>3620 East Layton<br>Cudahy, WI 53110 | **Patrick M. Barrett, III**<br>Barrett Law Office, P.A.<br>2021 Richard Jones Rd #300<br>Nashville, TN 37215 |
| **Mila F. Bartos**<br>Finkelstein Thompson LLP<br>1077 30th St NW, Suite 150<br>Washington, DC 20007 | **John D. Briggs**<br>Axinn Veltrop Harkrider LLP<br>1330 Connecticut Ave., N.W.<br>Washington, DC 20036 |
| **Chris Cadenhead**<br>Cadenhead Law Firm<br>Pier 98 Centre<br>534 Harbor Boulevard, Suite 501<br>Destin, FL 32541 | **Craig Essenmacher**<br>Lovell Stewart Halebian, LLP<br>61 Broadway, Suite 501<br>New York, NY 10006 |
| **Jennifer L. Giordano**<br>Latham & Watkins - DC<br>555 11th St., NW, Suite 1000<br>Washington, DC 20004 | **William H Hoese**<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107 |
| **Allyn Zissel Lite**<br>Goldstein, Lite & Depalma<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003 | **James J. Rosemergy**<br>Carey & Danis LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, MO 63105-3786 |
| **James M Terrell**<br>McCallum, Methvin & Terrell, P.C.<br>2201 Arlington Avenue South<br>Birmingham, AL 35205 | **Christopher H. Wood**<br>Dickstein Shapiro LLP<br>1825 Eye Street, NW<br>Washington, DC 20006 |

**Cadio Zirpoli**
Saveri & Saevri, Inc.
706 Sansome St.
San Francisco, CA 94111

        ___/s/ Joseph Darrell Palmer____
        Joseph Darrell Palmer
        Attorney for Objectors