**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division**

Aftermarket Filters Antitrust Litigation, et al.

                            Plaintiff,

v.                                           Case No.: 1:08−cv−04883
                                                     Honorable Robert W. Gettleman

Champion Laboratories, Inc., et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 1, 2012:

      MINUTE entry before Honorable Robert W. Gettleman: Motion hearing held on 11/1/2012. Status hearing date of 11/28/2012 is re−set to 2/22/2013 at 9:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.