**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | Master Docket No. 08-cv-4883 MDL Docket No. 1957 |
| This Document Relates To: All Gas Retailers' Indirect Purchaser Actions | Honorable Robert W. Gettleman Magistrate Judge Geraldine Soat Brown |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this 19th day of November 2012, there was filed with this Court in the above captioned matter, **GAS RETAILERS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF GAS RETAILERS' MOTIONS FOR FINAL APPROVAL OF SETTLEMENTS, FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND PLAINTIFFS' INCENTIVE AWARDS,** a copy of which is hereby served upon you.

Dated: November 19, 2012                Respectfully submitted,

                                By:    /s/ Gary D. McCallister

                                       Gary D. McCallister & Associates, LLC
                                       120 N. LaSalle Street, Suite 2800
                                       Chicago, Illinois 60602
                                       (312) 345-0611
                                       *Co-Lead Counsel for Gas Retailers Indirect Purchaser Plaintiffs*

1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 19, 2012, I caused a true and correct copy of the foregoing **NOTICE OF FILING** to be filed with the Clerk of the Court and served using CM/ECF e-filing system upon all counsel of record.

/s/ Gary D. McCallister
Gary D. McCallister