**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | **Master Docket No. 08-cv-4883** <br> **MDL Docket No. 1957** |
| **This Document Relates To:** <br> **Direct Purchaser Actions** | **Judge Robert W. Gettleman** <br> **Magistrate Geraldine Soat Brown** |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF SETTLEMENT**

The Direct Purchaser Plaintiffs respectfully move this Court to enter the Order for final approval of the settlement reached between the Direct Purchaser Plaintiffs and Defendants ArvinMeritor, Inc., Purolator Products NA, LLC, and Purolator Products Company, LLC. In support of this Motion, Direct Purchaser Plaintiffs submit their Memorandum in Support of their Motion for Final Approval of Settlement.

WHEREFORE, and for the reasons stated in the accompanying Memorandum of Law in Support of Their Motion for Final Approval of Settlement and the Declaration of Michael J. Freed, Direct Purchaser Plaintiffs' respectfully request that the Court issue an Order finally approving the settlement and for such other and further orders as the Court deems appropriate.

Dated: February 4, 2013　　　　　　　　　　Respectfully submitted,

/s/ Michael J. Freed　　　　　　　　　　　　/s/ Roberta D. Liebenberg
Michael J. Freed　　　　　　　　　　　　　　Roberta D. Liebenberg
Steven A. Kanner　　　　　　　　　　　　　 Adam J. Pessin
FREED KANNER LONDON &　　　　　　　　FINE KAPLAN & BLACK, R.P.C.
MILLEN, LLC　　　　　　　　　　　　　　　One South Broad St. – 23rd Floor
2201 Waukegan Rd. – Suite 130　　　　　　　Philadelphia, PA 19107
Bannockburn, IL 60015　　　　　　　　　　　Telephone: (215) 567-6565
Telephone: (224) 632-4500　　　　　　　　　 Fax: (215) 568-5872
Fax: (224) 632-4521

　　　　　　　　　　　　　　　　　　　　　/s/ Bernard Persky
　　　　　　　　　　　　　　　　　　　　　Bernard Persky
　　　　　　　　　　　　　　　　　　　　　Gregory Asciolla
　　　　　　　　　　　　　　　　　　　　　LABATON SUCHAROW LLP
　　　　　　　　　　　　　　　　　　　　　140 Broadway
　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 907-0700
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 818-0477

*Co-Lead Counsel for Direct Purchaser Plaintiffs*