UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | **Master Docket No. 08-cv-4883** <br> **MDL Docket No. 1957** |
| **This Document Relates To:** <br> **Direct Purchaser Actions** | **Judge Robert W. Gettleman** <br> **Magistrate Geraldine Soat Brown** |

**DIRECT PURCHASER PLAINTIFFS' MOTION AWARDING ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION EXPENSES AND
CLASS REPRESENTATIVES' SERVICE AWARDS**

The Direct Purchaser Plaintiffs respectfully move this Court to enter the Order awarding attorneys' fees, reimbursement of litigation expenses, and class representatives' service awards. In support of this Motion, Direct Purchaser Plaintiffs submit their Memorandum in Support of their Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Class Representatives' Service Awards.

WHEREFORE, and for the reasons stated in the accompanying Memorandum of Law in Support of their Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Class Representatives' Service Awards and the Declaration of Michael J. Freed, Direct Purchaser Plaintiffs' respectfully request that the Court issue an Order awarding attorneys' fees, reimbursement of litigation expenses, and class representatives' service awards and for such other and further orders as the Court deems appropriate.

Dated: February 4, 2013                     Respectfully submitted,


/s/ Michael J. Freed                    /s/ Roberta D. Liebenberg

Michael J. Freed                        Roberta D. Liebenberg

Steven A. Kanner                        Adam J. Pessin

FREED KANNER LONDON &amp;        FINE KAPLAN &amp; BLACK, R.P.C.

MILLEN, LLC                       One South Broad St. – 23rd Floor

2201 Waukegan Rd. – Suite 130      Philadelphia, PA 19107

Bannockburn, IL 60015              Telephone: (215) 567-6565

Telephone: (224) 632-4500        Fax: (215) 568-5872

Fax: (224) 632-4521


/s/ Bernard Persky

Bernard Persky

Gregory Asciolla

LABATON SUCHAROW LLP

140 Broadway

New York, NY 10005

Telephone: (212) 907-0700

Fax: (212) 818-0477

*Co-Lead Counsel for Direct Purchaser Plaintiffs*