**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-cv-4883 |
|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wal-Mart Stores, Inc. and the Wal-Mart Stores Inc. Corporate Affiliates

| | |
|---|---|
| NAME (Type or print) Scott Mendeloff | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Scott Mendeloff | |
| FIRM Greenberg Traurig, LLP | |
| STREET ADDRESS 77 W. Wacker Drive, Suite 3100 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6184901 | TELEPHONE NUMBER 312-456-8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |