IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION** | : Master Docket No. 08-cv-4883<br>: MDL Docket No. 1957 |
| **This Document Relates To:**<br>**Direct Purchasers** | : Honorable Robert W. Gettleman<br>: Magistrate Geraldine Soat Brown |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, February 13, 2013** at **9:15am**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, or any other Judge sitting in his stead in Room 1703 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached *Wal-Mart Stores, Inc.'s Motion to Approve Executed Claim Forms or, in the Alternative, for Guidance,* a copy of which is hereby served upon you.

Date: February 4, 2013

            Respectfully submitted,

            *Wal-Mart Stores, Inc. and the Wal-Mart Stores Inc. Corporate Affiliates*

            By: /s/ Scott Mendeloff
               *Attorney for Claimant*

Scott Mendeloff
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400

## **CERTIFICATE OF SERVICE**

      I, Scott Mendeloff, an attorney, hereby certify that on February 4, 2013, I caused a true and correct copy of the foregoing *Notice of Motion* and *Wal-Mart Stores, Inc.'s Motion to Approve Executed Claim Forms or, in the Alternative, for Guidance* to be served electronically on all named counsel of record via the CM/ECF system.

      /s/ Scott Mendeloff