**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION | : : : | Master Docket No.: 08-cv-4883 MDL Docket No.: 1957 |
| This Document Relates to: Direct Purchaser Action | : : : : | Judge Robert W. Gettleman Magistrate Geraldine Soat Brown |

**MEMORANDUM IN SUPPORT OF
WAL-MART STORES, INC.'S MOTION TO APPROVE CLAIM FORMS**

Counsel for Direct Purchaser Plaintiffs respectfully submit this memorandum in support of Wal-Mart Stores, Inc.'s ("Walmart") Motion to Approve Executed Claim Forms. Dkt. #1054.

The records produced by Defendants during the course of litigation indicate that Walmart purchased more than $1.5 billion of Filters that are covered by the settlements in this case. *See* Dkt. #1053-2. For a variety of reasons described in its motion, Walmart has been unable independently to verify the precise amount of its qualifying purchases of Filters covered by the settlements. *See* Dkt. #1053 at 2. Although Walmart desires to collect its share of the settlements, it is uncomfortable with the language included in the claim forms requiring acknowledgement under penalty of perjury that the information in the claim form—including the purchase amounts—is true and correct. *Id.*

Walmart has indicated that for the purposes of administering the settlements in this case, it is willing to accept the purchase amounts reflected in Defendants' records and included on Walmart's claim forms. *See* Dkt. #1053 at 3; Dkt.# 1053-6 at 4. It has also indicated that it accepts the terms of the release of claims against Defendants. *Id.* Accordingly, Plaintiffs

respectfully request that the Court grant the relief sought by Walmart and enter an order accepting its proposed modification to the release and verification on the claim forms. *See* Dkt. #1053 at 4.

| | |
|---|---|
| Dated: February 5, 2013 | Respectfully submitted, |
| /s/ Adam J. Pessin<br>Roberta D. Liebenberg<br>Adam J. Pessin<br>FINE KAPLAN & BLACK, R.P.C.<br>One South Broad St., 23rd Floor<br>Philadelphia, PA 19107<br>Telephone: (215) 567-6565<br><br>*Co-Lead Counsel for Direct Purchaser Plaintiffs* | /s/ Michael J. Freed<br>Michael J. Freed<br>Steven Kanner<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Rd., Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br><br>*Co-Lead Counsel for Direct Purchaser Plaintiffs*<br><br>/s/ Gregory Asciolla<br>Gregory Asciolla<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br><br>*Co-Lead Counsel for Direct Purchaser Plaintiffs* |