IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AFTERMARKET FILTERS
ANTITRUST LITIGATION

Case No. 1:08-CV-04883

### NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTE THAT** Bernard Persky and William V. Reiss are no longer associated with Labaton Sucharow LLP, and should be removed from the Court's service list and discharged from all further obligation and responsibility with respect to the above referenced action. Labaton Sucharow LLP continues to serve as counsel for Plaintiffs through its attorney Gregory Asciolla, and all future correspondence and papers in this action should continue to be directed to him.

Respectfully submitted,

By: /s/ Bernard Persky

Bernard Persky
William V. Reiss
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
601 Lexington Avenue
Suite 3400
New York, NY 10022-4611
212-980-7400

DATED: February 14, 2013

75329399.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 14, 2013, I electronically filed the foregoing Notice of Withdrawal of Attorney Appearance with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via the Court's Official Court Electronic Document Filing System.

*/s/ Bernard Persky*
